AO 440 (Rev. 10/93) Summons in a Civil Action

**RETURN OF SERVICE**

05-3350

| | |
|---|---|
| SERVICE OF: | SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET |
| EFFECTED (1) BY ME: | JANE NUNN |
| TITLE: | PROCESS SERVER |

DATE: 07/12/2005 12:09PM

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant:

QUALCOMM INCORPORATED C/O CORP. SERVICE CO.

Place where served:

830 BEAR TAVERN ROAD  WEST TRENTON NJ 08528

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

DOREEN HAESELIN

Relationship to defendant: AUTHORIZED AGENT

Description of person accepting service:

SEX: F__ AGE: 36-50 __ HEIGHT: 5'4"-5'8" __ WEIGHT: 131-160 LBS. __, SKIN: WHITE __ HAIR: BROWN __ OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.___    SERVICES $ _____.___    TOTAL $ _____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

_____Jane Nunn_____ L.S.
SIGNATURE OF JANE NUNN
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

EXECUTED ON: 07/12/2005 12:09PM

| | |
|---|---|
| ATTORNEY: | DAVID S. STONE, ESQ. |
| PLAINTIFF: | BROADCOM CORPORATION |
| DEFENDANT: | QUALCOMM INCORPORATED |
| VENUE: | DISTRICT |
| DOCKET: | 05-3350 MLC |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.