**McCarter & English, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102-4056
973-622-4444
Attorneys for Defendant Qualcomm Incorporated
WJO-5256 (William J. O'Shaughnessy, Esq.)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BROADCOM CORPORATION, | Civil Action No. 05-3350 (MLC) |
| Plaintiff, | |
| v. | **APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY** |
| QUALCOMM INCORPORATED, | **[Local Civil Rule 6.1(b)]** |
| Defendant. | |

Application is hereby made for a Clerk's Order extending time within which defendant Qualcomm Incorporated may answer, move, or otherwise reply to the Complaint filed by plaintiff herein and it is represented that:

1. No previous extension has been obtained;
2. Service of process was effected on July 12, 2005; and
3. Time to Answer, Move or otherwise Reply expires on August 1, 2005.

McCarter & English, LLP
Attorneys for Defendant Qualcomm Incorporated

By: *William J. O'Shaughnessy*
William J. O'Shaughnessy (WJO-5256)

**ORDER**

The above application is ORDERED GRANTED extended to _____.
ORDER DATED:_____

WILLIAM T. WALSH, Clerk

By:_____
Deputy Clerk

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that the foregoing Application for Extension of Time to Answer, Move or Otherwise Reply [Local Civil Rule 6.1(b)] was caused to be served this 27th day of July, 2005, by depositing a true and correct copy thereof in the United States mail, postage prepaid, addressed as follows:

David S. Stone, Esq.
Boies, Schiller & Flexner LLP
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078

George S. Cary, Esq.
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006

David Boies, Esq.
Boies, Schiller & Flexner LLP
570 Lexington Avenue
New York, New York 10022

Anne Patterson, Esq.
Riker Danzig Scherer Hyland & Perretti LLP
Headquarters Plaza 1 Speedwell Avenue
Morristown, New Jersey 07962

_William J. O'Shaughnessy_
William J. O'Shaughnessy (WJO-5256)

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056
tel 973.622.4444
fax 973.624.7070
www.mccarter.com

William J. O'Shaughnessy

Partner
973.639.2094
Fax 973.624.7070
woshaughnessy@mccarter.com



**ATTORNEYS AT LAW**

July 27, 2005

***VIA* ELECTRONIC FILING**

Clerk, United States District Court
Clarkson S. Fisher Federal Bldg. and U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re:   Broadcom Corporation v. Qualcomm Incorporated
       Civil Action No. 05-3350 (MLC)

Dear Sir:

This firm represents defendant, Qualcomm Incorporated, in the above action. We have attached for filing our Application under Local Rule 6.1(b) For Extension Of Time To Answer, Move Or Otherwise Reply. Please return a conformed copy of the Order, upon entry, at your earliest convenience.

Thank you for your attention.

Very truly yours,

*William J. O'Shaughnessy*

William J. O'Shaughnessy

WJO:lac
Enc.
cc:    David S. Stone, Esq. (*via* First Class Mail, w/enc.)
       George S. Cary, Esq. (*via* First Class Mail, w/enc.)
       David Boies, Esq. (*via* First Class Mail, w/enc.)
       Anne Patterson, Esq. (*via* First Class Mail, w/enc.)