JUL-29-2005 16:08 From:                                    To:19737558283
  JUL. 29. 2005  3:39PM      (973) 624 7070                       NO. 3135   P. 2

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102-4056
973-622-4444
Attorneys for Defendant Qualcomm Incorporated
WJO-5256

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BROADCOM CORPORATION, | Civil Action No. 05-3350 (MLC) |
| Plaintiff, | |
| v. | STIPULATION EXTENDING TIME TO ANSWER, MOVE, OR OTHERWISE REPLY |
| QUALCOMM INCORPORATED, | |
| Defendant. | |

It is hereby stipulated and agreed that the time of defendant Qualcomm, Inc. to answer, move, or otherwise plead with respect to the Complaint be and the same hereby is extended to and including September 15, 2005.

Boies, Schiller & Flexner LLP
Attorneys for Plaintiff Broadcom Corp.

By: _____
    David S. Stone

McCarter & English, LLP
Attorneys for Defendant Qualcomm Incorporated

By: _____
    William J. O'Shaughnessy

Dated: July 28, 2005

SO ORDERED this _____ day of August, 2005.

_____
Mary L. Cooper, U.S.D.J.

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that the foregoing Stipulation Extending Time to Answer, Move, or Otherwise Reply was caused to be served this 1st day of August, 2005, by depositing a true and correct copy thereof in the United States mail, postage prepaid, addressed as follows:

David S. Stone, Esq.
Boies, Schiller & Flexner LLP
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078

George S. Cary, Esq.
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006

David Boies, Esq.
Boies, Schiller & Flexner LLP
570 Lexington Avenue
New York, New York 10022

Anne Patterson, Esq.
Riker Danzig Scherer Hyland & Perretti LLP
Headquarters Plaza 1 Speedwell Avenue
Morristown, New Jersey 07962

s/ Richard Hernandez
By: Richard Hernandez