JUL-29-2005 16:09 From:                              To:19737554203
   JUL. 29. 2005  3:39PM      (973) 624 7070                NO. 3135   P. 2

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102-4056
973-622-4444
Attorneys for Defendant Qualcomm Incorporated
WJO-5256

RECEIVED
AUG 1 2005
AT 8:30
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

BROADCOM CORPORATION,            :
                                 :   Civil Action No. 05-3350 (MLC)
         Plaintiff,              :
                                 :
    v.                           :   STIPULATION EXTENDING
                                 :   TIME TO ANSWER, MOVE, OR
QUALCOMM INCORPORATED,           :   OTHERWISE REPLY
                                 :
         Defendant.              :

It is hereby stipulated and agreed that the time of defendant Qualcomm, Inc. to answer, move, or otherwise plead with respect to the Complaint be and the same hereby is extended to and including September 15, 2005.

Boies, Schiller & Flexner LLP
Attorneys for Plaintiff Broadcom Corp.

By: _____
    David S. Stone

McCarter & English, LLP
Attorneys for Defendant Qualcomm Incorporated

By: _____
    William J. O'Shaughnessy

Dated: July 28, 2005

SO ORDERED this ___5th___ day of August, 2005.

_____
Mary L. Cooper, U.S.D.J.