McCARTER & ENGLISH, LLP  (WJO 5256)
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102-4056
973-622-4444
Attorneys for Defendant Qualcomm Incorporated

RECEIVED

AUG 9 2005

/s/ 8:30
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

BROADCOM CORPORATION,

    Plaintiff,

v.

QUALCOMM INCORPORATED,

    Defendant.

Civil Action No. 05-3350 (MLC)

**ORDER DENYING APPLICATION FOR REALLOCATION**

Plaintiff Broadcom Corporation ("Plaintiff") having moved this Court by letter dated July 11, 2005 for an order reallocating this action from Trenton to Newark; defendant QUALCOMM Incorporated having opposed Plaintiff's motion by letter dated August 1, 2005; and the Court having reviewed and considered such papers, Plaintiff's motion to reallocate this action to Newark be and the same is hereby denied.

August 9, 2005

GARRETT E. BROWN, JR. U.S.D.J.
For John W. Bissell, U.S.D.J.

ME1\5147232.1