McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102-4056
973-622-4444
Attorneys for Defendant Qualcomm Incorporated
WJO-5256

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BROADCOM CORPORATION, | |
| Plaintiff, | Civil Action No. 05-3350 (MLC) |
| v. | STIPULATION EXTENDING TIME TO ANSWER, MOVE, OR OTHERWISE REPLY |
| QUALCOMM INCORPORATED, | |
| Defendant. | |

It is hereby stipulated and agreed that the time of defendant Qualcomm, Inc. to answer, move, or otherwise plead with respect to the Complaint be and the same hereby is extended to and including October 28, 2005.

          Boies, Schiller & Flexner LLP
          Attorneys for Plaintiff Broadcom Corp.

          By: _____
               David S. Stone

          McCarter & English, LLP
          Attorneys for Defendant Qualcomm Incorporated

          By: _____
               William J. O'Shaughnessy

Dated: September 14, 2005

SO ORDERED this _____ day of September, 2005.

          _____
          Mary L. Cooper, U.S.D.J.

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056
tel 973.622.4444
fax 973.624.7070
www.mccarter.com

William J. O'Shaughnessy

Partner
973.639.2094
Fax 973.624.7070
woshaughnessy@mccarter.com



**M<sup>c</sup>CARTER
ENGLISH**
ATTORNEYS AT LAW

September 15, 2005

### *VIA* HAND DELIVERY

Honorable Judge Mary L. Cooper
Clarkson S. Fisher Federal Bldg. and U.S.
Courthouse – Rm. 5000
402 East State Street
Trenton, New Jersey 08608

Re:   Broadcom Corporation v. Qualcomm Incorporated
        Civil Action No. 05-3350 (MLC)

Dear Judge Cooper:

This firm represents defendant, Qualcomm Incorporated, in the above action. We have attached a Stipulation and Proposed Order Extending Time to Answer, Move, or Otherwise Reply, filed electronically on September 15, 2005. The parties have signed the Stipulation and Proposed Order. If it meets with your approval, please return a conformed copy of the Order at your earliest convenience.

Thank you for your attention.

Respectfully,

*William J. O'Shaughnessy*
William J. O'Shaughnessy

WJO
Enc.
cc:       David S. Stone, Esq. (*via* First Class Mail, w/enc.)
          George S. Cary, Esq. (*via* First Class Mail, w/enc.)
          David Boies, Esq. (*via* First Class Mail, w/enc.)
          Anne Patterson, Esq. (*via* First Class Mail, w/enc.)