UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

RECEIVED
SEP 20 2005
AT 8:30
WILLIAM T. WALSH
CLERK

BROADCOM CORPORATION,

Plaintiff,

v.

QUALCOMM INCORPORATED,

Defendant.

Civil Action No. 05-3350

**CONSENT ORDER ADMITTING DAVID BOIES, STEPHEN NEUWIRTH, DAVID A. BARRETT AND MARK W. NELSON *PRO HAC VICE***

This matter having been presented to the court upon the application of Boies, Schiller & Flexner LLP Counsel for Plaintiff Broadcom Corporation in the above referenced matter, pursuant to L.Civ.R. 101.1(c) to permit David Boies, Stephen Neuwirth, David A. Barrett and Mark W. Nelson and to appear and practice *pro hac vice* in the above referenced matter; and the Court having considered the Affidavits of David S. Stone and the Affidavits of David Boies, Stephen Neuwirth, David A. Barrett and Mark W. Nelson and; and Cravath, Swaine & Moore LLP Counsel for Defendant Qualcomm Incorporated having consented to the entry of this order; and for good cause shown:

IT IS on this 20th day of September, 2005;

ORDERED that David Boies, Stephen Neuwirth, David A. Barrett and Mark W. Nelson and may appear and participate *pro hac vice* in the above referenced matter; and it is

FURTHER ORDERED that all pleadings, briefs and other papers filed with the Court shall be signed by David S. Stone, or a member or associate of the firm Boies, Schiller & Flexner LLP, 150 John F. Kennedy Parkway, Short Hills, New Jersey 07078, who is a member in good standing of the bar of this Court, who shall be responsible for said papers

1

and for the conduct of this case and who shall be present before the Court, as well as be held responsible for the conduct of the attorney admitted *pro hac vice* pursuant to the terms of this Order; and it is

FURTHER ORDERED that David Boies, Stephen Neuwirth, David A. Barrett and Mark W. Nelson and shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection, in accordance with R. 1:28-2 within 20 days from the dated entry of this Consent Order; and it is

FURTHER ORDERED that David Boies, Stephen Neuwirth, David A. Barrett and Mark W. Nelson and shall be bound by the Local Civil Rules of the United States District Court for the District of New Jersey, including the provisions of L.Civ.R. 103.1 (Judicial Ethics and Professional Responsibility) and L.Civ.R. 104.1 (Discipline of Attorneys).

**SO ORDERED:**

Dated: 9/26, 2005

_____
JOHN J. HUGHES, U.S.M.J.

2