McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102-4056
973-622-4444
Attorneys for Defendant Qualcomm Incorporated
WJO-5256

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BROADCOM CORPORATION, | Civil Action No. 05-3350 (MLC) |
| Plaintiff, | |
| v. | STIPULATION EXTENDING TIME TO ANSWER, MOVE, OR OTHERWISE REPLY |
| QUALCOMM INCORPORATED, | |
| Defendant. | |

It is hereby stipulated and agreed that the time of defendant Qualcomm, Inc. to answer, move, or otherwise plead with respect to the Complaint be and the same hereby is extended to and including October 28, 2005.

Boies, Schiller & Flexner LLP
Attorneys for Plaintiff Broadcom Corp.

By: _____
     David S. Stone

McCarter & English, LLP
Attorneys for Defendant Qualcomm Incorporated

By: _____
     William J. O'Shaughnessy

Dated: September 14, 2005

SO ORDERED this 16th day of September, 2005.

_____
Mary L. Cooper, U.S.D.J.

RECEIVED
SEP 16 2005
WILLIAM T. WALSH
CLERK