UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| BROADCOM CORP., | : | Civil Action No. 05-3350 (MLC) |
| Plaintiff, | : | |
| v. | : | O R D E R |
| QUALCOMM INC., | : | |
| Defendants. | : | |

This matter comes before the Court upon Motion by Defendant Qualcomm, Inc. ("Defendant") to admit Evan R. Chesler, Esquire, Dave R. Marriott, Esquire, Fabian D. Gonell, Esquire, Angie K. Young, Esquire, and Jessie M. Gabriel, Esquire [Docket entry # 13], returnable October 17, 2005, to the bar of this Court *pro hac vice*; and Defendant having advised the Court by letter dated September 20, 2005, that the Motion is unopposed; and the Court having reviewed Defendant's submissions; and the Court having considered the matter pursuant to FED. R. CIV. P. 78; and good cause having been shown;

IT IS on this 21th day of September, 2005,

ORDERED that Evan R. Chesler, Esquire, Dave R. Marriott, Esquire, Fabian D. Gonell, Esquire, Angie K. Young, Esquire, and Jessie M. Gabriel, Esquire be permitted to appear *pro hac vice*; provided, however, that all pleadings, briefs and other papers filed with the Court shall be signed by William J. O'Shaughnessy, Esquire, Counsel of record for the Defendant and a member of good standing of the New Jersey Bar, who shall be held responsible for said papers and for the conduct of the cause and who shall be present before the Court during all steps of this proceeding, unless expressly excused by the Court, as well as be held responsible for the conduct

of the attorneys admitted herein; and it is

FURTHER ORDERED that for the duration of this case, Evan R. Chesler, Esquire, Dave R. Marriott, Esquire, Fabian D. Gonell, Esquire, Angie K. Young, Esquire, and Jessie M. Gabriel, Esquire, shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, in accordance with New Jersey Court Rule 1:28-2 within twenty (20) days of the date of the entry of this Order; and it is

FURTHER ORDERED that Evan R. Chesler, Esquire, Dave R. Marriott, Esquire, Fabian D. Gonell, Esquire, Angie K. Young, Esquire, and Jessie M. Gabriel, Esquire, shall be bound by the General and Admiralty Rules of the United States District Court for the District of New Jersey, including the provisions of L. Civ. R. 104.1 Discipline of Attorneys; and it is

FURTHER ORDERED that Evan R. Chesler, Esquire, Dave R. Marriott, Esquire, Fabian D. Gonell, Esquire, Angie K. Young, Esquire, and Jessie M. Gabriel, Esquire shall be deemed to have agreed to take no fee in any tort case in excess of New Jersey's contingent fee rule, pursuant to New Jersey Court Rule 1:21-7, as amended; and it is

FURTHER ORDERED that Evan R. Chesler, Esquire, Dave R. Marriott, Esquire, Fabian D. Gonell, Esquire, Angie K. Young, Esquire, and Jessie M. Gabriel, Esquire shall make payment of $150.00, for the *Pro Bono* fund, to the Clerk of the United States District Court for the District of New Jersey, in accordance with L. Civ. R. App. K., within twenty (20) days of the date of the entry of this Order.

  /s/ *John J. Hughes*
**JOHN J. HUGHES**
**UNITED STATES MAGISTRATE JUDGE**