## CERTIFICATE OF SERVICE

I certify that on September 19, 2005, my associate electronically filed with the Clerk of the United States District Court, District of New Jersey, Plaintiff's First Amended Complaint, and I served a copy of the First Amended Complaint upon the following parties via Federal Express:

David R. Marriott
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eight Avenue
New York, New York 10019-7475

William J. O'Shaughnessy
McCarter & English
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102

Dated: September 23, 2005

By: _____
David S. Stone