UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED,<br><br>Defendant. | Civil Action No. 05-3350 (MLC)<br><br>*NOTICE OF APPEARANCE OF ROBERT A. MAGNANINI ON BEHALF OF PLAINTIFF BROADCOM CORPORATION* |

To the Clerk of this court and all parties of record:

Take notice that as of this date Robert A. Magnanini of Boies, Schiller & Flexner LLP appears on behalf of Plaintiff Broadcom Corporation as counsel in the above-referenced matter. Mr. Magnanini is a registered ECF User in this District and hereby respectfully requests to receive electronic notice of all filings in this matter.

Respectfully submitted,
BOIES, SCHILLER & FLEXNER LLP

By: _____
Robert A. Magnanini, Esq.
rmagnanini@bsfllp.com
Counsel for Plaintiff Broadcom Corporation

Dated: October 13, 2005