William J. O'Shaughnessy (WJO 5256)
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102-4056
(973) 622-4444

Evan R. Chesler
Richard J. Stark
David R. Marriott
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
(212) 474-1000

RECEIVED
OCT 2 5 2005
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BROADCOM CORPORATION, | Civil Action No. 05-3350 (MLC) |
| Plaintiff, | |
| v. | ORDER EXTENDING TIME TO ANSWER, MOVE, OR OTHERWISE REPLY |
| QUALCOMM INCORPORATED, | |
| Defendant. | |

WHEREAS at the initial conference held on September 22, 2005, defendant QUALCOMM Incorporated ("Qualcomm") requested an extension of time to respond to the First Amended Complaint; and

WHEREAS plaintiff Broadcom Corporation stated that it had no objection to such an extension, so long as Qualcomm reaffirmed that it would not move for a stay of discovery with regard to the causes of action alleged in the Complaint of July 1, 2005 (i.e., excluding any causes of action that were newly brought in the First Amended Complaint of September 19, 2005) and that it would not move for a change of venue or to dismiss this action on venue grounds; and

WHEREAS Qualcomm stated that it would not move for a change of venue or to dismiss this action on venue grounds and that it would not seek a stay of discovery as to the causes of action alleged in the Complaint of July 1, 2005;

IT IS HEREBY ORDERED on this 25th day of October, 2005, that Qualcomm's time to respond to the First Amended Complaint be extended to November 23, 2005.

_____
John J. Hughes, United States Magistrate Judge