William J. O'Shaughnessy (WJO 5256)
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102-4056
(973) 622-4444

Evan R. Chesler
Richard J. Stark
David R. Marriott
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
(212) 474-1000

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>                    Plaintiff,<br><br>         v.<br><br>QUALCOMM INCORPORATED,<br><br>                    Defendant. | Civil Action No. 05-3350 (MLC)<br><br>**RESPONSE TO<br>ORDER TO SHOW CAUSE** |

In response to the Court's order of October 6, 2005, directing defendant QUALCOMM Incorporated to inform the Court by October 28, 2005, (1) "whether it objects to the New Jersey Venue", and (2) "if so, whether it prefers the Southern District of California or the Central District as a venue", QUALCOMM states that (1) it does not object to venue in New Jersey; and (2) although QUALCOMM has no objection to New Jersey venue, as between the Southern

District of California and the Central District of California, venue is more appropriate in the Southern District of California.

Dated: October 28, 2005

                                      McCARTER & ENGLISH, LLP

                                      By: *William J. O'Shaughnessy* (signature)
                                            William J. O'Shaughnessy (WJO-5256)
                                            Four Gateway Center
                                            100 Mulberry Street
                                            Newark, NJ 07102
                                            (973) 622-4444

                                      CRAVATH, SWAINE & MOORE LLP
                                            Worldwide Plaza
                                            825 Eighth Avenue
                                            New York, NY 10019
                                            (212) 474-1000

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that the foregoing Response to Order to Show Cause was caused to be served this 28th day of October, 2005, as follows:

**VIA FAX AND FIRST CLASS MAIL:**

David S. Stone, Esq.
Boies, Schiller & Flexner LLP
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078

**VIA FIRST CLASS MAIL:**

George S. Cary, Esq.
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006

David Boies, Esq.
Boies, Schiller & Flexner LLP
570 Lexington Avenue
New York, New York 10022

Anne Patterson, Esq.
Riker Danzig Scherer Hyland & Perretti LLP
Headquarters Plaza 1 Speedwell Avenue
Morristown, New Jersey 07962

Richard Hernandez

ME1\5314980.1