## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that the foregoing Response to Order to Show Cause was caused to be service this 10th day November, 2005, as follows:

**VIA FACSIMILE AND FIRST CLASS MAIL**:

William J. O'Shaughnessy, Esq.
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056

David R. Marriott, Esq.
Evan R. Chesler, Esq.
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019

David S. Stone