William J. O'Shaughnessy (WJO 5256)
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102-4056
973-622-4444

Evan R. Chesler
David R. Marriott
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
(212) 474-1000

Attorneys for Defendant Qualcomm Incorporated

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| BROADCOM CORPORATION, | : | |
| | : | Civil Action No. 05-3350 (MLC) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| QUALCOMM INCORPORATED, | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF MOTION FOR ADMISSION *PRO HAC VICE***

PLEASE TAKE NOTICE that on December 19, 2005 at 9:00 a.m., or as soon thereafter

as counsel may be heard, defendant Qualcomm Incorporated ("defendant") will move before this

Court for an order admitting Richard J. Stark of the law firm of Cravath, Swaine & Moore LLP,

and Robert P. Taylor of the law firm of Howrey LLP, *pro hac vice* in this action.

In support of the motion, defendant relies on the Accompanying Affidavits of Richard J.

Stark and Robert P. Taylor. Defendant respectfully submits that no brief is necessary in

connection with this motion, in as much as the bases of this application are set forth in the accompanying Affidavits.

Dated:  November 29, 2005

McCARTER & ENGLISH, LLP

By: _William J. O'Shaughnessy_

William J. O'Shaughnessy (WJO-5256)
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
(973) 622-4444

CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

MEI\5146972.1

William J. O'Shaughnessy (WJO 5256)
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102-4056
(973) 622-4444

Evan R. Chesler
David R. Marriott
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
(212) 474-1000

Attorneys for Defendant Qualcomm Incorporated

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| BROADCOM CORPORATION, | : | |
| | : | Civil Action No. 05-3350 (MLC) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| QUALCOMM INCORPORATED, | : | |
| | : | |
| Defendant. | : | |

**ORDER GRANTING ADMISSION *PRO HAC VICE***

This matter having been opened to the Court by McCarter & English, LLP, attorneys for

defendant Qualcomm Incorporated, seeking an Order admitting Richard J. Stark, Esq., attorney

at law of the State of New York, and Robert P. Taylor, Esq., attorney at law of the State of

California *pro hac vice*, and the local counsel for defendant (McCarter & English, LLP) having

represented that the defendant has no objection to the entry of the within Order;

IT IS on this _____ day of _____, 2005,

ORDERED as follows:

1.    Richard J. Stark, Esq. and Robert P. Taylor, Esq. be and they hereby are admitted *pro hac vice* to appear in this matter for all purposes on behalf of defendant Qualcomm Incorporated.

2.    Richard J. Stark, Esq. and Robert P. Taylor, Esq. are required to abide by the Rules governing this Court, including all disciplinary rules, and to notify the Court immediately of any matter affecting their standing at the bar of any other court.

3.    Richard J. Stark, Esq. and Robert P. Taylor, Esq. are deemed to consent to the appointment of the Clerk of the Court as agent upon whom service of process may be made for all actions against them or their firm that may arise out of their participation in this matter.

4.    William J. O'Shaughnessy, Esq. of the firm of McCarter & English, LLP, and a member of the bar of this Court, has entered an appearance in this case and shall be counsel of record in accordance with Local Civil Rule 101.1(c)(3).

5.    In accordance with Local Civil Rule 101.1(c)(2), Richard J. Stark, Esq. and Robert P. Taylor, Esq. will make payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Rule 1:28-2(a).

_____

Honorable Mary L. Cooper, U.S.D.J.

William J. O'Shaughnessy (WJO 5256)
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102-4056
973-622-4444

Evan R. Chesler
David R. Marriott
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
(212) 474-1000

Attorneys for Defendant Qualcomm Incorporated

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| BROADCOM CORPORATION, | : | |
| | : | Civil Action No. 05-3350 (MLC) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| QUALCOMM INCORPORATED, | : | |
| | : | |
| Defendant. | : | |

**CERTIFICATION OF WILLIAM J. O'SHAUGHNESSY
IN SUPPORT OF *PRO HAC VICE* ADMISSION OF
RICHARD J. STARK AND ROBERT P. TAYLOR**

WILLIAM J. O'SHAUGHNESSY, of full age, certifies as follows:

1.      I am a member of the bar of the State of New Jersey and of McCarter & English,

LLP, counsel for defendant Qualcomm Incorporated in this action.

