McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102-4056
973-622-4444
Attorneys for Defendant Qualcomm Incorporated
WJO-5256

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BROADCOM CORPORATION, | : |
| Plaintiff, | : Civil Action No. 05-3350 (MLC) |
| v. | : STIPULATION EXTENDING TIME |
| | : TO RESPOND TO COMPLAINT AND |
| QUALCOMM INCORPORATED, | : SETTING BRIEFING SCHEDULE |
| Defendant. | : |

WHEREAS, defendant QUALCOMM Incorporated has informed plaintiff Broadcom Corporation that QUALCOMM intends to move to dismiss the complaint, and

WHEREAS, the parties wish to set a mutually agreeable briefing schedule,

It is hereby stipulated and agreed that:

1. QUALCOMM shall file its motion to dismiss on or before December 9, 2005, returnable February 6, 2006;

2. Broadcom shall file its opposition to QUALCOMM's motion on or before January 17, 2006; and

RECEIVED
NOV 29 2005
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

[[NYLIT:2344510v1:3980D:09/14/05--05:08 p]]

3. QUALCOMM shall file its reply on or before January 30, 2006.

        Boies, Schiller & Flexner LLP
        Attorneys for Plaintiff Broadcom Corporation

        By: _David S. Stone (By WJO)_
            David S. Stone

        McCarter & English, LLP
        Attorneys for Defendant QUALCOMM Incorporated

        By: _William J. O'Shaughnessy_
            William J. O'Shaughnessy

Dated: November 22, 2005

SO ORDERED this 28th day of November, 2005.

                                  John J. Hughes, United States Magistrate Judge