# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| BROADCOM CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED,<br><br>　　　　　　Defendant. | )<br>)<br>)　Civil Action No. 05-3350 (MLC)<br>)<br>)　***NOTICE OF APPEARANCE OF***<br>)　***STEVEN J. KAISER ON BEHALF***<br>)　***OF PLAINTIFF BROADCOM***<br>)　***CORPORATION***<br>)<br>) |

To the Clerk of this court and all counsel of record:

　　Please take notice that I am appearing on behalf of Plaintiff Broadcom Corporation as co-counsel in the above-referenced matter. I am a registered ECF User in this District and hereby respectfully request to receive electronic notice of all filings in this matter.

　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　By: _____/s/_____
　　　　　　　　　　　　　　　　　　　　Steven J. Kaiser
　　　　　　　　　　　　　　　　　　　　Cleary Gottlieb Steen & Hamilton LLP
　　　　　　　　　　　　　　　　　　　　2000 Pennsylvania Avenue, N.W.
　　　　　　　　　　　　　　　　　　　　Washington, DC 20006
　　　　　　　　　　　　　　　　　　　　(202) 974-1554
　　　　　　　　　　　　　　　　　　　　skaiser@cgsh.com
　　　　　　　　　　　　　　　　　　　　Co-Counsel for Plaintiff Broadcom Corporation


Dated: January 6, 2006