UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

David S. Stone (DS 8580)
BOIES, SCHILLER & FLEXNER LLP
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078
(973) 218-1111
Counsel for Plaintiff
BROADCOM CORPORATION

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>            Plaintiff,<br><br>    v.<br><br>QUALCOMM INCORPORATED,<br><br>            Defendant. | Civil Action No. 05-3350<br><br>**NOTICE OF MOTION TO ADMIT SCOTT E. GANT** *PRO HAC VICE* |

TO:   William J. O'Shaughnessy
      McCarter & English
      Four Gateway Center
      100 Mulberry St.
      Newark, NJ 07102

      David R. Marriott
      Cravath, Swaine & Moore LLP
      825 Eighth Avenue
      New York, New York 10019

      Attorneys for Defendant

PLEASE TAKE NOTICE, that on February 6, 2006 at 9:30 a.m., or as soon as counsel may be heard, the undersigned attorneys for Plaintiff Broadcom Corporation will move before the Hon. John J. Hughes, at the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608, for an Order pursuant to L.Civ.R. 101.1(c) granting **Scott E.**

**Gant** of the firm Boies, Schiller & Flexner LLP, 5301 Wisconsin Ave., NW, Suite 800, Washington, DC 20015 admission to this Court *pro hac vice*. The basis for this motion is set forth by counsel for Plaintiff, David S. Stone, in the attached Affidavit in Support of Plaintiff's Motion for an Order to admit Scott E. Gant *pro hac vice*.

    An Order is attached.

                                                          David S. Stone (DS 8580)

Dated:  January 19, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

David S. Stone (DS 8580)
BOIES, SCHILLER & FLEXNER LLP
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078
(973) 218-1111
Counsel for Plaintiff
BROADCOM CORPORATION

| BROADCOM CORPORATION, | Civil Action No. 05-3350 |
| --- | --- |
| Plaintiff, | |
| v. | **AFFIDAVIT OF DAVID S. STONE IN SUPPORT OF PLAINTIFF'S MOTION TO ADMIT SCOTT E. GANT *PRO HAC VICE*** |
| QUALCOMM INCORPORATED, | |
| Defendant. | |

STATE OF NEW JERSEY   )
                      ) SS:
COUNTY OF ESSEX       )

DAVID S. STONE, having been duly sworn according to his oath, deposes and says:

1. I am an attorney at law in the State of New Jersey and a member of the bar of this Court, as well as a member of the law firm of Boies, Schiller & Flexner LLP, which represents Plaintiff Broadcom Corporation in the above matter. I have personal knowledge of what is stated below and make this Affidavit in support of a motion, pursuant to L.Civ.R. 101.1(c), to admit Scott E. Gant *pro hac vice* in the above matter.

2. Mr. Gant is a member of the firm Boies, Schiller & Flexner LLP, and has been asked by plaintiff Broadcom to be involved in this case because of his extensive experience with the antitrust issues at issue in this case, and his prior experiences with Broadcom in other matters.

3. As more fully set forth in his Affidavit, Mr. Gant is a member in good standing of a number of different courts.

4. Upon the admission of Mr. Gant *pro hac vice*, I will continue to participate and serve as counsel of record in this matter. In addition, I will ensure that payment is made for Mr. Gant to the New Jersey Lawyers' Fund for Client Protection, as provided by R. 1:28-2(a).

David S. Stone (DS 8580)

Sworn to before me and
subscribed in my presence
this 19th day of January, 2006.

Notary Public

EILEEN BARON
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Sept. 3, 2006

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

David S. Stone (DS 8580)
BOIES, SCHILLER & FLEXNER LLP
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078
(973) 218-1111
Counsel for Plaintiff
BROADCOM CORPORATION

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED,<br><br>Defendant. | Civil Action No. 05-3350<br><br>**AFFIDAVIT OF SCOTT E. GANT IN SUPPORT OF PLAINTIFF'S *PRO HAC VICE* MOTION** |

| | |
|---|---|
| District of Columbia | ) <br> ) SS: <br> ) |

SCOTT E. GANT, having been duly sworn according to his oath, deposes and says:

1. I am a member in good standing of the Bar of the State of the District of Colmbia, to which I was admitted in 1997. I am also a member in good standing of the Bar of the United States Supreme Court, the Bars of the United States Courts of Appeals for the Third, Sixth, Eighth, Ninth, Tenth and District of Columbia Circuits, and the United States District Courts for the Districts of Colorado, Eastern District of Michigan, and Western District of Michigan. I make this Affidavit in support of this Motion to allow me to appear in the above-captioned case *pro hac vice*.

2. I am not currently suspended or disbarred in any court and am of good moral character.

3. I represent Broadcom Corporation in the above-captioned action. I am associated in this matter with David S. Stone of the New Jersey office of our firm, Boies, Schiller & Flexner LLP, located at 150 John F. Kennedy Parkway, Short Hills, New Jersey 07078.

4. If admitted to practice before this Court in this case, I will conduct myself in accordance with the Rules governing the conduct of attorneys admitted to practice before this Court, and pay all appropriate fees.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Scott E. Gant

Sworn to before me and
subscribed in my presence
this 12th day of August, 2005.

_____
Notary Public

Jana Miller
Notary Public, District of Columbia
My Commission Expires June 30, 2010

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

BROADCOM CORPORATION,

Plaintiff,

v.

QUALCOMM INCORPORATED,

Defendant.

Civil Action No. 05-3350

**ORDER ADMITTING SCOTT E. GANT
*PRO HAC VICE***

This matter having been presented to the court upon the application of Boies, Schiller & Flexner LLP Counsel for Plaintiff Broadcom Corporation in the above referenced matter, pursuant to L.Civ.R. 101.1(c) to permit Scott E. Gant to appear and practice *pro hac vice* in the above referenced matter; and the Court having considered the Affidavits of David S. Stone and the Affidavit of Scott E. Gant; and for good cause shown:

IT IS on this _____ day of January, 2006;

ORDERED that Scott E. Gant may appear and participate *pro hac vice* in the above referenced matter; and it is

FURTHER ORDERED that all pleadings, briefs and other papers filed with the Court shall be signed by David S. Stone, or a member or associate of the firm Boies, Schiller & Flexner LLP, 150 John F. Kennedy Parkway, Short Hills, New Jersey 07078, who is a member in good standing of the bar of this Court, who shall be responsible for said papers and for the conduct of this case and who shall be present before the Court, as well as be held responsible for the conduct of the attorney admitted *pro hac vice* pursuant to the terms of this Order; and it is

1

FURTHER ORDERED that Scott E. Gant shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection, in accordance with R. 1:28-2 within 20 days from the dated entry of this Consent Order; and it is

FURTHER ORDERED that Scott E. Gant shall be bound by the Local Civil Rules of the United States District Court for the District of New Jersey, including the provisions of L.Civ.R. 103.1 (Judicial Ethics and Professional Responsibility) and L.Civ.R. 104.1 (Discipline of Attorneys).

**SO ORDERED:**

                                                               JOHN J. HUGHES, U.S.M.J.

Dated: _____, 2006