William J. O'Shaughnessy (WJO 5256)
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102-4056
973-622-4444

Evan R. Chesler
Richard J. Stark
David R. Marriott
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
(212) 474-1000

Attorneys for Defendant Qualcomm Incorporated

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BROADCOM CORPORATION, | : |
| Plaintiff, | : Civil Action No. 05-3350 (MLC) |
| v. | : |
| QUALCOMM INCORPORATED, | : |
| Defendant. | : |

**NOTICE OF MOTION FOR ADMISSION *PRO HAC VICE***

PLEASE TAKE NOTICE that on March 6, 2006 at 9:00 a.m., or as soon thereafter as counsel may be heard, defendant Qualcomm Incorporated ("defendant") will move before this Court for an order admitting Richard S. Taffet of the law firm of Bingham McCutchen, *pro hac vice* in this action.

In support of the motion, defendant relies on the Accompanying Affidavit of Richard S. Taffet. Defendant respectfully submits that no brief is necessary in connection with this motion, in as much as the bases of this application are set forth in the accompanying Affidavits.

-2-

Dated:  February 1, 2006

                        McCARTER & ENGLISH, LLP

By:     s/ William J. O'Shaughnessy
       William J. O'Shaughnessy (WJO-5256)
       Four Gateway Center
       100 Mulberry Street
       Newark, NJ 07102
       (973) 622-4444

CRAVATH, SWAINE & MOORE LLP
       Worldwide Plaza
       825 Eighth Avenue
       New York, NY 10019
       (212) 474-1000

William J. O'Shaughnessy (WJO 5256)
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102-4056
973-622-4444

Evan R. Chesler
Richard J. Stark
David R. Marriott
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
(212) 474-1000

Attorneys for Defendant Qualcomm Incorporated

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| BROADCOM CORPORATION, | : | |
| | : | Civil Action No. 05-3350 (MLC) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| QUALCOMM INCORPORATED, | : | |
| | : | |
| Defendant. | : | |

**ORDER GRANTING ADMISSION *PRO HAC VICE***

This matter having been opened to the Court by McCarter & English, LLP, attorneys for defendant Qualcomm Incorporated, seeking an Order admitting Richard S. Taffet, Esq., attorney at law of the State of New York *pro hac vice*, and the local counsel for defendant (McCarter & English, LLP) having represented that the plaintiff has no objection to the entry of the within Order;

IT IS on this _____ day of _____, 2006,

ORDERED as follows:

1.  Richard S. Taffet, Esq. be and is hereby admitted *pro hac vice* to appear in this matter for all purposes on behalf of defendant Qualcomm Incorporated.

2.  Richard S. Taffet, Esq. is required to abide by the Rules governing this Court, including all disciplinary rules, and to notify the Court immediately of any matter affecting his standing at the bar of any other court.

3.  Richard S. Taffet, Esq. is deemed to consent to the appointment of the Clerk of the Court as agent upon whom service of process may be made for all actions against him or his firm that may arise out of his participation in this matter.

4.  William J. O'Shaughnessy, Esq. of the firm of McCarter & English, LLP, and a member of the bar of this Court, has entered an appearance in this case and shall be counsel of record in accordance with Local Civil Rule 101.1(c)(3).

5.  In accordance with Local Civil Rule 101.1(c)(2), Richard S. Taffet, Esq. will make payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Rule 1:28-2(a).

_____
Honorable Mary L. Cooper, U.S.D.J.

William J. O'Shaughnessy (WJO 5256)
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102-4056
973-622-4444

Evan R. Chesler
Richard J. Stark
David R. Marriott
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
(212) 474-1000

Attorneys for Defendant Qualcomm Incorporated

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BROADCOM CORPORATION,       : | |
| : | Civil Action No. 05-3350 (MLC) |
| Plaintiff,       : | |
| : | |
| v.       : | |
| : | |
| QUALCOMM INCORPORATED,       : | |
| : | |
| Defendant.       : | |

**CERTIFICATION OF WILLIAM J. O'SHAUGHNESSY
IN SUPPORT OF *PRO HAC VICE* ADMISSION OF
RICHARD S. TAFFET**

WILLIAM J. O'SHAUGHNESSY, of full age, certifies as follows:

1. I am a member of the bar of the State of New Jersey and of McCarter & English, LLP, counsel for defendant Qualcomm Incorporated in this action.

-2-

2. I make this Certification in support of the application of Richard S. Taffet, Esq. for admission to the bar of this Court *pro hac vice*.

3. An Affidavit from Mr. Taffet in support of his application for admission to the bar of this Court *pro hac vice* has also been submitted.

4. Mr. Taffet has been advised of his obligation to comply with the Rules of Professional Conduct adopted by the New Jersey Supreme Court, and of Local Rule 101.1(c) which governs the admission of counsel *pro hac vice*.

