UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| BROADCOM CORPORATION, | : | CIVIL ACTION NO. 05-3350 (MLC) |
| Plaintiff, | : | **O R D E R** |
| v. | : | |
| QUALCOMM INCORPORATED, | : | |
| Defendant. | : | |

**THE COURT** having issued an order to show cause why the action should not be transferred under 28 U.S.C. § 1404 to the United States District Court for either (1) the Southern District of California, or (2) the Central District of California (dkt. entry no. 21); and the Court noting therein that the Court was without authority to transfer the action unless the defendant affirmatively objected to the New Jersey venue (id.); and the defendant stating in response that it does not object to the New Jersey venue (dkt. entry no. 25); and the plaintiff also stating the action is in the proper venue (dkt. entry no. 26); and thus the Court intending to (1) vacate the order to show cause, and (2) change the return date of the defendant's pending motion to dismiss (dkt. entry no. 31) to February 21, 2006, and address it soon thereafter; and for good cause appearing;

**IT IS THEREFORE** on this 3rd day of February, 2006 **ORDERED** that the Court's order to show cause (dkt. entry no. 21) is **VACATED;** and

**IT IS FURTHER ORDERED** that the Clerk of the Court change the return date of the defendant's pending motion to dismiss (dkt. entry no. 31) to February 21, 2006.

                      s/ Mary L. Cooper
                **MARY L. COOPER**
                United States District Judge