UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| BROADCOM CORP., | : | Civil Action No. 05-3350 (MLC) |
| Plaintiff, | : | |
| v. | : | O R D E R |
| QUALCOMM INC., | : | |
| Defendants. | : | |

This matter comes before the Court upon Motion by Plaintiff Broadcom Corporation ("Plaintiff") to admit Scott E. Gant, Esquire, [Docket entry # 40], returnable February 21, 2006, to the bar of this Court *pro hac vice*; and Plaintiff having advised the Court via telephone conversation on February 14, 2006, that the Motion is unopposed; and the Court having reviewed Plaintiff's submissions; and the Court having considered the matter pursuant to FED. R. CIV. P. 78; and good cause having been shown;

IT IS on this 14th day of February, 2006,

ORDERED that Scott E. Gant, Esquire be permitted to appear *pro hac vice*; provided, however, that all pleadings, briefs and other papers filed with the Court shall be signed by David S. Stone, Esquire, Counsel of record for the Plaintiff and a member of good standing of the New Jersey Bar, who shall be held responsible for said papers and for the conduct of the cause and who shall be present before the Court during all steps of this proceeding, unless expressly excused by the Court, as well as be held responsible for the conduct of the attorneys admitted herein; and it is

FURTHER ORDERED that for the duration of this case, Scott E. Gant, Esquire, shall

arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, in accordance with New Jersey Court Rule 1:28-2 within twenty (20) days of the date of the entry of this Order; and it is

FURTHER ORDERED that Scott E. Gant, Esquire, shall be bound by the General and Admiralty Rules of the United States District Court for the District of New Jersey, including the provisions of L. CIV. R. 104.1 Discipline of Attorneys; and it is

FURTHER ORDERED that Scott E. Gant, Esquire shall be deemed to have agreed to take no fee in any tort case in excess of New Jersey's contingent fee rule, pursuant to New Jersey Court Rule 1:21-7, as amended; and it is

FURTHER ORDERED that Scott E. Gant, Esquire shall make payment of $150.00, for the *Pro Bono* fund, to the Clerk of the United States District Court for the District of New Jersey, in accordance with L. CIV. R. App. K., within twenty (20) days of the date of the entry of this Order.

    /s/ *John J. Hughes*
**JOHN J. HUGHES**
**UNITED STATES MAGISTRATE JUDGE**