UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

BROADCOM CORPORATION,

    Plaintiff,

v.

QUALCOMM INCORPORATED,

    Defendant.

[PROPOSED] ORDER

AT 8:30 _____ M

Civil Action No. 05-3350 (MLC)

RECEIVED
MAR 13 2006
WILLIAM T. WALSH
CLERK

WHEREAS, the parties appeared before the Court on February 22, 2006 for a status conference and at that status conference addressed certain matters relating to discovery, and for good cause shown,

IT IS HEREBY ORDERED THAT:

1. Unless by April 22, 2006 Judge Cooper has dismissed Broadcom's Eighth Claim for Relief, QUALCOMM shall on that date produce to Broadcom documents responsive to Broadcom's Request 25, including the documents produced by Flarion Technologies, Inc. to the Department of Justice.

2. The parties shall meet and confer further about documents responsive to QUALCOMM's Request 18.

3. The parties shall meet and confer regarding Broadcom's request for certain pre-2000 documents relating to CDMA. Should the parties not reach agreement, the parties shall submit to the Court a joint letter regarding any disagreement. Any such letter is not to exceed three pages in length.

4. A status conference will be held on May 10, 2006, at 2:00 p.m., to discuss the completion of document discovery and the scheduling of depositions. At that conference, the

1

parties shall report to the Court on any outstanding documents to be produced and propose specific time frames for completion of such production and the progress of deposition scheduling.

IT IS SO ORDERED

DATED: ___3/10/_____                    _____
                                         THE HONORABLE JOHN J. HUGHES