DAVID S. STONE (DSS-8580)
Boies, Schiller & Flexner LLP
150 John F. Kennedy Memorial Parkway
Short Hills, NJ 07078
(973) 218-1111

Boies, Schiller & Flexner LLP
570 Lexington Avenue
New York, NY 10022

Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, DC 20006

Counsel for Plaintiff Broadcom Corporation

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON DIVISION

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>　　　　　Plaintiff,<br>　v.<br>QUALCOMM INCORPORATED,<br><br>　　　　　Defendant. | Civil Action No. 05-3350 (MLC) |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Plaintiff Broadcom Corporation ("Broadcom") hereby provides notice of the withdrawal of Stephen R. Neuwirth as counsel for Broadcom in this matter. By Order dated September 20, 2005, this Court admitted Mr. Neuwirth to appear *pro hac vice* in this matter. At that time, Mr. Neuwirth was a partner in the law firm of Boies, Schiller & Flexner LLP. David S. Stone, a member of the bar of this Court resident in Boies, Schiller & Flexner LLP's office in Short Hills, New Jersey, has appeared as counsel of record for Broadcom in this matter.

Effective January 1, 2006, Mr. Neuwirth became a partner in the New York office of the law firm Quinn Emanuel Urquhart Oliver & Hedges, LLP, and Mr. Neuwirth has no longer been serving as counsel for Broadcom in this matter.

Broadcom will continue to be represented in this action by Mr. Stone, as well as by David Boies, David A. Barrett, and Scott E. Gant of Boies, Schiller & Flexner LLP, who have been admitted *pro hac vice;* Robert A. Magnanini of Boies, Schiller & Flexner LLP, a member of the bar of this Court; Mark W. Nelson of Cleary Gottlieb Steen & Hamilton LLP, who has been admitted *pro hac vice*; and Steven J. Kaiser of Cleary Gottlieb Steen & Hamilton LLP, a member of the bar of this Court.

Dated:   April __, 2006

                                                  Respectfully submitted,

                                                  DAVID S. STONE (DSS-8580)
                                                  Boies, Schiller & Flexner LLP
                                                  150 John F. Kennedy Memorial Parkway
                                                  Short Hills, NJ 07078
                                                  (973) 218-1111

                                                  Counsel for Plaintiff Broadcom Corporation

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that the foregoing Notice of Withdrawal of Appearance was caused to be served on April 3, 2006 via facsimile and first-class mail to the following:

David R. Marriott, Esq.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Facsimile: (212) 474-3700

William J. O'Shaughnessy, Esq.
McCarter & English
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Facsimile: (973) 624-7070

David S. Stone