UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| BROADCOM CORPORATION, </br></br>Plaintiff, </br></br>v. </br></br>QUALCOMM INCORPORATED, </br></br>Defendant. | [PROPOSED] ORDER </br></br> Civil Action No. 05-3350 (MLC) </br></br> RECEIVED </br> JUN 7 2006 </br> AT 8:30 _____ M </br> WILLIAM T. WALSH </br> CLERK |

WHEREAS, each of the parties has indicated to the other that it has possession, custody or control of documents responsive to outstanding document requests that it is not producing because of a contractual obligation of confidentiality owed to a third party, and

WHEREAS, Broadcom has sought an order compelling QUALCOMM to produce documents responsive to Broadcom's document requests that QUALCOMM refuses to produce on the sole basis of a confidentiality obligation owed by QUALCOMM to a third party, and

WHEREAS, QUALCOMM has sought an order compelling Broadcom to produce documents responsive to QUALCOMM's document requests that Broadcom refuses to produce on the sole basis of a confidentiality obligation owed by Broadcom to a third party, and for good cause shown

IT IS HEREBY ORDERED THAT:

Each party shall produce documents responsive to each others' requests for which the sole objection to production is a confidentiality obligation owed to a third party.

IT IS SO ORDERED

DATED: 6/6/06

_____
THE HONORABLE JOHN J. HUGHES

2