# BOIES, SCHILLER & FLEXNER LLP

150 JOHN F. KENNEDY PARKWAY • 4TH FLOOR • SHORT HILLS, NJ 07078 • PH. 973.218.1111 • FAX 973.218.1106

June 2, 2006

**VIA FEDERAL EXPRESS**

Clerk of the Court
United States District Court for the District of New Jersey
M.L. King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re: Broadcom Corporation, Inc. v. Qualcomm Inc.
Case No.: 05-3350 (MLC)

Dear Madam/Sir:

    I write to confirm that we are not required to pay the $150.00 assessment to the Client Protection Fund for the pro hac admission of Mr. Steven J. Kaiser, Esq. in the above matter. Since 1996, Mr. Kaiser has been a member in good standing of both the Bar of the State of New Jersey and the District Court for the District of New Jersey and has paid the Client Protection Fund's fee annually since then. On May 10, 2006, an order was signed by Magistrate Judge John Hughes, admitting Mr. Kaiser, Esq. *pro hac vice* in the above-referenced matter. A copy of this order is enclosed for your convenience. A previous call to your office revealed that Mr. Kaiser would not be responsible for making the $150.00 payment to the Pro Bono Fund due to his membership in good standing of the New Jersey Bar. Therefore, pursuant to this conversation with your office, Mr. Kaiser will not be forwarding a Pro Bono Fund payment for his *pro hac vice* participation in this matter. If our understanding is not correct, please call me immediately at (973) 218-1111.

    Thank you for your attention to this matter.

Very truly yours,

Robert A. Magnanini

RAM/aa
Enclosure
cc: Steven J. Kaiser, Esq.

NEW YORK    WASHINGTON DC    FLORIDA    CALIFORNIA    NEW HAMPSHIRE    NEW JERSEY
www.bsfllp.com