# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **BROADCOM CORPORATION,** | : | Civil Action No. 05-3350 (MLC) |
| Plaintiff, | : | |
| v. | : | |
| **QUALCOMM INCORPORATED,** | : | **ORDER TO SEAL** |
| Defendant. | : | |
| _____: | | |

This matter having come before the Court upon Motion by Defendant Qualcomm Incorporated ("Defendant") to seal documents filed in conjunction with Defendant's Motion to Compel the Production of Documents, [Docket Entry #58], returnable June 19, 2006; and Plaintiff submitting no opposition; and Defendant stating that "[t]his is an antitrust case requiring discovery of highly sensitive competitive information.  The parties have produced confidential information in discovery, the public disclosure of which could affect legitimate business interests.." (Def's Br. at 2); and Defendant further stating that the Court entered a Protective Order on March 13, 2006, [Docket Entry #48], by which all information designated as confidential shall be filed under seal; and Defendant further stating that, "although the documents at issue are Broadcom's documents and not [Defendant's], [Defendant] understands Broadcom to have certified that disclosure of the documents at issue would cause harm to Broadcom's business interests." (Def's Br. at 3); and the Court finding that the materials in question are confidential in nature; and the Court further finding that Plaintiff could suffer financial harm should the information in question not be sealed; and the Court further finding that no less restrictive alternative exists; and the Court having reviewed Defendant's submissions; and the Court having considered this matter pursuant to FED.R.CIV.P. 78; and good cause having been shown,

IT IS on this 19th day of June, 2006,

ORDERED that Defendant's Motion to Seal documents in conjunction with Defendant's Motion to Compel the Production of Documents, [Docket Entry #58], is Granted.

/s/ *John J. Hughes*
**JOHN J. HUGHES**
**UNITED STATES MAGISTRATE JUDGE**