UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

Robert A. Magnanini (RM 7356)
BOIES, SCHILLER & FLEXNER LLP
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078
(973) 218-1111
Counsel for Plaintiff
BROADCOM CORPORATION

BROADCOM CORPORATION,

   Plaintiff,

  v.

QUALCOMM INCORPORATED,

   Defendant.

Civil Action No. 05-3350

**NOTICE OF MOTION TO ADMIT
STEVEN C. HOLTZMAN *PRO HAC VICE***

TO: William J. O'Shaughnessy
   McCarter & English
   Four Gateway Center
   100 Mulberry St.
   Newark, NJ 07102

   David R. Marriott
   Cravath, Swaine & Moore LLP
   825 Eighth Avenue
   New York, New York 10019

   Attorneys for Defendant

PLEASE TAKE NOTICE, that on July 17, 2006 at 9:30 a.m., or as soon as counsel may be heard, the undersigned attorneys for Plaintiff Broadcom Corporation will move before the Hon. John J. Hughes, at the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608, for an Order pursuant to L.Civ.R. 101.1(c) granting **Steven**

C. Holtzman of the firm Boies, Schiller & Flexner LLP, 1999 Harrison Street, Oakland, California 94612 admission to this Court *pro hac vice*. The basis for this motion is set forth by counsel for Plaintiff, Robert A. Magnanini, in the attached Affidavit in Support of Plaintiff's Motion for an Order to admit Steven C. Holtzman *pro hac vice*. Defendant's counsel, Cravath, Swaine & Moore LLP have consented to this motion.

  A Proposed Order is attached.

/s/<br>Robert A. Magnanini (RM 7356)

Dated: June 22, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

Robert A. Magnanini (RM 7356)
BOIES, SCHILLER & FLEXNER LLP
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078
(973) 218-1111
Counsel for Plaintiff
BROADCOM CORPORATION

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED,<br><br>Defendant. | Civil Action No. 05-3350<br><br>**AFFIDAVIT OF ROBERT A. MAGNANINI IN SUPPORT OF PLAINTIFF'S MOTION TO ADMIT STEVEN C. HOLTZMAN** ***PRO HAC VICE*** |

STATE OF NEW JERSEY  )
                     ) SS:
COUNTY OF ESSEX      )

ROBERT A. MAGNANINI, having been duly sworn according to his oath, deposes and says:

1. I am an attorney at law in the State of New Jersey and a member of the bar of this Court, as well as a member of the law firm of Boies, Schiller & Flexner LLP, which represents Plaintiff Broadcom Corporation in the above matter. I have personal knowledge of what is stated below and make this Affidavit in support of a motion, pursuant to L.Civ.R. 101.1(c), to admit Steven C. Holtzman *pro hac vice* in the above matter.

2.   Mr. Holtzman is a member of the firm Boies, Schiller & Flexner LLP, and has been asked by plaintiff Broadcom to be involved in this case because of his extensive experience with the antitrust issues at issue in this case, and his experience with Broadcom in other matters.

3.   As more fully set forth in his Affidavit, Mr. Holtzman is a member in good standing of a number of different courts.

4.   Upon the admission of Mr. Holtzman *pro hac vice*, I will continue to participate and serve as counsel of record in this matter. In addition, I will ensure that payment is made for Mr. Holtzman to the New Jersey Lawyers' Fund for Client Protection, as provided by R. 1:28-2(a).

Robert A. Magnanini (RM 7356)

Sworn to before me and
subscribed in my presence
this 22 day of June, 2006.

Notary Public

EILEEN BARON
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Sept. 3, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

Robert A. Magnanini (RM 7356)
BOIES, SCHILLER & FLEXNER LLP
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078
(973) 218-1111
Counsel for Plaintiff
BROADCOM CORPORATION

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED,<br><br>Defendant. | Civil Action No. 05-3350<br><br>**AFFIDAVIT OF STEVEN C. HOLTZMAN IN SUPPORT OF PLAINTIFF'S *PRO HAC VICE* MOTION** |

STATE OF NEW YORK    )
                     ) SS:
COUNTY OF NEW YORK   )

      STEVEN C. HOLTZMAN, having been duly sworn according to his oath, deposes and says:

      1.    I am a member in good standing of the Bar of the State of California, to which I was admitted in 1990. I am also a member in good standing of the Bar of the United States District Courts for the Northern District of California, Central District of California, and Western District of Washington. I make this Affidavit in support of this Motion to allow me to appear in the above-captioned case *pro hac vice*.

