UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
<u>MINUTES OF PROCEEDINGS</u>

<u>**TRENTON**</u>                                                                                     <u>**June 26, 2006**</u>
**OFFICE**                                                                                     **DATE OF PROCEEDINGS**

**JUDGE MARY L. COOPER**
**COURT REPORTER: Todd Phillippi, ESR**
**DEPUTY CLERK: Elizabeth Heffner**

**TITLE OF CASE**:                                                    CV05-3350 (MLC)

BROADCOM CORPORATION
    V.
QUALCOMM INCORPORATED

**APPEARANCES:**

David Boies, Esq., Robert Magnanini, Esq., Steve Hotlzman, Esq., Steven Kaiser, Esq.,
    and Mark Nelson, Esq., for plaintiff
Evan Chesler, Esq., Richard Stark, Esq., and William O'Shaughnessy, Esq., for defendant

**NATURE OF PROCEEDING:**

Oral argument held re: [31] motion to dismiss.
Ordered motion taken under advisement.

**Commenced:  2:10pm**
**Adjourned:   4:35pm**

                                                  <u>s/Elizabeth Heffner</u>
                                                  **Deputy Clerk**