UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| BROADCOM CORPORATION, | : | Civil Action No. 05-3350 (MLC) |
| Plaintiff, | : | |
| v. | : | ORDER |
| QUALCOMM INCORORATED, et al., | : | |
| Defendants. | : | |

This matter having come before the Court during Oral Argument conducted on July 26, 2006, on the record, and the Court having considered the positions of the Parties; and the Parties having agreed; and good cause having been shown;

IT IS on this 27th day of June 2006,

ORDERED THAT:

An in-person Status Conference will be held before the undersigned, at the Clarkson S. Fisher United States Courthouse, Trenton, New Jersey on **November 29, 2006** at **11:00 A.M.**, to discuss settlement, expert reports, dispositive motion practice and/or Final Pretrial Conference.

*/s/ John J. Hughes*
JOHN J. HUGHES
United States Magistrate Judge