**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| **BROADCOM CORP.,** | : | **Civil Action No. 05-3350 (MLC)** |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **O R D E R** |
| | : | |
| **QUALCOMM INC.,** | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

This matter comes before the Court upon Motion by Plaintiff Broadcom Corporation

("Plaintiff") to admit Steven C. Holtzman, Esquire, [Docket Entry # 64],  returnable July 17,

2006, to the bar of this Court *pro hac vice*; and Plaintiff  having advised the Court that Defendant

Qualcomm Inc. consents to this Motion; and the Court having reviewed Plaintiff's submissions;

and the Court having considered the matter pursuant to FED. R. CIV. P. 78; and good cause

having been shown;

IT IS on this 12th day of July, 2006,

ORDERED that Steven C. Holtzman, Esquire, be permitted to appear *pro hac vice*;

provided, however, that all pleadings, briefs and other papers filed with the Court shall be signed

by Robert A. Magnanini, Esquire, Counsel of record for the Plaintiff and a member of good

standing of the New Jersey Bar, who shall be held responsible for said papers and for the conduct

of the cause and who shall be present before the Court during all steps of this proceeding, unless

expressly excused by the Court, as well as be held responsible for the conduct of the attorneys

admitted herein; and it is

FURTHER ORDERED that for the duration of this case, Steven C. Holtzman, Esquire,

shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual

fee, in accordance with New Jersey Court Rule 1:28-2 within twenty (20) days of the date of the

entry of this Order; and it is

FURTHER ORDERED that Steven C. Holtzman, Esquire, shall be bound by the General

and Admiralty Rules of the United States District Court for the District of New Jersey, including

the provisions of L. CIV. R. 104.1 Discipline of Attorneys; and it is

FURTHER ORDERED that Steven C. Holtzman, Esquire, shall be deemed to have

agreed to take no fee in any tort case in excess of New Jersey's contingent fee rule, pursuant to

New Jersey Court Rule 1:21-7, as amended; and it is

FURTHER ORDERED that Steven C. Holtzman, Esquire, shall make payment of

$150.00, for the *Pro Bono* fund, to the Clerk of the United States District Court for the District of

New Jersey, in accordance with L. CIV. R. App. K., within twenty (20) days of the date of the

entry of this Order.


/s/ *John J. Hughes*
**JOHN J. HUGHES**
**UNITED STATES MAGISTRATE JUDGE**