UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **BROADCOM CORP.,** | : | Civil Action No. 05-3350 (MLC) |
| **Plaintiff,** | : | |
| v. | : | O R D E R |
| **QUALCOMM INC.,** | : | |
| **Defendants.** | : | |

This matter comes before the Court upon Motion by Non-Party Texas Instruments Incorporated ("TI") to Quash a portion of the subpoena issued by Defendant Qualcomm Incorporated ("Defendant") on TI, [Docket Entry #71], returnable August 21, 2006; and the Court noting that TI filed an Amended Motion to Quash the subpoena issued by Defendant on TI, [Docket Entry #72], returnable September 5, 2006; and the Court finding, therefore, that TI's original Motion to Quash is moot as the Amended Motion supersedes it; and the Court having reviewed TI's submissions; and the Court having considered the matter pursuant to Fed. R. Civ. P. 78; and good cause having been shown;

IT IS on this 10th day of August, 2006,

ORDERED that TI's Motion to Quash a portion of the subpoena issued by Defendant on TI, [Docket Entry #71], is **Dismissed as Moot**. (TI's Amended Motion to Quash, [Docket Entry #72], is still returnable September 5, 2006 and should **NOT** be dismissed).

/s/ *John J. Hughes*
**JOHN J. HUGHES**
**UNITED STATES MAGISTRATE JUDGE**