## CONNELL FOLEY LLP
### ATTORNEYS AT LAW

85 LIVINGSTON AVENUE
ROSELAND, N.J. 07068-3702
(973) 535-0500
FAX: (973) 535-9217

JERSEY CITY OFFICE
HARBORSIDE FINANCIAL CENTER
2510 PLAZA FIVE
JERSEY CITY, N.J. 07311-4029
(201) 521-1000
FAX: (201) 521-0100

NEW YORK OFFICE
888 SEVENTH AVENUE
NEW YORK, N.Y. 10106
(212) 262-2390
FAX: (212) 262-3118

PHILADELPHIA OFFICE
1500 MARKET STREET
PHILADELPHIA, PA 19102
(215) 246-3403
FAX: (215) 665-5727

PLEASE REPLY TO ROSELAND, N.J.

JOHN A. PINDAR (1969)
GEORGE W. CONNELL (2005)
ADRIAN M. FOLEY, JR.
GEORGE J. KENNY*
KENNETH F. KUNZMAN
SAMUEL D. LORD
RICHARD D. CATENACCI
RICHARD J. BADOLATO*
PETER D. MANAHAN
JOHN B. MURRAY
MARK L. FLEDER
KEVIN J. COAKLEY
WILLIAM H. GRAHAM+
THOMAS S. COSMA
KATHLEEN S. MURPHY
PATRICK J. McAULEY
PETER J. PIZZI*+
KEVIN R. GARDNER
ROBERT E. RYAN
MICHAEL X. McBRIDE*
JEFFREY W. MORYAN
JOHN K. BENNETT
PETER J. SMITH*
BRIAN G. STELLER
PHILIP F. McGOVERN, JR.
KAREN PAINTER RANDALL
LIZA M. WALSH
JOHN P. LACEY
TIMOTHY E. CORRISTON*
ERNEST W. SCHOELLKOPFF+

PATRICK J. HUGHES+*
JAMES C. McCANN*
JOHN D. CROMIE
ANGELA A. IUSO*
GLENN T. DYER
CLARENCE SMITH, JR.---
WILLIAM T. McGLOIN*
BRENDAN JUDGE
DAREN S. McNALLY*
STEPHEN V. FALANGA*
JEFFREY L. O'HARA
TRICIA O'REILLY*
ANTHONY F. VITIELLO*
MARC D. HAEFNER
JONATHAN P. McHENRY
JAMES P. RHATICAN*+
MATTHEW W. BAUER*
JOSEPH C. DeBLASIO

COUNSEL
JOHN W. BISSELL
JOHN B. LaVECCHIA
VIRGINIA M. EDWARDS*
FRANCIS E. SCHILLER*
EUGENE P. SQUEO*
BERNARD M. HARTNETT, JR.*
NOEL D. HUMPHREYS*
ANTHONY ROMANO II*
CHARLES J. HARRINGTON III*
STEVE BARNETT
KARIN I. SPALDING*
JODI ANNE HUDSON*

RICHARD A. JAGEN
W. NEVINS McCANN*
MITCHELL W. TARASCHI
BRAD D. SHALIT*
THOMAS J. O'LEARY*
DAVID J. MAIRO*
AGNES ANTONIAN*
BRYAN P. COUCH*
GREGORY E. PETERSON
MICHELE T. TANTALLA*
PHILIP N. FLUHR*
THOMAS J. PASUIT*
PATRICK S. BRANNIGAN*
MATTHEW J. GENNARO
M. TREVOR LYONS*
MICHAEL A. SHADIACK
OWEN C. McCARTHY
PATRICIA A. LEE+
NEIL V. MODY*
JENNIFER C. CRITCHLEY*
MELISSA A. DIDATO*
MATTHEW S. SCHULTZ*
CRAIG A. ROSEN
RYAN A. McGONIGLE*
DANIA M. BILLINGS*
ANTONIO CELII*

ALEXIS E. LAZZARA
TED P. CASTELL*
RONAK R. CHOKSHI+
CHRISTINE I. GANNON*
DOUGLAS J. SHORT*
MICHAEL A. BASELUOS
CATHERINE G. BRYAN+
AYANNA A. CAGE
MICHAEL P. DAVIS
JAMES C. HAYNIE
LAURIE B. KACHONICK
MAIDA PEREZ
WILLIAM D. DEVEAU
THOMAS A. TELESCA*
VINCENT A. ANTONIELLO
LAUREN E. SWEENEY*
ELIZABETH W. EATON
JOSEPH M. MURPHY
JASON E. MARX*
SARAH B. BLUMBERG+
CHRISTOPHER ABATEMARCO*
MEGHAN C. GOODWIN*
DANIELA R. D'AMICO*
CRAIG S. DEMARESKI*
MELISSA ASTUDILLO*
ANDREW J. McNALLY*
AMY TODD*
ADAM M. LUSTBERG*

*ALSO ADMITTED IN NEW YORK
+ALSO ADMITTED IN PENNSYLVANIA
---ONLY ADMITTED IN NEW YORK

WRITER'S DIRECT DIAL

August 31, 2006

<u>*Via Email & Electronic Filing*</u>
Hon. John J. Hughes, U.S.M.J.
United States District Court
Clarkson S. Fisher Federal Bldg. & Courthouse
402 East State Street
Trenton, NJ 08608

RE: **Broadcom Corporation v. Qualcomm Incorporated**
**Civil Action No. 05-3350 (MLC)**

Dear Judge Hughes:

Pursuant to my conversation with Your Honor's law clerk, I write to confirm that the oral argument on Texas Instruments Incorporated's Amended Motion to Quash and Qualcomm Incorporated's Cross-Motion to Compel has been scheduled for September 11, 2006 at 4:00 pm. We look forward to meeting with Your Honor.

Respectfully submitted,

Liza M. Walsh

cc: Fabian Gonnell, Esq.
Evan Chesler, Esq.
David S. Stone, Esq.
William J. O'Shaughnessy, Esq.
Robert A. Magnanini, Esq.
Steven John Kaiser, Esq.
Stephen R. Neuwirth, Esq.

1751345-01