```
                   UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW JERSEY
```

BROADCOM CORPORATION,              :
                                   :    CIVIL ACTION NO. 05-3350 (MLC)
     Plaintiff,                    :
                                   :           **ORDER & JUDGMENT**
     v.                            :
                                   :
QUALCOMM INCORPORATED,             :
                                   :
     Defendant.                    :
                                   :

For the reasons stated in the Court's memorandum opinion, **IT IS** on this     30th     day of August, 2006, **ORDERED** that the motion by defendant, Qualcomm Incorporated, to dismiss the amended complaint (dkt. entry no. 31 ) is **GRANTED;** and

**IT IS FURTHER ADJUDGED** that the amended complaint insofar as it asserts claims pursuant to federal law is **DISMISSED WITHOUT PREJUDICE,** and with **LEAVE** to the plaintiff to move to further amend the amended complaint; and

**IT IS FURTHER ADJUDGED** that the amended complaint insofar as it asserts claims pursuant to state law and common law is **DISMISSED WITHOUT PREJUDICE** to recommence those claims in state court; and

**IT IS FURTHER ORDERED** the motion to quash a subpoena (dkt. entry no. 72) is **DENIED WITHOUT PREJUDICE;** and

**IT IS FURTHER ORDERED** the motion to seal certain documents (dkt. entry no. 83) is **DENIED WITHOUT PREJUDICE;** and

**IT IS FURTHER ORDERED** that the Clerk of the Court designate this action as **CLOSED**.

                                      s/ Mary L. Cooper
                                      **MARY L. COOPER**
                                      United States District Judge