# CONNELL FOLEY LLP
## ATTORNEYS AT LAW

85 LIVINGSTON AVENUE
ROSELAND, N.J. 07068-3702
(973) 535-0500
FAX: (973) 535-9217

JERSEY CITY OFFICE
HARBORSIDE FINANCIAL CENTER
2510 PLAZA FIVE
JERSEY CITY, N.J. 07311-4029
(201) 521-1000
FAX: (201) 521-0100

NEW YORK OFFICE
888 SEVENTH AVENUE
NEW YORK, N.Y. 10106
(212) 262-2390
FAX: (212) 262-3118

PHILADELPHIA OFFICE
1500 MARKET STREET
PHILADELPHIA, PA 19102
(215) 246-3403
FAX: (215) 665-5727

JOHN A. PINDAR (1969)
GEORGE W. CONNELL (2005)
ADRIAN M. FOLEY, JR.
GEORGE J. KENNY*
KENNETH F. KUNZMAN
SAMUEL D. LORD
RICHARD D. CATENACCI
RICHARD J. BADOLATO*
PETER D. MANAHAN
JOHN B. MURRAY
MARK L. FLEDER
KEVIN J. COAKLEY
WILLIAM H. GRAHAM*
THOMAS S. COSMA
KATHLEEN S. MURPHY
PATRICK J. McAULEY
PETER J. PIZZI**
KEVIN R. GARDNER
ROBERT E. RYAN
MICHAEL X. McBRIDE*
JEFFREY W. MORYAN
JOHN K. BENNETT
PETER J. SMITH*
BRIAN G. STELLER
PHILIP F. McGOVERN, JR.
KAREN PAINTER RANDALL
LIZA M. WALSH
JOHN P. LACEY
TIMOTHY E. CORRISTON*
ERNEST W. SCHOELLKOPFF*

PATRICK J. HUGHES*▪
JAMES C. McCANN*
JOHN D. CROMIE
ANGELA A. IUSO*
GLENN T. DYER
CLARENCE SMITH, JR.—
WILLIAM T. McGLOIN*
BRENDAN JUDGE
DAREN S. McNALLY*
STEPHEN V. FALANGA*
JEFFREY L. O'HARA
TRICIA O'REILLY*
ANTHONY F. VITIELLO*
MARC D. HAEFNER
JONATHAN P. McHENRY
JAMES P. RHATICAN**
MATTHEW W. BAUER*
JOSEPH C. DeBLASIO

COUNSEL
JOHN W. BISSELL
JOHN B. LaVECCHIA
VIRGINIA M. EDWARDS*
FRANCIS E. SCHILLER*
EUGENE P. SQUEO*
BERNARD M. HARTNETT, JR.*
NOEL D. HUMPHREYS*
ANTHONY ROMANO II*
CHARLES J. HARRINGTON III*
STEVE BARNETT
KARIN I. SPALDING*
JODI ANNE HUDSON*

RICHARD A. JAGEN
W. NEVINS McCANN*
MITCHELL W. TARASCHI
BRAD D. SHALIT*
THOMAS J. O'LEARY*
DAVID J. MAIRO*
AGNES ANTONIAN*
BRYAN P. COUCH*
GREGORY E. PETERSON
MICHELE T. TANTALLA*
PHILIP N. FLUHR
THOMAS J. PASUIT*
PATRICK S. BRANNIGAN*
MATTHEW I. GENNARO
M. TREVOR LYONS*
MICHAEL A. SHADIACK
OWEN C. McCARTHY
PATRICIA A. LEE*
NEIL V. MODY*
JENNIFER C. CRITCHLEY*
MELISSA A. DIDATO*
MATTHEW S. SCHULTZ*
CRAIG A. ROSEN
RYAN A. McGONIGLE*
DANIA M. BILLINGS*
ANTONIO CELII*

ALEXIS E. LAZZARA
TED P. CASTELL*
RONAK R. CHOKSHI*
CHRISTINE I. GANNON*
DOUGLAS J. SHORT*
MICHAEL A. BASELUOS
CATHERINE G. BRYAN*
AYANNA A. CAGE
MICHAEL P. DAVIS
JAMES C. HAYNIE
LAURIE R. KACHONICK
MAIDA PEREZ
WILLIAM D. DEVEAU
THOMAS A. TELESCA*
VINCENT A. ANTONIELLO
LAUREN E. SWEENEY*
ELIZABETH W. EATON
JOSEPH M. MURPHY
JASON E. MARX*
SARAH B. BLUMBERG*
CHRISTOPHER ABATEMARCO*
MEGHAN C. GOODWIN*
DANIELA R. D'AMICO*
CRAIG S. DEMARESKI*
MELISSA ASTUDILLO*
ANDREW J. McNALLY*
AMY TODD*
ADAM M. LUSTBERG*

PLEASE REPLY TO ROSELAND, N.J.

*ALSO ADMITTED IN NEW YORK
*ALSO ADMITTED IN PENNSYLVANIA
—ONLY ADMITTED IN NEW YORK

WRITER'S DIRECT DIAL

September 5, 2006

**VIA ELECTRONIC FILING AND FEDERAL EXPRESS**

Hon. John J. Hughes, U.S.M.J.
United States District Court
Clarkson S. Fischer Federal Bldg. & Courthouse
402 East State Street
Trenton, NJ 08608

> **Re:     Broadcom Corporation v. Qualcomm Incorporated**
> **Civil Action No. 05-3350 (MLC)**

Dear Judge Hughes:

This will confirm that oral argument on non-party Texas Instrument's ("TI") amended motion to quash the Qualcomm subpoena served on TI originally scheduled for September 11, 2006, at 4:00 p.m. has been cancelled as moot in light of the recent dismissal of the above referenced action.  Should Your Honor have any questions or need anything further we are always available.

Respectfully submitted,

*Liza M. Walsh*

Liza M. Walsh

LMW/CIG/dag
cc:     Counsel of Record (via email and regular mail)

1752149-01