David Boies, Esq.
Boies, Schiller & Flexner LLP
333 Main Street
Armonk, NY 10504
(914) 749-8200
Fax: (914) 749-8300

Steven C. Holtzman, Esq.   (Oakland Office)
David S. Stone, Esq.   (Short Hills Office)

George S. Cary, Esq.
Mark W. Nelson, Esq.
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 974-1500
Fax: (202) 974-1999

Counsel for Plaintiff
BROADCOM CORPORATION

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## TRENTON DIVISION

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED,<br><br>Defendant. | CIVIL ACTION NO. 05-3350 (MLC)<br><br>**NOTICE OF APPEAL** |

To:   Clerk
      United States District Court for the District of New Jersey
      Clarkson S. Fisher Federal Building & U.S. Courthouse
      402 East State Street
      Trenton, NJ 08608

Plaintiff, Broadcom Corporation ("Broadcom") hereby gives notice of appeal of

the Hon. Mary L. Cooper's August 31, 2006 Order and Judgment granting Defendant

Qualcomm Incorporated's Motion to Dismiss the Amended Complaint to the United States Court of Appeals for the Third Circuit.

Dated: September 29, 2006

By: _____
David S. Stone, Esq.
Boies, Schiller & Flexner LLP
150 John F. Kennedy Parkway
Short Hills, NJ 07078
(973) 218–1111
Fax: (973) 218–1106

## CERTIFICATE OF SERVICE

I, David S. Stone, Esq. hereby certify that the foregoing Notice of Appeal, which was electronically filed this 29th day of September 2006, was served, *via hand delivery*, on the same date as follows:

William J. O'Shaughnessy, Esq.
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ  07102-4056

Evan R. Chesler, Esq.
David R. Marriott, Esq.
Fabian D. Gonell, Esq.
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY  10019

Honorable Mary L. Cooper, U.S.D.J.
Honorable John J. Hughes, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson F. Fisher Hall
Building & U.S. Courthouse Room 5000
402 East State Street
Trenton, NJ  08608

_____
David S. Stone, Esq.

**BOIES, SCHILLER & FLEXNER LLP**

150 JOHN F. KENNEDY PARKWAY • 4TH FLOOR • SHORT HILLS, NJ 07078 • PH. 973.218.1111 • FAX 973.218.1106

September 29, 2006

**VIA ELECTRONIC FILING**

Clerk of the Court
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

  Re: **Broadcom Corporation v. Qualcomm Incorporated**
     **Civ. Action No. 05-3350**

Dear Sir or Madam:

  Enclosed for electronic filing in the above-referenced action, please find a Notice of Appeal.

                 Very truly yours,

                 s/ David S. Stone

                 David S. Stone

Enclosure

cc: Honorable Mary L. Cooper, U.S.D.J.
   Honorable John J. Hughes, U.S.M.J.
   William J. O'Shaughnessy, Esq.
   Evan R. Chesler, Esq.
   David R. Marriott, Esq.
   Fabian D. Gonell, Esq.
   (all via Hand Delivery)