UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 06-4292

BROADCOM CORPORATION,
　　　　　　　　　　　　　Appellant

v.

QUALCOMM INCORPORATED

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
D.C. Civil No. 05-cv-03350
District Judge:  The Honorable Mary Little Cooper

Argued:  June 28, 2007

Before: BARRY, FUENTES, and GARTH, <u>Circuit Judges</u>

JUDGMENT

　　　This cause came to be heard on the record from the United States District Court for the District of New Jersey and was argued on June 28, 2007.

　　　On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that the order of the District Court be and the same is hereby AFFIRMED as to Claims 7 and 8 and REVERSED as to Claims 1 and 2.  We will remand for further proceedings consistent with the Opinion of the Court.  It is further ORDERED that

Claims 9 through 13 be reinstated.  All of the above in accordance with the Opinion of this Court. Each party to bear its own costs.

                              ATTEST:

                              <u>Marcia M. Waldron</u>
                               Clerk

Dated: September 4, 2007