

ATTORNEYS AT LAW

BY ELECTRONIC FILING

September 20, 2007

Hon. John J. Hughes
United States District Court
402 E. State Street
Trenton, NJ  08608

William J. O'Shaughnessy

Partner
T. 973.639.2094
F. 973.297.3722
woshaughnessy@mccarter.com

Re:  Broadcom v. Qualcomm
     Civil Action No. 05-3350 (MLC)

Dear Judge Hughes:

We, along with Cravath, Swaine & Moore LLP, represent Qualcomm Incorporated ("Qualcomm") in the above-referenced action.   I am writing concerning the telephonic conference currently scheduled to take place on Wednesday, October 3, 2007, at 3:30 p.m.  Peter Barbur from the Cravath firm, who will be handling the hearing for Qualcomm, has a scheduling conflict at that time, and counsel for Broadcom Corporation ("Broadcom") has therefore agreed that the conference can be rescheduled.   Counsel for Qualcomm and Broadcom are available for a telephonic conference at any time on October 9, 10 or 11.  If these dates are not convenient for the Court, we would be happy to propose alternatives.

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

We appreciate whatever consideration you can give this request.

BALTIMORE

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON

Respectfully,

William J. O'Shaughnessy

cc:  David S. Stone, Esq. (by fax)
     Steven J. Kaiser, Esq. (by fax)

ME1 6781959v.1