UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BROADCOM CORPORATION, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-3350 (MLC) |
| QUALCOMM INCORPORATED, | : *NOTICE OF APPEARANCE OF ROBERT N. FELTOON ON BEHALF OF DEFENDANT QUALCOMM INCORPORATED* |
| Defendant. | |

TO The Clerk of This Court And All Counsel of Record:

Please take notice that I am appearing on behalf of Defendant Qualcomm Incorporated in the above-referenced matter. I am a registered ECF User in this District and hereby respectfully request to receive electronic notice of all filings in this matter.

Respectfully submitted,

*Robert N. Feltoon*
Robert N. Feltoon
CONRAD O'BRIEN GELLMAN & ROHN, P.C.
1515 Market Street, 16th Floor
Philadelphia, PA  19102-1916
rfeltoon@cogr.com
(215) 864-8064
(215) 864-0064 (fax)

Counsel for Defendant Qualcomm Incorporated

Dated: September 21, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2007, I caused a true and correct copy of Entry of Appearance to be served on the persons listed below by United States Mail, postage prepaid:

David S. Stone, Esquire
Robert A. Magnanini, Esquire
Boies, Schiller & Flexner, LLP
150 John F. Kennedy Parkway
4th Floor
Short Hills, NJ  07078

Steven John Kaiser, Esquire
Cleary, Gottleib, Stein & Hamilton, LLP
200 Pennsylvania Avenue NW
Washington, DC  20006

*Counsel for Broadcom Corporation*

William J. O'Shaughnessy, Esquire
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, NJ  07101-0652

Richard J. Stark, Esquire
Cravath, Swaine & Moore LLP
Worldwide Plaza, 825 Eighth Avenue
New York, NY  10019

*Counsel for Qualcomm Incorporated*

_____
Robert N. Feltoon