# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

### OFFICE OF THE CLERK

Martin Luther King Jr. Federal Bldg & U.S. Courthouse
50 Walnut Street, P.O. BOX 419
Newark , N.J. 07101

**CAMDEN OFFICE**
Mitchell H. Cohen U.S. Courthouse
One John F. Gerry Plaza
Fourth & Cooper Streets Room 1050
Camden, N.J. 08101

**TRENTON OFFICE**
Clarkson S. Fisher U.S. Courthouse
402 East State Street Room 2020
Trenton, N.J. 08608

Reply To: **TRENTON**



*William T. Walsh*
*Clerk*

October 2, 2007

**DAVID S. STONE**
BOIES, SCHILLER & FLEXNER LLP.
150 JOHN F. KENNEDY PARKWAY
4TH FLOOR
SHORT HILLS, NJ 07078

Re:   Broadcom Corporation vs. Qualcomm Incorporated
      CV 05-3350(MLC)

Dear Counsel:

   The mandate on the opinion of the U.S. Court of Appeals for the Third Circuit was filed on September 26, 2007. It is requested an order on the mandate be drafted and forwarded to this office for submission to the Court, pursuant to Local Civil Rule 79.4.

   The mandate ordered that the order of the District Court is affirmed in part, reversed in part and remanded in part.

   If you desire the appellate costs to become a judgment in this district, it will be necessary for you to write the Clerk of the U.S. Court of Appeals for the Third Circuit and request them to certify to this office the amount of said appellate costs as they did not insert the amount in the mandate.

   Your order on the mandate should set forth the directions contained in the mandate.

                              Very truly yours,
                              WILLIAM T. WALSH, CLERK

                              BY:  s/Ivannya Jimenez,
                                 Deputy Clerk

cc:   File