William J. O'Shaughnessy
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102-4056
(973) 622-4444

Evan R. Chesler
Peter T. Barbur
Elizabeth L. Grayer
Richard J. Stark
David R. Marriott
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
(212) 474-1000

Attorneys for Defendant Qualcomm Incorporated

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BROADCOM CORPORATION, | Civil Action No. 05-3350 (MLC) (JJH) |
| Plaintiff, | |
| v. | |
| QUALCOMM INCORPORATED, | |
| Defendant. | |

## CERTIFICATION OF SERVICE

RICHARD HERNANDEZ, of full age, certifies as follows:

1. I am an attorney at law of the State of New Jersey and am associated with the firm of McCarter & English, LLP, attorneys for Defendant Qualcomm Incorporated.

[[NYLIT:2450575v4:4132D:10/09/07--07:27 p]]

2.  On October 16, 2007, I caused to be delivered by ECF copies of the foregoing to the following:

>David S. Stone, Esq.
>Boies, Schiller & Flexner LLP
>150 John F. Kennedy Parkway
>Short Hills, New Jersey 07078
>
>Steven John Kaiser, Esq.
>Cleary Gottlieb Steen & Hamilton LLP
>2000 Pennsylvania Avenue, NW
>Washington, DC 20006

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
Richard Hernandez

DATED: October 16, 2007