UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BROADCOM CORPORATION, ) </br> ) </br> ) SCHEDULING ORDER </br> ) </br> Plaintiff, ) </br> ) </br> ) </br> ) </br> ) </br> v. ) Civil Action No. 05-3350 (MLC) </br> ) </br> ) </br> ) </br> ) </br> QUALCOMM INCORPORATED, ) </br> ) </br> Defendant. ) </br> ) | |

RECEIVED
OCT 1 7 2007
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

WHEREAS, the parties appeared before the Court on October 10, 2007, for a telephonic status conference and at that status conference addressed certain issues relating to this action, and for good cause shown,

IT IS HEREBY ORDERED THAT:

1. Broadcom shall serve its proposed amended complaint on Qualcomm on or before October 31, 2007.

2. Broadcom shall serve and file its amended complaint on or before November 2, 2007.

3. The parties shall thereafter, in accordance with Federal Rule of Civil Procedure 26(f), meet and confer on a proposed amended case management order.

4.  The parties shall file the proposed amended case management order on or before November 16, 2007, together with any items concerning that proposed order as to which the parties could not reach agreement and as to which a party requests the Court's ruling.

DATED: 10/17/07

JOHN J. HUGHES, U.S.M.J.