

McCARTER
ENGLISH
ATTORNEYS AT LAW

October 22, 2007

Hon. John J. Hughes, USMJ
United States District Court
Clarkson S. Fisher Federal Building
  & U.S. Courthouse, Room 6000
402 E. State Street
Trenton, New Jersey 08608

Re:  Broadcom Corp. v. Qualcomm Inc.
     Civil Action No. 05-3350 (MLC)(JJH)

Richard Hernandez

Associate
T. 973.848.8615
F. 973.297.6615
RHernandez@mccarter.com

Dear Judge Hughes:

As co-counsel to Defendant Qualcomm, we respectfully submit a Corrected Affidavit
of Elizabeth L. Grayer of the Cravath firm in support of her application for *pro hac
vice* admission.  On October 9, 2007, we filed papers seeking the *pro hac vice*
admission of Ms. Grayer.  (D.I. 97).  Your Honor "So Ordered" Ms. Grayer's *pro hac
vice* admission on October 11, 2007.  (D.I. 98).  Subsequent to Your Honor's Order,
it was discovered that the Affidavit submitted by Ms. Grayer in support of her *pro
hac vice* application inadvertently omitted her admission to the Third Circuit.  Please
accept the enclosed Corrected Affidavit which remedies this omission.

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

Thank you for your courtesies.

Respectfully submitted,

Richard Hernandez

Enclosure

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON

ME1 6854700v.1

William J. O'Shaughnessy (WJO 5256)
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102-4056
(973) 622-4444

Evan R. Chesler
Peter T. Barbur
Elizabeth L. Grayer
David R. Marriott
Richard J. Stark
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
(212) 474-1000

Attorneys for Defendant Qualcomm Incorporated

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| BROADCOM CORPORATION, | : | |
| | : | Civil Action No. 05-3350 (MLC) (JJH) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| QUALCOMM INCORPORATED, | : | |
| | : | |
| Defendant. | : | |

STATE OF NEW YORK    )
                     ) ss.
COUNTY OF NEW YORK  )

**CORRECTED AFFIDAVIT OF ELIZABETH L. GRAYER IN SUPPORT OF
ADMISSION *PRO HAC VICE***

Elizabeth L. Grayer, being duly sworn, deposes and says:

1.      I am a member of the law firm of Cravath, Swaine & Moore LLP.  My business

address is Worldwide Plaza, 825 Eighth Avenue, New York, New York 10019.  I make this

Affidavit in support of the motion of Defendant Qualcomm Incorporated ("Qualcomm") to admit me *pro hac vice* for purposes of representing them in this matter.

2.      I am a member in good standing of the bar of the State of New York, the state of which I am a resident and in which I principally practice law.  There are no disciplinary proceedings presently pending against me, and no discipline has previously been imposed upon me.

3.      I am a 1989 graduate of Harvard Law School.  I was admitted to practice in the State of New York in 1990.  I am also admitted to practice before the United States District Court for the Southern District of New York (1995), the United States District Court for the Eastern District of New York (2006), the United States Court of Appeals for the Third Circuit (2007) and the United States Court of Appeals for the Ninth Circuit (1997).

4.      My principal practice involves civil and commercial litigation.

5.      Our law firm is counsel for Qualcomm and we have represented Qualcomm in other lawsuits, and Qualcomm has requested that we represent it in all aspects of this case, including trial, and I accordingly request that the Court admit me *pro hac vice* for these purposes.

6.      I am familiar with and, if admitted, will abide by the Local Rules of this Court.  I am associated in this matter with New Jersey counsel, William J. O'Shaughnessy, Esq. of the law firm of McCarter & English, LLP, Four Gateway Center, 100 Mulberry Street, Newark, New Jersey 07102.

7.      I will make any required payment to the New Jersey Lawyers' Fund for Client Protection.

_Elizabeth L. Grayer_

Sworn and subscribed to before me,
a notary public of the State of New York,
this _11th_ day of October, 2007.

_Ralph M. Dionne_

RALPH M. DIONNE
Notary Public, State of New York
No. 01DI6042070
Qualified in Queens County
Certificate Filed in New York County
Commission Expires February 28, 2011