William J. O'Shaughnessy
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102-4056
973-622-4444

Evan R. Chesler
Richard J. Stark
David R. Marriott
Peter T. Barbur
Elizabeth L. Grayer
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
(212) 474-1000

Qualcomm Incorporated Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BROADCOM CORPORATION, | : |
|     Plaintiff, | : Civil Action No. 05-3350 (MLC) (JJH) |
| v. | : |
| QUALCOMM INCORPORATED, | : |
|     Defendant. | : |

**REQUEST BY LOCAL COUNSEL FOR
*PRO HAC VICE* ATTORNEY
TO RECEIVE ELECTRONIC NOTICE**

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is presented that:

    1.    An Order of the Court granting a motion to appear *pro hac* vice in the within matter has been entered; and

ME1 6861358v.1

2.      The Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), <u>has been paid</u> to the Clerk of the Court.

Dated: October 26, 2007

                              McCARTER & ENGLISH, LLP

                     By: <u>s/ William J. O'Shaughnessy</u>
                          William J. O'Shaughnessy
                          Four Gateway Center
                          100 Mulberry Street
                          Newark, NJ 07102
                          (973) 622-4444

<u>*PRO HAC VICE* ATTORNEY INFORMATION</u>:

Name:        Elizabeth L. Grayer, Esq.

Address:     Cravath, Swaine & Moore LLP
                Worldwide Plaza
                825 Eighth Avenue
                New York, NY 10019

e-mail:        egrayer@cravath.com

ME1 6861358v.1