

**ATTORNEYS AT LAW**

November 8, 2007

Richard Hernandez
Associate
T. 973.848.8615
F. 973.297.6615
rhernandez@mccarter.com

Mr. Frank Brown
Finance Department
Clerk, United States District Court
Clarkson S. Fisher Federal Bldg. and
U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

**RECEIVED**

NOV 13 2007

AT 8:30_____M
WILLIAM T. WALSH
CLERK

Re:  Broadcom Corporation v. Qualcomm Incorporated
     Civil Action No. 05-3350 (MLC)

Dear Mr. Brown:

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, NJ 07102
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

This firm represents defendant Qualcomm Incorporated in the above action. Enclosed are two Notices of Electronic Filing indicating receipts for duplicate payments of pro hac vice fees for Peter T. Barbur, Esq. and Elizabeth L. Grayer, Esq. of Cravath, Swaine & Moore LLP. Accordingly, please forward a $300.00 refund payable to McCarter & English LLP.

If you have any questions, please do not hesitate to contact me.

Thank you for your attention.

Very truly yours,

Richard Hernandez

RH:lac

BOSTON

HARTFORD

NEW YORK

NEWARK

Enc.

PHILADELPHIA

STAMFORD

WILMINGTON

ME1 6889820v.1