UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

BROADCOM CORPORATION          :

    Plaintiff,          :

    v.          :

QUALDCOMM INCORPORATED, :

    Defendant.          :

                     :

CIVIL ACTION NO. 05-3350 (MLC)

**ORDER**

RECEIVED

NOV 1 4 2007

AT 8:30
WILLIAM T. WALSH
CLERK

For the reasons stated in the United States Court of Appeals for the Third Circuit

Court Memorandum and Judgment dated September 4, 2007, **IT IS** on this ___14th___

__Nov.__ 2007, **ORDERED** that the Clerk of the Court designate this action as **OPEN**;

    **IT IS FURTHER ORDERED** that the First, Second, Ninth, Tenth, Eleventh,

Twelfth and Thirteen claims for relief Broadcom Corporation's Amended Complaint are

hereby reinstated:

    **IT IS FURTHER ORDERED** that the Third, Fourth, Fifth, Sixth, Seventh and

Eighth claims for relief of Broadcom Corporation's Amended Complaint are hereby

**DISMISSED WITH PREJUDICE;**

    **IT IS FURTHER ORDERED** that the amended motion to quash a subpoena

(dkt. Entry no. 72) is **REINSTATED TO THE ACTIVE DOCKET;**

    **IT IS FURTHER ORDERED** that the cross motion compelling the production

of documents (dkt. Entry no. 74) is **REINSTATED TO THE ACTIVE DOCKET;**

    **IT IS FURTHER ORDERED** that the motion to seal certain exhibits

(dkt. Entry no. 83) is **REINSTATED TO THE ACTIVE DOCKET;** and

**IT IS FURTHER ORDERED** that each party is to bear their own costs as to the

Appeal to the United States Court of Appeals for the Third Circuit.

_____
MARY L. COOPER
United States District Judge