William J. O'Shaughnessy
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
(973) 622-4444

Evan R. Chesler
Peter T. Barbur
Elizabeth L. Grayer
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

Richard S. Taffet
Philip L. Blum
BINGHAM MCCUTCHEN LLP
399 Park Avenue
New York, NY 10022
(212) 705-7000

Robert N. Feltoon
CONRAD O'BRIEN GELLMAN & ROHN, P.C.
1515 Market Street, Suite 1600
Philadelphia, PA 19102
(215) 864-8064

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BROADCOM CORPORATION, | Civil Action No. 05-3350 (MLC) (JJH) |
| *Plaintiff,* | |
| vs. | |
| QUALCOMM INCORPORATED, | |
| *Defendant.* | |

**REQUEST BY LOCAL COUNSEL FOR
*PRO HAC VICE* ATTORNEY
TO RECEIVE ELECTRONIC NOTICE**

ME1 6995504v.1

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is presented that:

1. An Order of the Court granting a motion to appear *pro hac* vice in the within matter has been entered; and

2. The Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

Dated: December 27, 2007

                                 McCARTER & ENGLISH, LLP

                                 By: s/ William J. O'Shaughnessy
                                        William J. O'Shaughnessy
                                        Four Gateway Center
                                        100 Mulberry Street
                                        Newark, NJ 07102
                                        (973) 622-4444

*PRO HAC VICE* ATTORNEY INFORMATION:

Name:       Timothy S. Blackford, Esq.

Address:    DLA Piper
            401 B Street, Suite 1700
            San Diego, CA 92101-4297

e-mail:     tim.blackford@dlapiper.com

ME1 6995504v.1