UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

David S. Stone (DS 8580)
BOIES, SCHILLER & FLEXNER LLP
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078
(973) 218-1111
Counsel for Plaintiff
BROADCOM CORPORATION

---

BROADCOM CORPORATION,

    Plaintiff,

v.

QUALCOMM INCORPORATED,

    Defendant.

Civil Action No. 05-3350

**NOTICE OF MOTION TO ADMIT JAMES C. BURLING, ESQ., JONATHAN CEDARBAUM, ESQ., LEON GREENFIELD, ESQ., JOSEPH J. MUELLER, ESQ., RICHARD W. O'NEILL, ESQ., AND JAMES L. QUARLES III, ESQ.** *PRO HAC VICE*

TO:    William J. O'Shaughnessy
        McCarter & English
        Four Gateway Center
        100 Mulberry St.
        Newark, NJ 07102

        David R. Marriott
        Cravath, Swaine & Moore LLP
        825 Eighth Avenue
        New York, New York 10019

        Attorneys for Defendant

PLEASE TAKE NOTICE, that on Feb. 19, 2008 at 9 am, or as soon as counsel may be heard, the undersigned attorneys for Plaintiff Broadcom Corporation will move before the Hon. John J. Hughes, at the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608, for an Order pursuant to L.Civ.R. 101.1(c) granting **James C.**

**Burling, Esq., Joseph J. Mueller, Esq.**, and **Richard W. O'Neill, Esq.**, of the firm Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston, MA 02109, and **Jonathan Cedarbaum, Esq., Leon Greenfield**, and **James L. Quarles III, Esq.**, of the firm Wilmer Cutler Pickering Hale and Door LLP, 1875 Pennsylvania Avenue NW, Washington, DC 20006, admission to this Court *pro hac vice*. The basis for this motion is set forth by counsel for Plaintiff, David S. Stone, in the attached Affidavit in Support of Plaintiff's Motion for an Order to admit James C. Burling *pro hac vice*, Affidavit in Support of Plaintiff's Motion for an Order to admit Jonathan Cedarbaum *pro hac vice*, Affidavit in Support of Plaintiff's Motion for an Order to admit Leon Greenfield *pro hac vice*, Affidavit in Support of Plaintiff's Motion for an Order to admit Joseph J. Mueller *pro hac vice*, Affidavit in Support of Plaintiff's Motion for an Order to admit Richard W. O'Neill *pro hac vice*, and Affidavit in Support of Plaintiff's Motion for an Order to admit James L. Quarles *pro hac vice*. Defendant's Counsel, Cravath, Swaine & Moore LLP have consented to this motion.

A Consent Order is attached.

David S. Stone (DS 8580)

Dated: January 25, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

David S. Stone (DS 8580)
BOIES, SCHILLER & FLEXNER LLP
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078
(973) 218-1111
Counsel for Plaintiff
BROADCOM CORPORATION

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>QUALCOMM INCORPORATED,<br><br>　　　　Defendant. | Civil Action No. 05-3350<br><br>**AFFIDAVIT OF DAVID S. STONE IN SUPPORT OF PLAINTIFF'S MOTION TO ADMIT JAMES C. BURLING, ESQ., JONATHAN CEDARBAUM, ESQ., JOSEPH J. MUELLER, ESQ., RICHARD W. O'NEILL, ESQ., AND JAMES L. QUARLES III, ESQ.** *PRO HAC VICE* |

STATE OF NEW YORK　　　)
　　　　　　　　　　　　) SS:
COUNTY OF NEW YORK　　)

　　　DAVID S. STONE, having been duly sworn according to his oath, deposes and says:

　　　1.　　I am an attorney at law in the State of New Jersey and a member of the bar of this Court, as well as a member of the law firm of Boies, Schiller and Flexner LLP, which represents Plaintiff Broadcom Corporation in the above matter. I have personal knowledge of what is stated below and make this Affidavit in support of a motion, pursuant to L.Civ.R.101.1(c), to admit James C. Burling, Esq., Jonathan Cedarbaum,

Esq., Joseph J. Mueller, Esq., Richard W. O'Neill, Esq., and James L. Quarles III, Esq. *pro hac vice* in the above matter.

