David S. Stone
BOIES, SCHILLER & FLEXNER, LLP
150 John F. Kennedy Parkway
Short Hills, NJ 07078
(973) 218-1106

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED,<br><br>    Defendant. | Civil Action No. 05-3350 (MLC/JJH) |

### REQUEST BY LOCAL COUNSEL FOR
### *PRO HAC VICE* ATTORNEY
### TO RECEIVE ELECTRONIC NOTICE

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is presented that:

1. An Order of the Court granting a motion to appear *pro hac* vice in the within matter has been entered; and

2. The Admission Fee, in the amount of $ 150, pursuant to L.Civ.R. 101.1 (c)(3), has been paid to the Clerk of the Court. Dated: January 11, 2008.

BOIES, SCHILLER & FLEXNER, LLP

By:    s/ David S. Stone
David S. Stone, Esq.
150 John F. Kennedy Parkway
Short Hills, NJ 07078
(973) 218-1106

US1DOCS 6529423v1

*PRO HAC VICE* ATTORNEY INFORMATION:

| | |
|---|---|
| Name: | Mark Selwyn, Esq. |
| Address: | Wilmer Cutler Pickering Hale & Dorr LLP<br>1117 California Ave.<br>Palo Alto, CA<br>94304 |
| e-mail: | mark.selwyn@wilmerhale.com |