David S. Stone
BOIES, SCHILLER & FLEXNER, LLP
150 John F. Kennedy Parkway
Short Hills, NJ 07078
(973) 218-1106

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

BROADCOM CORPORATION,                    :
                                          :    Civil Action No. 05-3350 (MLC/JJH)
              Plaintiff,                  :
                                          :
          v.                              :
                                          :
QUALCOMM INCORPORATED,                    :
                                          :
              Defendant.                  :

## REQUEST BY LOCAL COUNSEL FOR
## *PRO HAC VICE* ATTORNEY
## TO RECEIVE ELECTRONIC NOTICE

Request is hereby made by local counsel for *pro hac vice* counsel to receive

electronic notification in the within matter, and it is presented that:

1.    An Order of the Court granting a motion to appear *pro hac* vice in the

within matter has been entered; and

2.    The Admission Fee, in the amount of $ 150, pursuant to L.Civ.R. 101.1

(c)(3), has been paid to the Clerk of the Court. Dated: January 11, 2008.

BOIES, SCHILLER & FLEXNER, LLP


By:    s/ David S. Stone
       David S. Stone, Esq.
       150 John F. Kennedy Parkway
       Short Hills, NJ 07078
       (973) 218-1106

*PRO HAC VICE* ATTORNEY INFORMATION:

Name:                        Carrie H. Seares, Esq.

Address:                     Wilmer Cutler Pickering Hale & Dorr LLP
                             60 State Street
                             Boston, MA
                             02109

e-mail:                      carrie.seares@wilmerhale.com