UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

RECEIVED
JAN 2 8 2008
AT 8:30_____M
WILLIAM T. WALSH
CLERK

David S. Stone (DS 8580)
BOIES, SCHILLER & FLEXNER LLP
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078
(973) 218-1111
Counsel for Plaintiff
BROADCOM CORPORATION

| BROADCOM CORPORATION, | Civil Action No. 05-3350 |
|---|---|
| Plaintiff, | |
| v. | ORDER ADMITTING JAMES C. BURLING, JONATHAN CEDARBAUM, LEON GREENFIELD, JOSEPH J. MUELLER, RICHARD W. O'NEILL, AND JAMES L. QUARLES III *PRO HAC VICE* PURSUANT TO L. CIV. R. 101.1(C) |
| QUALCOMM INCORPORATED, | |
| Defendant. | |

THIS MATTER, having been brought before the Court by Boies, Schiller & Flexner LLP, counsel for plaintiff Broadcom Corporation in the above matter, for an Order pursuant to L.Civ.R. 101.1(c) permitting James C. Burling, Esq., Joseph J. Mueller, Esq., and Richard W. O'Neill, Esq., of Wilmer Cutler Pickering Hale and Dorr LLP, located at 60 State Street, Boston, MA 02109, and Jonathan Cedarbaum, Esq., Leon Greenfield, Esq., and James L. Quarles III, Esq. of Wilmer Cutler Pickering Hale and Dorr LLP, located at 1875 Pennsylvania Avenue NW, Washington, DC, 20006, to appear and practice *pro hac vice*; and the Court having considered the Affidavit of David S. Stone, the Affidavit of James C. Burling, the Affidavit of Jonathan Cedarbaum, the Affidavit of Leon Greenfield, the Affidavit of Joseph J. Mueller, the Affidavit of Richard W. O'Neill, and the Affidavit of James L. Quarles III; and for good cause shown:

IT IS on this 29th day of January, 2008;

ORDERED that the motion by Boies, Schiller & Flexner LLP to permit James C. Burling, Esq., Jonathan Cedarbaum, Esq., Leon Greenfield, Esq., Joseph J. Mueller, Esq., Richard W. O'Neill, Esq., and James L. Quarles III, Esq. to appear and participate *pro hac vice* is GRANTED; and

FURTHER ORDERED that all pleadings, briefs and other papers filed with the Court shall be signed by David S. Stone, or a member or associate of the Firm Boies Schiller & Flexner LLP, 150 John F. Kennedy Parkway, Short Hills, New Jersey 07078, who is a member in good standing of the bar of this Court, who shall be responsible for said papers and for the conduct of this case and who shall be present before the Court, as well as be held responsible for the conduct of the attorney admitted *pro hac vice* pursuant to the terms of this order; and

FURTHER ORDERED that James C. Burling, Esq., Jonathan Cedarbaum, Esq., Leon Greenfield, Esq., Joseph J. Mueller, Esq., Richard W. O'Neill, Esq., and James L. Quarles III, Esq. shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection, in accordance with R. 1:28-2 within 20 days from the dated entry of this Order; and

FURTHER ORDERED that James C. Burling, Esq., Jonathan Cedarbaum, Esq., Leon Greenfield, Esq., Joseph J. Mueller, Esq., Richard W. O'Neill, Esq., and James L. Quarles III, Esq. shall be bound by the Local Civil Rules of the United States District Court for the District of New Jersey, including the provisions of L.Civ.R. 103.1 (Judicial Ethics and Professional Responsibility) and L.Civ.R. 104.1 (Discipline of Attorneys).

Hon. John J. Hughes, U.S.M.J.

Dated: January 28, 2008