William J. O'Shaughnessy
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
(973) 622-4444

Evan R. Chesler
Peter T. Barbur
Elizabeth L. Grayer
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

Richard S. Taffet
Philip L. Blum
BINGHAM MCCUTCHEN LLP
399 Park Avenue
New York, NY 10022
(212) 705-7000

Robert N. Feltoon
CONRAD O'BRIEN GELLMAN & ROHN, P.C.
1515 Market Street, Suite 1600
Philadelphia, PA  19102
(215) 864-8064

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| BROADCOM CORPORATION, | : | Civil Action No. 05-3350 (MLC) (JJH) |
| | : | |
| *Plaintiff*, | : | |
| vs. | : | |
| | : | |
| QUALCOMM INCORPORATED, | : | |
| | : | |
| *Defendant*. | : | |

**REQUEST BY LOCAL COUNSEL FOR
*PRO HAC VICE* ATTORNEY
TO RECEIVE ELECTRONIC NOTICE**

ME1 7090731v.1

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is presented that:

1. An Order of the Court granting a motion to appear *pro hac* vice in the within matter has been entered; and

2. The Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

Dated: January 29, 2008

                                       McCARTER & ENGLISH, LLP

                                       By: s/ William J. O'Shaughnessy
                                             William J. O'Shaughnessy
                                             Four Gateway Center
                                             100 Mulberry Street
                                             Newark, NJ 07102
                                             (973) 622-4444

*PRO HAC VICE* ATTORNEY INFORMATION:

Name:        Karl C. Huth, Esq.

Address:     Cravath, Swaine & Moore LLP
                 Worldwide Plaza
                 825 Eighth Avenue
                 New York, NY 10019

e-mail:       khuth@cravath.com