William J. O'Shaughnessy
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
(973) 622-4444

Evan R. Chesler
Peter T. Barbur
Elizabeth L. Grayer
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

Richard S. Taffet
Philip L. Blum
BINGHAM MCCUTCHEN LLP
399 Park Avenue
New York, NY 10022
(212) 705-7000

Robert N. Feltoon
CONRAD O'BRIEN GELLMAN & ROHN, P.C.
1515 Market Street, Suite 1600
Philadelphia, PA 19102
(215) 864-8064

*Attorneys for Defendant Qualcomm Incorporated*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| BROADCOM CORPORATION, | |
|---|---|
| Plaintiff, | Civil Action No. 05-3350 (MLC) (JJH) |
| v. | **NOTICE OF MOTION** |
| QUALCOMM INCORPORATED, | Return Date: March 17, 2008 |
| Defendant. | |

ME1 7145233v.1

TO: WILLIAM F. LEE, ESQ.
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000
Fax: (617) 526-5000

MARK D. SELWYN
Wilmer Cutler Pickering Hale and Dorr LLP
1117 California Avenue
Palo Alto, CA 94304
(650) 858-6000
Fax: (650) 858-6100

MARK W. NELSON
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 974-1500
Fax: (202) 974-1999

DAVID BARRETT
Boies, Schiller & Flexner LLP
570 Lexington Avenue
New York, NY 10022
(212) 446-2300
Fax: (212) 446-2350

DAVID S. STONE
Boies, Schiller & Flexner LLP
150 John F. Kennedy Parkway
Short Hills, NJ 07078
(973) 218-1111
Fax: (973) 218-1106

*Attorneys for Plaintiff Broadcom Corporation*

PLEASE TAKE NOTICE that Defendant QUALCOMM Incorporated ("QUALCOMM") will move this Court at The Fisher Federal Building and United States Courthouse, 402 East State Street, Trenton, New Jersey, on March 17, 2008, at 9 a.m., before Judge Mary L. Cooper, for an order pursuant to Local Rule 5.3 to seal materials submitted in

further support of Qualcomm Incorporated's Motion to Dismiss Claims Four Through Eight of Plaintiff's Second Amended Complaint.

PLEASE TAKE FURTHER NOTICE that in support of the motion, QUALCOMM relies on the accompanying Memorandum in Support of QUALCOMM Incorporated's Motion to Seal Materials Pursuant to Local Rule 5.3.

PLEASE TAKE FURTHER NOTICE that a proposed form of order granting QUALCOMM's motion is submitted with the motion.

Dated: February 15, 2008

McCARTER & ENGLISH, LLP


By: s/ William J. O'Shaughnessy
William J. O'Shaughnessy

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>        Plaintiff,<br><br>  v.<br><br>QUALCOMM INCORPORATED,<br><br>        Defendant. | Civil Action No. 05-3350 (MLC) (JJH) |

---

**MEMORANDUM IN SUPPORT OF QUALCOMM INCORPORATED'S
MOTION TO SEAL MATERIALS PURSUANT TO LOCAL RULE 5.3**

---

            McCARTER & ENGLISH, LLP
            Four Gateway Center
            100 Mulberry Street
            Newark, NJ 07102

            CRAVATH, SWAINE & MOORE LLP
            Worldwide Plaza
            825 Eighth Avenue
            New York, NY 10019

            BINGHAM MCCUTCHEN LLP
            399 Park Avenue
            New York, NY 10022

            CONRAD O'BRIEN GELLMAN & ROHN, P.C.
            1515 Market Street, Suite 1600
            Philadelphia, PA 19102

            *Attorneys for Defendant Qualcomm Incorporated*

ME1 7145195v.1

Plaintiff QUALCOMM Incorporated ("QUALCOMM") respectfully submits this memorandum in support of its motion to seal materials pursuant to L.Civ.R. 5.3(c).

