IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

RECEIVED

FEB 2 5 2008

AT 8:30_____M
WILLIAM T. WALSH
CLERK

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>        Plaintiff,<br><br>vs.<br><br>QUALCOMM INCORPORATED,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 3:05-CV-03350-MLC-JJH

**STIPULATION AND ORDER**

WHEREAS, the Court had a telephone conference on January 30, 2008, to

address certain matters relating to discovery as set forth in separate letters submitted by counsel

for Qualcomm and for Broadcom; and

WHEREAS, Broadcom and Qualcomm were preparing in August 2006 to

complete their productions of documents responsive to Qualcomm's First and Second Requests

for the Production of Documents and Broadcom's First Request for the Production of Documents

(collectively, the "first wave" document requests) and exchange privilege logs covering those

productions, but suspended such production and exchange when the Court issued the August 31,

2006, Order and Judgment; and

WHEREAS, at the conference the Court ordered that the parties complete their

productions responsive to the "first wave" discovery requests for the date range up to and

including September 30, 2005, and exchange privilege logs covering those productions no later

than February 22, 2008; and

WHEREAS, the Court further ordered that the parties report back to the Court no

later than February 22, 2008, concerning their plans for completing their productions in response

to Qualcomm's Third Request for the Production of Documents and Broadcom's Second

Request for the Production of Documents (collectively, the "second wave" document requests);

**IT IS HEREBY ORDERED THAT:**

1.    The parties shall complete their productions of documents in response to

the first wave document requests for the date range up to and including September 30, 2005, and

exchange privilege logs covering those productions no later than February 22, 2008.

**SO ORDERED:**

This ___ day of _____ , 2008

_____
THE HONORABLE JOHN J. HUGHES

2

We hereby request and consent to entry of the foregoing Stipulation And Order.


For Plaintiff Broadcom Corporation:

_Mark D. Selwyn_ (eh)

Mark D. Selwyn
Kate Saxton
WILMER CUTLER PICKERING HALE &
 DORR LLP
1117 California Avenue
Palo Alto, CA 94304
(650) 858-6031

Steven J. Kaiser
CLEARY GOTTLIEB STEEN &
 HAMILTON LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 974-1999


For Defendant Qualcomm Incorporated:

_William J. O'Shaughnessy_ (eh)

William J. O'Shaughnessy
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444

Evan R. Chesler
Peter T. Barbur
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
(212) 474-1000


3

[[NYLIT:2462756v3:3960w:02/19/08--03:07 p]]