UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

RECEIVED
MAR 17 2008
AT 8:30_____M
WILLIAM T. WALSH
CLERK

BROADCOM CORPORATION,

    Plaintiff,

v.

QUALCOMM INCORPORATED,

    Defendant.

Civil Action No. 05-3350 (MLC) (JJH)

**ORDER TO SEAL MATERIALS**

**THIS MATTER** having been opened to the Court by McCarter & English, LLP, attorneys for defendant QUALCOMM Incorporated, upon QUALCOMM's application for the entry of an Order, pursuant to Local Civil Rule 5.3(c), providing for filing under seal of materials related to QUALCOMM's Reply Memorandum in Support of Defendant's Motion to Dismiss Claims Four Through Eight of Plaintiff's Second Amended Complaint and the Court having considered the papers submitted in support of this Motion and the arguments of counsel, the Court hereby finds:

1.     QUALCOMM has filed under seal, in accordance with the provisions of Local Rule 5.3, Broadcom Corporation's Opposition to Qualcomm's Motion for Summary Adjudication, originally submitted under seal by Broadcom Corporation in the action *Qualcomm Inc. v. Broadcom Corp.*, No. 05 CV 1958 B (S.D. Cal.). QUALCOMM has attached a true and correct copy of this document as Exhibit 1 to the Supplemental Declaration of William J. O'Shaughnessy in Support of Defendant's Motion to Dismiss Claims Four Through Eight of Plaintiff's Second Amended Complaint.

ME1 7145358v.1

2. The information in this document satisfies the standards set forth in L.Civ.R. 5.3. There is no less restrictive alternative to the filing of these materials under seal.

THEREFORE, it is this 17th day of March, 2008

ORDERED that the Motion to Seal Materials Pursuant to Local Rule 5.3 is hereby granted; and

IT IS FURTHER ORDERED that the Clerk is hereby directed to seal Exhibit 1 to the Supplemental Declaration of William J. O'Shaughnessy in Support of Defendant's Motion to Dismiss Claims Four Through Eight of Plaintiff's Second Amended Complaint.

_____
Honorable John J. Hughes
United States Magistrate Judge

*No opposition was filed*