2.      I make this Certification in support of the applications of Richard J. Stark and Robert P. Taylor for admission to the bar of this Court *pro hac vice.*

3.      Affidavits from Mr. Stark and Mr. Taylor in support of their applications for admission to the bar of this Court *pro hac vice* have also been submitted.

4.      Mr. Stark and Mr. Taylor have been advised of their obligations to comply with the Rules of Professional adopted by the New Jersey Supreme Court, and of Local Rule 101.1(c) which governs the admission of counsel *pro hac vice.*

5.      Mr. Stark and Mr. Taylor will be associated with attorneys from the firm of McCarter & English, LLP in the defense of this matter, and a member of McCarter & English, LLP will sign all pleadings, briefs, and other papers filed with the Court.

I certify under penalty of perjury that the foregoing is true and correct.

_William J. O'Shaughnessy_
William J. O'Shaughnessy
(WJO-5256)

DATED: November 29, 2005

William J. O'Shaughnessy (WJO 5256)
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102-4056
(973) 622-4444

Evan R. Chesler
Richard J. Stark
David R. Marriott
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
(212) 474-1000

Attorneys for Defendant Qualcomm Incorporated

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| BROADCOM CORPORATION, | : | |
| | : | Civil Action No. 05-3350 (MLC) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| QUALCOMM INCORPORATED, | : | |
| | : | |
| Defendant. | : | |

STATE OF NEW YORK    )
                     ) ss.
COUNTY OF NEW YORK   )

**AFFIDAVIT OF RICHARD J. STARK IN SUPPORT OF
ADMISSION *PRO HAC VICE***

Richard J. Stark, being duly sworn, deposes and says:

1.      I am a member of the law firm of Cravath, Swaine & Moore LLP. My business

address is Worldwide Plaza, 825 Eighth Avenue, New York, New York 10019-7475. I make

this Affidavit in support of the motion of defendant Qualcomm Incorporated ("Qualcomm") to

admit me *pro hac vice* for purposes of representing them in this matter.

2.      I am a member in good standing of the bar of the State of New York, the state in which I principally practice law. I am also a member in good standing of the bar of the State of Connecticut, the state in which I reside. There are no disciplinary proceedings presently pending against me, and no discipline has previously been imposed upon me.

3.      I am a 1991 graduate of the New York University School of Law. I was admitted to practice in the State of New York in 1992, and the State of Connecticut in 1991. I am also admitted to practice before the United States Supreme Court (2002), the United States Court of Appeals for the Federal Circuit (2000), the United States Court of Appeals for the District of Columbia (2001), the United States Court of Appeals for the Second Circuit (2003), the United States Court of Appeals for the Seventh Circuit (2003), the United States District Court for the Southern District of New York (1992), the United States District Court for the Eastern District of New York (1992), the United States District Court for the Eastern District of Michigan (2000), the United States District Court for the District of Colorado (2000), the United States District Court for the District of Columbia (2001), the United States District Court for the Eastern District of Wisconsin (2001), and the United States District Court for the Northern District of Illinois (2003). I am currently and have always been a member in good standing in these Courts.

4.      My principal practice involves civil and commercial litigation.

5.      Our law firm is counsel for Qualcomm and we have represented Qualcomm in other lawsuits, and Qualcomm has requested that we represent it in all aspects of this case, including trial, and I accordingly request that the Court admit me *pro hac vice* for these purposes.

6.      I am familiar with and, if admitted, will abide by the Local Rules of this Court. I am associated in this matter with New Jersey counsel, William J. O'Shaughnessy, Esq. of the law firm of McCarter & English, LLP, Four Gateway Center, 100 Mulberry Street, Newark, New Jersey 07102.

-2-

7.    I will make any required payment to the New Jersey Lawyers' Fund for Client

Protection.

Richard J. Stark

Sworn and subscribed to before me,
a notary public of the State of New York,
this **22** day of September, 2005.