5. Mr. Taffet will be associated with attorneys from the firm of McCarter & English, LLP in the defense of this matter, and a member of McCarter & English, LLP will sign all pleadings, briefs, and other papers filed with the Court.

6. Our adversary, Broadcom Corporation, through its attorneys, have consented to the *pro hac vice* admission of Mr. Taffet.

I certify under penalty of perjury that the foregoing is true and correct.

s/ William J. O'Shaughnessy<br>
William J. O'Shaughnessy<br>
(WJO-5256)

DATED: February 1, 2006

William J. O'Shaughnessy (WJO 5256)
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102-4056
973-622-4444

Evan R. Chesler
Richard J. Stark
David R. Marriott
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
(212) 474-1000

Attorneys for Defendant Qualcomm Incorporated

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| BROADCOM CORPORATION, | : | |
| | : | Civil Action No. 05-3350 (MLC) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| QUALCOMM INCORPORATED, | : | |
| | : | |
| Defendant. | : | |

STATE OF NEW YORK    )
                     ) ss.
COUNTY OF NEW YORK  )

**AFFIDAVIT OF RICHARD S. TAFFET IN SUPPORT OF
ADMISSION *PRO HAC VICE***

Richard S. Taffet, being duly sworn, deposes and says:

1. I am a member of the law firm of Bingham McCutchen. My business address is 399 Park Avenue, New York, New York 10022-4689. I make this Affidavit in support of the motion of defendant Qualcomm Incorporated ("Qualcomm") to admit me *pro hac vice* for purposes of representing them in this matter.

NYDOCS/1241075.1

2. I am a member in good standing of the bar of the State of New York, the state of which I am a resident and in which I principally practice law. There are no disciplinary proceedings presently pending against me, and no discipline has previously been imposed upon me.

3. I am a 1980 graduate of Brooklyn Law School . I was admitted to practice in the State of New York in 1981. I am also admitted to practice before The Second Circuit Court of Appeals (6/27/96); Sixth Circuit Court of Appeals (6/2/97); Southern District of New York (6/2/81); Eastern District of New York (7/1/81); Western District of New York (12/9/03) and Northern District of New York (2/10/88).

4. My principal practice involves antitrust, intellectual property and other commercial litigation. Our law firm is counsel for Qualcomm and we represent Qualcomm in other matters , and Qualcomm has requested that we represent it in all aspects of this case, including trial, and I accordingly request that the Court admit me *pro hac vice* for these purposes.

5. I am familiar with and, if admitted, will abide by the Local Rules of this Court. I am associated in this matter with New Jersey counsel, William J. O'Shaughnessy, Esq. of the law firm of McCarter & English, LLP, Four Gateway Center, 100 Mulberry Street, Newark, New Jersey 07102.

6. I will make any required payment to the New Jersey Lawyers' Fund for Client Protection.

_____
Richard S. Taffet

Subscribed and sworn to before me
a notary public of the State of New York,
this 23rd day of January, 2006.

_____
Notary Public

PAUL MAPP
Notary Public, State of New York
No. 03-4950922
Qualified in New York County
Commission Expires May 8, 20__

-2-

NYDOCS/1241075.1

William J. O'Shaughnessy (WJO 5256)
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102-4056
973-622-4444

Evan R. Chesler
Richard J. Stark
David R. Marriott
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
(212) 474-1000

Attorneys for Defendant Qualcomm Incorporated

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| BROADCOM CORPORATION, | : | |
| | : | Civil Action No. 05-3350 (MLC) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| QUALCOMM INCORPORATED, | : | |
| | : | |
| Defendant. | : | |

**CERTIFICATION OF SERVICE**

RICHARD HERNANDEZ, of full age, certifies as follows:

1. I am an attorney at law of the State of New Jersey and am associated with the firm of McCarter & English, LLP, attorneys for defendant Qualcomm Incorporated.

2. On February 1, 2006, I caused to be delivered by regular mail copies of the Notice of Motion for Admission *Pro Hac Vice*, Certification of William J. O'Shaughnessy in Support of

Motion for Admission *Pro Hac Vice*, Affidavit of Richard S. Taffet in Support of Admission *Pro Hac Vice*, and a proposed form of Order granting Admission *Pro Hac Vice* to the following:

David S. Stone, Esq.
Boies, Schiller & Flexner LLP
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078

George S. Cary, Esq.
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006

David Boies, Esq.
Boies, Schiller & Flexner LLP
570 Lexington Avenue
New York, New York 10022

Anne Patterson, Esq.
Riker Danzig Scherer Hyland & Perretti LLP
Headquarters Plaza 1 Speedwell Avenue
Morristown, New Jersey 07962

I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

s/ Richard Hernandez
Richard Hernandez

DATED: February 1, 2006