2.  I am not currently suspended or disbarred in any court and am of good moral character.

3.  I represent Broadcom Corporation in the above-captioned action. I am associated in this matter with David S. Stone of the New Jersey office of our firm, Boies, Schiller & Flexner LLP, located at 150 John F. Kennedy Parkway, Short Hills, New Jersey 07078.

4.  If admitted to practice before this Court in this case, I will conduct myself in accordance with the Rules governing the conduct of attorneys admitted to practice before this Court, and pay all appropriate fees.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Steven C. Holtzman

Sworn to before me and
subscribed in my presence
this 21st day of June, 2006.

_____
Notary Public



JESSICA CHAVEZ
Commission # 1529466
Notary Public - California
Alameda County
My Comm. Expires Nov 25, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

Robert A. Magnanini (RM 7356)
BOIES, SCHILLER & FLEXNER LLP
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078
(973) 218-1111
Counsel for Plaintiff
BROADCOM CORPORATION

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED,<br><br>Defendant. | Civil Action No. 05-3350<br><br>**ORDER ADMITTING STEVEN C. HOLTZMAN *PRO HAC VICE* PURSUANT TO L.Civ.R. 101.1(C)** |

THIS MATTER, having been brought before the Court by Boies, Schiller & Flexner LLP, counsel for plaintiff Broadcom Corporation in the above matter, for an Order pursuant to L.Civ.R. 101.1(c) permitting Steven C. Holtzman, of Boies, Schiller & Flexner LLP, 1999 Harrison Street, Suite 900, Oakland CA 94612, to appear and practice *pro hac vice*; and the Court having considered the Affidavit of Robert A. Magnanini and the Affidavit of Steven C. Holtzman; and for good cause shown:

IT IS on this _____ day of July, 2006;

ORDERED that the motion by Boies, Schiller & Flexner LLP to permit Steven C. Holtzman to appear and participate *pro hac vice* is GRANTED; and

FURTHER ORDERED that all pleadings, brief and other papers filed with the Court shall be signed by Robert A.Magnanini, or a member or associate of the firm Boies, Schiller & Flexner

LLP, 150 John F. Kennedy Parkway, Short Hills, New Jersey 07078, who is a member in good standing of the bar of this Court, who shall be responsible for said papers and for the conduct of this case and who shall be present before the Court, as well as be held responsible for the conduct of the attorney admitted *pro hac vice* pursuant to the terms of this Order; and

FURTHER ORDERED that Steven C. Holtzman shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection, in accordance with R. 1:28-2 within 20 days from the dated entry of this Order; and

FURTHER ORDERED that Steven C. Holtzman shall be bound by the Local Civil Rules of the United States District Court for the District of New Jersey, including the provisions of L.Civ.R. 103.1 (Judicial Ethics and Professional Responsibility) and L.Civ.R. 104.1 (Discipline of Attorneys).

_____
Hon. John J. Hughes, U.S.D.J.

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2006, I caused to be filed electronically with the Court the within Notice of Motion to Admit Steven C. Holtzman Pro Hac Vice, Affidavits of Steven C. Holtzman and Robert A. Magnanini in support thereof, and Order Admitting Steven C. Holtzman Pro Hac Vice, and served same via Federal Express upon the following parties as counsel for Defendant:

William O'Shaughessy, Esq.  
McCarter & English  
Four Gateway Center  
100 Mulberry Street  
Newark, NJ 07102  

David R. Marriott, Esq.  
Cravath, Swaine & Moore LLP  
825 Eighth Avenue  
New York, NY 10019  

By: _____  
Robert A. Magnanini