2. Mr. Burling, Mr. Cedarbaum, Mr. Mueller, Mr. O'Neill, and Mr. Quarles are members of the firm Wilmer Cutler Pickering Hale and Dorr LLP, and have been asked by plaintiff Broadcom to be involved in this case because of their extensive expertise with the antitrust issues at law in this case, and their prior experiences with Broadcom in other matters.

3. As more fully set forth in their Affidavits, Mr. Burling, Mr. Cedarbaum, Mr. Mueller, Mr. O'Neill, and Mr. Quarles are members in good standing of a number of different courts.

4. Upon admission of Mr. Burling, Mr. Cedarbaum, Mr. Mueller, Mr. O'Neill, and Mr. Quarles *pro hac vice*, I will continue to participate and serve as counsel of record in this matter. In addition, I will ensure that payment is made for Mr. Burling, Mr. Cedarbaum, Mr. Mueller, Mr. O'Neill, and Mr. Quarles to the New Jersey Lawyers' Fund for Client Protection, as provided by R. 1:28-2(a).

5. Our adversary, Qualcomm Corporation, through its counsel, Cravath, Swaine and Moore LLP, has consented to the *pro hac vice* admission of Mr. Burling, Mr. Cedarbaum, Mr. Mueller, Mr. O'Neill, and Mr. Quarles.

David S. Stone

Sworn to before me and
subscribed in my presence
this 25th day of January, 2008.

Notary Public

EILEEN BARON
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Sept. 3, 2011

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

David S. Stone (DS 8580)
BOIES, SCHILLER & FLEXNER LLP
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078
(973) 218-1111
Counsel for Plaintiff
BROADCOM CORPORATION

| BROADCOM CORPORATION, | |
|---|---|
| Plaintiff, | Civil Action No. 05-3350 |
| v. | **AFFIDAVIT OF JAMES C. BURLING IN SUPPORT OF PLAINTIFF'S *PRO HAC VICE* MOTION** |
| QUALCOMM INCORPORATED, | |
| Defendant. | |

DISTRICT OF COLUMBIA  ) SS:

JAMES C. BURLING, having been duly sworn according to his oath, deposes and says:

1. I am a member in good standing of the Bar of the Commonwealth of Massachusetts, to which I was admitted in 1977. I make this Affidavit in support of this Motion to allow me to appear in the above-captioned case *pro hac vice*.

2. I am not currently suspended or disbarred in any court and am of good moral character.

3. I represent Broadcom Corporation in the above-captioned action. I am associated in this matter with David S. Stone of the firm, Boies, Schiller & Flexner LLP, located at 150 John F. Kennedy Parkway, Short Hills, New Jersey 07078.

4. If admitted to practice before this Court in this case, I will conduct myself in

USIDOCS 6525825v1

accordance with the Rules governing the conduct of attorneys admitted to practice before this Court, and pay all appropriate fees.

I declare under penalty of perjury that the foregoing is true and correct.

James C. Burling

Sworn to before me and
subscribed in my presence
this 24th day of January, 2008.

Marlaine D. Williams
Notary Public

MARLAINE D. WILLIAMS
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2009

USIDOCS 6525825v1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

David S. Stone (DS 8580)
BOIES, SCHILLER & FLEXNER LLP
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078
(973) 218-1111
Counsel for Plaintiff
BROADCOM CORPORATION

| BROADCOM CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED,<br><br>Defendant. | Civil Action No. 05-3350<br><br>**AFFIDAVIT OF JONATHAN CEDARBAUM IN SUPPORT OF PLAINTIFF'S *PRO HAC VICE* MOTION** |
|---|---|

```
                          )
DISTRICT OF COLUMBIA ) SS:
                          )
```

JONATHAN CEDARBAUM, having been duly sworn according to his oath, deposes and says:

1. I am a member in good standing of the Bar of the State of Maryland, to which I was admitted in 1997. I make this Affidavit in support of this Motion to allow me to appear in the above-captioned case *pro hac vice*.