This is a case between two technology companies requiring discovery of highly sensitive competitive information. The parties have produced confidential information in discovery, the public disclosure of which could affect legitimate business interests. To protect the confidentiality of this information, the parties entered into an Order Governing the Production and Exchange of Confidential Material, which the Court entered on March 13, 2006 (the "Protective Order"). The Protective Order allows the parties to designate information as "Confidential" (Order ¶ 3) or "Highly Confidential (id. ¶ 4), and provides that a party wishing to use material designated "Confidential" or "Highly Confidential" in a submission filed with the Court must move pursuant to Local Rule 5.3 for leave to file the submission under seal (id. ¶ 11).

In QUALCOMM's Reply Memorandum in Support of Defendant's Motion to Dismiss Claims Four Through Eight of Plaintiff's Second Amended Complaint, dated February 15, 2008, QUALCOMM relies upon a brief submitted under seal by Broadcom in the action *Qualcomm Inc. v. Broadcom Corp.*, No. 05 CV 1958 B (S.D. Cal.). This filing, Broadcom's Opposition to Qualcomm's Motion for Summary Adjudication, bears the legend "Contains Broadcom and Qualcomm Confidential Business Information -- Subject to Protective Order". QUALCOMM has attached a true and correct copy of this filing as Exhibit 1 to the Supplemental Declaration of William J. O'Shaughnessy in Support of Defendant's Motion to Dismiss Claims Four Through Eight of Plaintiff's Second Amended Complaint ("Exhibit 1").

Although the filing at issue is Broadcom's, QUALCOMM accepts that the document contains confidential Broadcom and Qualcomm business information. Both parties have legitimate interests in keeping such information private and would suffer serious injury if it were revealed to the public. *See* L.Civ.R. 5.3(c)(2). QUALCOMM therefore respectfully requests that this court order Exhibit 1 filed under seal .

QUALCOMM does not at this time believe that there is a less restrictive alternative to the relief sought. QUALCOMM does not seek to file the entirety of its submissions under seal, but rather one exhibit only.

For all these reasons, QUALCOMM respectfully requests that the Court grant its motion to file materials under seal pursuant to Local Rule 5.3.

Respectfully submitted,

February 15, 2008

McCARTER & ENGLISH, LLP

By: s/ William J. O'Shaughnessy
    William J. O'Shaughnessy

Four Gateway Center
100 Mulberry Street
   Newark, NJ 07101-0652
      (973) 622-4444
Email: woshaughnessy@mccarter.com

Evan R. Chesler
Peter T. Barbur
Elizabeth L. Grayer
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
   825 Eighth Avenue
     New York, NY 10019
      (212) 474-1000

Richard S. Taffet
Philip L. Blum
BINGHAM MCCUTCHEN LLP
399 Park Avenue
   New York, NY 10022
    (212) 705-7000

2

Robert N. Feltoon
CONRAD O'BRIEN GELLMAN & ROHN, P.C.
1515 Market Street, Suite 1600
Philadelphia, PA 19102
(215) 864-8064

*Attorneys for Defendant Qualcomm Incorporated*

ME1 7145195v.1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

BROADCOM CORPORATION,

          Plaintiff,

v.

QUALCOMM INCORPORATED,

          Defendant.

Civil Action No. 05-3350 (MLC) (JJH)

**ORDER TO SEAL MATERIALS**

**THIS MATTER** having been opened to the Court by McCarter & English, LLP, attorneys for defendant QUALCOMM Incorporated, upon QUALCOMM's application for the entry of an Order, pursuant to Local Civil Rule 5.3(c), providing for filing under seal of materials related to QUALCOMM's Reply Memorandum in Support of Defendant's Motion to Dismiss Claims Four Through Eight of Plaintiff's Second Amended Complaint and the Court having considered the papers submitted in support of this Motion and the arguments of counsel, the Court hereby finds:

    1.    QUALCOMM has filed under seal, in accordance with the provisions of Local Rule 5.3, Broadcom Corporation's Opposition to Qualcomm's Motion for Summary Adjudication, originally submitted under seal by Broadcom Corporation in the action *Qualcomm Inc. v. Broadcom Corp.*, No. 05 CV 1958 B (S.D. Cal.). QUALCOMM has attached a true and correct copy of this document as Exhibit 1 to the Supplemental Declaration of William J. O'Shaughnessy in Support of Defendant's Motion to Dismiss Claims Four Through Eight of Plaintiff's Second Amended Complaint.