*Robert B. Zwillich*

ROBERT B. ZWILLICH
Notary Public, State of New York
No. 31-4630959
Qualified in New York County
Commission Expires October 31, 2006

William J. O'Shaughnessy (WJO 5256)
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102-4056
(973) 622-4444

Evan R. Chesler
Richard J. Stark
David R. Marriott
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
(212) 474-1000

Attorneys for Defendant Qualcomm Incorporated

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| BROADCOM CORPORATION, | : | |
| | : | Civil Action No. 05-3350 (MLC) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| QUALCOMM INCORPORATED, | : | |
| | : | |
| Defendant. | : | |

STATE OF CALIFORNIA   )
                       ) ss.
COUNTY OF _____  )

### AFFIDAVIT OF ROBERT P. TAYLOR IN SUPPORT OF
### ADMISSION *PRO HAC VICE*

Robert P. Taylor, being duly sworn, deposes and says:

1.     I am a member of the law firm of Howrey LLP.  My business address is 301

Ravenswood Ave., Menlo Park, California 94025-3434.  I make this Affidavit in support of the

motion of defendant Qualcomm Incorporated ("Qualcomm") to admit me *pro hac vice* for

purposes of representing them in this matter.

2.      I am a member in good standing of the bar of the State of California, the state of

which I am a resident and in which I principally practice law.  There are no disciplinary

proceedings presently pending against me, and no discipline has previously been imposed upon

me.

3.      I am a 1969 graduate of the Georgetown University School of Law.  I was

admitted to practice in the State of California in 1970.  I am also admitted to practice before the

United States Supreme Court (1976), the United States Court of Appeals for the Ninth Circuit

(1970), the United States Court of Appeals for the Federal Circuit (1985, readmitted 1992), the

United States District Court for the Northern District of California (1970), the United States

District Court for the Eastern District of California (1984), the United States District Court for

the Central District of California (1972, readmitted 1997), the United States District Court for the

Southern District of California (1995), and the United States District Court for the Southern

District of New York (1999).  I am currently and have always been a member in good standing

in these Courts.

4.      My principal practice involves civil and commercial litigation.

5.      Our law firm is counsel for Qualcomm and we have represented Qualcomm in

other lawsuits, and Qualcomm has requested that we represent it in this case, and I accordingly

request that the Court admit me *pro hac vice* for these purposes.

6.      I am familiar with and, if admitted, will abide by the Local Rules of this Court.  I

am associated in this matter with New Jersey counsel, William J. O'Shaughnessy, Esq. of the

law firm of McCarter & English, LLP, Four Gateway Center, 100 Mulberry Street, Newark, New

Jersey 07102.

7.      I will make any required payment to the New Jersey Lawyers' Fund for Client

Protection.

-2-

Robert P. Taylor

State of California
County of _SAN MATEO_

Subscribed and sworn to (or affirmed) before me on this 23rd day of _September_, 2005 by _ROBERT P. TAYLOR_, personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

**CHERYL BRENT**
Commission # 1526426
Notary Public - California
San Mateo County
My Comm. Expires Nov 13, 2008

Signature _____

William J. O'Shaughnessy (WJO 5256)
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102-4056
973-622-4444

Evan R. Chesler
David R. Marriott
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
(212) 474-1000

Attorneys for Defendant Qualcomm Incorporated

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| BROADCOM CORPORATION, | : | |
| | : | Civil Action No. 05-3350 (MLC) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| QUALCOMM INCORPORATED, | : | |
| | : | |
| Defendant. | : | |

**CERTIFICATION OF SERVICE**

RICHARD HERNANDEZ, of full age, certifies as follows:

1.    I am an attorney at law of the State of New Jersey and am associated with the firm of McCarter & English, LLP, attorneys for defendant Qualcomm Incorporated.

2.    On November 29, 2005, I caused to be delivered by regular mail copies of the Notice of Motion for Admission *Pro Hac Vice*, Certification of William J. O'Shaughnessy in Support of Motion for Admission *Pro Hac Vice*, Affidavits of Richard J. Stark and Robert P.

Taylor in Support of Admission *Pro Hac Vice*, and a proposed form of Order granting

Admission *Pro Hac Vice* to the following:

David S. Stone, Esq.
Boies, Schiller & Flexner LLP
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078

George S. Cary, Esq.
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006

David Boies, Esq.
Boies, Schiller & Flexner LLP
570 Lexington Avenue
New York, New York 10022

Anne Patterson, Esq.
Riker Danzig Scherer Hyland & Perretti LLP
Headquarters Plaza 1 Speedwell Avenue
Morristown, New Jersey 07962

I hereby certify that the foregoing statements made by me are true. I am aware that if any

of the foregoing statements made by me are willfully false, I am subject to punishment.

Richard Hernandez

DATED: November 29, 2005

-2-