2. I am not currently suspended or disbarred in any court and am of good moral character.

3. I represent Broadcom Corporation in the above-captioned action. I am associated in this matter with David S. Stone of the firm, Boies, Schiller & Flexner LLP, located at 150 John F. Kennedy Parkway, Short Hills, New Jersey 07078.

4.      If admitted to practice before this Court in this case, I will conduct myself in accordance with the Rules governing the conduct of attorneys admitted to practice before this Court, and pay all appropriate fees.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Jonathan Cedarbaum

Sworn to before me and
subscribed in my presence
this 24th day of January, 2008.

_____
Notary Public

MARLAINE D. WILLIAMS
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2009

USIDOCS 6525815v1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

David S. Stone (DS 8580)
BOIES, SCHILLER & FLEXNER LLP
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078
(973) 218-1111
Counsel for Plaintiff
BROADCOM CORPORATION

| BROADCOM CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED,<br><br>Defendant. | Civil Action No. 05-3350<br><br>**AFFIDAVIT OF LEON GREENFIELD IN SUPPORT OF PLAINTIFF'S *PRO HAC VICE* MOTION** |
|---|---|

DISTRICT OF COLUMBIA ) SS:

LEON GREENFIELD, having been duly sworn according to his oath, deposes and says:

1. I am a member in good standing of the Bar of the District of Columbia, to which I was admitted in 1994, and of the Bar of the State of Pennsylvania, to which I was admitted in 1990. I make this Affidavit in support of this Motion to allow me to appear in the above-captioned case *pro hac vice*.

2. I am not currently suspended or disbarred in any court and am of good moral character.

3. I represent Broadcom Corporation in the above-captioned action. I am associated in this matter with David S. Stone of the firm, Boies, Schiller & Flexner LLP, located at 150 John F. Kennedy Parkway, Short Hills, New Jersey 07078.

4. If admitted to practice before this Court in this case, I will conduct myself in accordance with the Rules governing the conduct of attorneys admitted to practice before this Court, and pay all appropriate fees.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Leon Greenfield

Sworn to before me and
subscribed in my presence
this 24th day of January 2008.

_____
Notary Public
DARLENE BROWN
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires January 1, 2009

USIDOCS 6528682v1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

David S. Stone (DS 8580)
BOIES, SCHILLER & FLEXNER LLP
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078
(973) 218-1111
Counsel for Plaintiff
BROADCOM CORPORATION

| BROADCOM CORPORATION, Plaintiff, v. QUALCOMM INCORPORATED, Defendant. | Civil Action No. 05-3350 **AFFIDAVIT OF JOSEPH J. MUELLER IN SUPPORT OF PLAINTIFF'S *PRO HAC VICE* MOTION** |
|---|---|

STATE OF MASSACHUSETTS  )
                        ) SS:
COUNTY OF SUFFOLK       )

JOSEPH J. MUELLER, having been duly sworn according to his oath, deposes and says:

1. I am a member in good standing of the Bar of the Commonwealth of Massachusetts, to which I was admitted in 2001. I make this Affidavit in support of this Motion to allow me to appear in the above-captioned case *pro hac vice*.

2. I am not currently suspended or disbarred in any court and am of good moral character.

3. I represent Broadcom Corporation in the above-captioned action. I am associated in this matter with David S. Stone of the firm, Boies, Schiller & Flexner LLP, located at 150 John F. Kennedy Parkway, Short Hills, New Jersey 07078.

4. If admitted to practice before this Court in this case, I will conduct myself in

accordance with the Rules governing the conduct of attorneys admitted to practice before this Court, and pay all appropriate fees.

I declare under penalty of perjury that the foregoing is true and correct.

*Joseph J. Mueller*
Joseph J. Mueller

Sworn to before me and
subscribed in my presence
this 24th day of January, 2008.