ME1 7145358v.1

2. The information in this document satisfies the standards set forth in L.Civ.R. 5.3. There is no less restrictive alternative to the filing of these materials under seal.

**THEREFORE,** it is this _____ day of _____ 2008

**ORDERED** that the Motion to Seal Materials Pursuant to Local Rule 5.3 is hereby granted; and

**IT IS FURTHER ORDERED** that the Clerk is hereby directed to seal Exhibit 1 to the Supplemental Declaration of William J. O'Shaughnessy in Support of Defendant's Motion to Dismiss Claims Four Through Eight of Plaintiff's Second Amended Complaint.

_____
Honorable John J. Hughes
United States Magistrate Judge

William J. O'Shaughnessy
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
(973) 622-4444

Evan R. Chesler
Peter T. Barbur
Elizabeth L. Grayer
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

Richard S. Taffet
Philip L. Blum
BINGHAM MCCUTCHEN LLP
399 Park Avenue
New York, NY 10022
(212) 705-7000

Robert N. Feltoon
CONRAD O'BRIEN GELLMAN & ROHN, P.C.
1515 Market Street, Suite 1600
Philadelphia, PA 19102
(215) 864-8064

*Attorneys for Defendant Qualcomm Incorporated*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>                    Plaintiff,<br><br>     v.<br><br>QUALCOMM INCORPORATED,<br><br>                    Defendant. | Civil Action No. 05-3350 (MLC) (JJH)<br><br>**CERTIFICATION OF SERVICE** |

RICHARD HERNANDEZ, of full age, certifies as follows:

1. I am an attorney at law of the State of New Jersey and am associated with the firm of McCarter & English, LLP, attorneys for Defendant Qualcomm Incorporated.

2. On February 15, 2008, I caused to be delivered by ECF and electronic mail a copy of the foregoing papers to the following:

> DAVID S. STONE, ESQ.
> ROBERT A. MAGNANINI, ESQ.
> Boies, Schiller & Flexner LLP
> 150 John F. Kennedy Parkway
> Short Hills, New Jersey 07078
> dstone@bsfllp.com
> rmagnanini@bsfllp.com
>
> STEVEN J. KAISER, ESQ.
> Cleary Gottlieb Steen & Hamilton LLP
> 2000 Pennsylvania Avenue, NW
> Washington, DC 20006
> skaiser@cgsh.com

3. In addition, on February 15, 2008 I caused to be delivered by electronic mail a copy of the foregoing papers to the following:

> WILLIAM F. LEE, ESQ.
> Wilmer Cutler Pickering Hale and Dorr LLP
> 60 State Street
> Boston, Massachusetts 02109
> william.lee@wilmerhale.com
>
> MARK D. SELWYN, ESQ.
> Wilmer Cutler Pickering Hale and Dorr LLP
> 1117 California Avenue
> Palo Alto, CA 94304
> mark.selwyn@wilmerhale.com
>
> MARK W. NELSON, ESQ.
> Cleary Gottlieb Steen & Hamilton LLP
> 2000 Pennsylvania Avenue, NW
> Washington, DC 20006
> mnelson@cgsh.com

DAVID BARRETT, ESQ.
Boies, Schiller & Flexner LLP
570 Lexington Avenue
New York, NY 10022
dbarrett@bsfllp.com

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

DATED: February 15, 2007

*Richard Hernandez*
Richard Hernandez

ME1 7145490v.1