*Paula F. Bower*
Notary Public

My Commission Expires: 7/11/08

USIDOCS 6525827v1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

David S. Stone (DS 8580)
BOIES, SCHILLER & FLEXNER LLP
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078
(973) 218-1111
Counsel for Plaintiff
BROADCOM CORPORATION

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED,<br><br>Defendant. | Civil Action No. 05-3350<br><br>**AFFIDAVIT OF RICHARD W. O'NEILL IN SUPPORT OF PLAINTIFF'S *PRO HAC VICE* MOTION** |

STATE OF MASSACHUSETTS   )
                         ) SS:
COUNTY OF SUFFOLK        )

      RICHARD W. O'NEILL, having been duly sworn according to his oath, deposes and says:

      1.    I am a member in good standing of the Bar of the Commonwealth of Massachusetts, to which I was admitted on December 17, 1997. I am also a member in good standing of the Bar of the United States District Court for the District of Massachusetts, to which I was admitted on July 24, 1998. I make this Affidavit in support of this Motion to allow me to appear in the above-captioned case *pro hac vice*.

      2.    I am not currently suspended or disbarred in any court and am of good moral character.

3. I represent Broadcom Corporation in the above-captioned action. I am associated in this matter with David S. Stone of the law firm Boies, Schiller & Flexner LLP, located at 150 John F. Kennedy Parkway, Short Hills, New Jersey 07078.

4. If admitted to practice before this Court in this case, I will conduct myself in accordance with the Rules governing the conduct of attorneys admitted to practice before this Court, and pay all appropriate fees.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY this 24th day of January, 2008.



Richard W. O'Neill

Sworn to before me and
subscribed in my presence
this 24th day of January, 2008.

Rosemarie Coviello
Notary Public



Notary Public
Commonwealth of Massachusetts
My Commission Expires
September 21, 2012

USIDOCS 6525803v1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

David S. Stone (DS 8580)
BOIES, SCHILLER & FLEXNER LLP
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078
(973) 218-1111
Counsel for Plaintiff
BROADCOM CORPORATION

| BROADCOM CORPORATION, | |
|---|---|
| Plaintiff, | Civil Action No. 05-3350 |
| v. | **AFFIDAVIT OF JAMES L. QUARLES III IN SUPPORT OF PLAINTIFF'S *PRO HAC VICE* MOTION** |
| QUALCOMM INCORPORATED, | |
| Defendant. | |

)
DISTRICT OF COLUMBIA ) SS:
)

JAMES L. QUARLES III, having been duly sworn according to his oath, deposes and says:

1. I am a member in good standing of the Bar of the Commonwealth of Massachusetts, to which I was admitted in 1974. I make this Affidavit in support of this Motion to allow me to appear in the above-captioned case *pro hac vice*.

2. I am not currently suspended or disbarred in any court and am of good moral character.

3. I represent Broadcom Corporation in the above-captioned action. I am associated in this matter with David S. Stone of the firm, Boies, Schiller & Flexner LLP, located at 150 John F. Kennedy Parkway, Short Hills, New Jersey 07078.

US1DOCS 6525820v1

4. If admitted to practice before this Court in this case, I will conduct myself in accordance with the Rules governing the conduct of attorneys admitted to practice before this Court, and pay all appropriate fees.

I declare under penalty of perjury that the foregoing is true and correct.

_____
James L. Quarles III

Sworn to before me and
subscribed in my presence
this 24 day of January, 2008.

_____
Notary Public

Theresa A. Smith
Notary Public, District of Columbia
My Commission Expires 9/30/08

US1DOCS 6525820v1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

David S. Stone (DS 8580)
BOIES, SCHILLER & FLEXNER LLP
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078
(973) 218-1111
Counsel for Plaintiff
BROADCOM CORPORATION

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED,<br><br>Defendant. | Civil Action No. 05-3350<br><br>**ORDER ADMITTING JAMES C. BURLING, JONATHAN CEDARBAUM, LEON GREENFIELD, JOSEPH J. MUELLER, RICHARD W. O'NEILL, AND JAMES L. QUARLES III** *PRO HAC VICE* **PURSUANT TO L. CIV. R. 101.1(C)** |

THIS MATTER, having been brought before the Court by Boies, Schiller & Flexner LLP, counsel for plaintiff Broadcom Corporation in the above matter, for an Order pursuant to L.Civ.R. 101.1(c) permitting James C. Burling, Esq., Joseph J. Mueller, Esq., and Richard W. O'Neill, Esq., of Wilmer Cutler Pickering Hale and Dorr LLP, located at 60 State Street, Boston, MA 02109, and Jonathan Cedarbaum, Esq., Leon Greenfield, Esq., and James L. Quarles III, Esq. of Wilmer Cutler Pickering Hale and Dorr LLP, located at 1875 Pennsylvania Avenue NW, Washington, DC, 20006, to appear and practice *pro hac vice*; and the Court having considered the Affidavit of David S. Stone, the Affidavit of James C. Burling, the Affidavit of Jonathan Cedarbaum, the Affidavit of Leon Greenfield, the Affidavit of Joseph J. Mueller, the Affidavit of Richard W. O'Neill, and the Affidavit of James L. Quarles III; and for good cause shown:

IT IS on this _____ day of January, 2008;

ORDERED that the motion by Boies, Schiller & Flexner LLP to permit James C. Burling, Esq., Jonathan Cedarbaum, Esq., Leon Greenfield, Esq., Joseph J. Mueller, Esq., Richard W. O'Neill, Esq., and James L. Quarles III, Esq. to appear and participate *pro hac vice* is GRANTED; and

FURTHER ORDERED that all pleadings, briefs and other papers filed with the Court shall be signed by David S. Stone, or a member or associate of the Firm Boies Schiller & Flexner LLP, 150 John F. Kennedy Parkway, Short Hills, New Jersey 07078, who is a member in good standing of the bar of this Court, who shall be responsible for said papers and for the conduct of this case and who shall be present before the Court, as well as be held responsible for the conduct of the attorney admitted *pro hac vice* pursuant to the terms of this order; and

FURTHER ORDERED that James C. Burling, Esq., Jonathan Cedarbaum, Esq., Leon Greenfield, Esq., Joseph J. Mueller, Esq., Richard W. O'Neill, Esq., and James L. Quarles III, Esq. shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection, in accordance with R. 1:28-2 within 20 days from the dated entry of this Order; and

FURTHER ORDERED that James C. Burling, Esq., Jonathan Cedarbaum, Esq., Leon Greenfield, Esq., Joseph J. Mueller, Esq., Richard W. O'Neill, Esq., and James L. Quarles III, Esq. shall be bound by the Local Civil Rules of the United States District Court for the District of New Jersey, including the provisions of L.Civ.R. 103.1 (Judicial Ethics and Professional Responsibility) and L.Civ.R. 104.1 (Discipline of Attorneys).

                                                  Hon. John J. Hughes, U.S.M.J.

Dated: January ___, 2008

## CERTIFICATE OF SERVICE

I, David S. Stone, Esq. hereby certify that the foregoing Notice of Motion to Admit James C. Burling, Esq., Jonathan Cedarbaum, Esq., Joseph J. Mueller, Esq., Richard W. O'Neill, Esq., and James L. Quarles, Esq. *Pro Hac Vice*, Affidavit of David S. Stone, Affidavit of James C. Burling, Affidavit of Jonathan Cedarbaum, Affidavit of Joseph J. Mueller, Affidavit of Richard W. O'Neill, Affidavit of James L. Quarles III, and Proposed Order, were filed and served electronically on January 25, 2008 on counsel for all named parties through the Court's *ECF system*, including:

William O'Shaughessy, Esq.
McCARTER & ENGLISH, LLP
Four Gateway Center
Newark, NJ 07102

David R. Marriott, Esq.
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019

Steven J. Kaiser, Esq.
CLEARY, GOTTLEIB, STEIN & HAMILTON
200 Pennsylvania Avenue, NW
Washington, DC 20006

_____
David S. Stone, Esq.