Boies, Schiller & Flexner LLP
150 JFK Parkway, 4th Floor
Short Hills, New Jersey 07078
(973) 218-1111
Attorneys for Plaintiff Broadcom Corporation

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| BROADCOM CORPORATION, | : | |
| | : | Civil Action No. 05-3350 (MLC) (JJH) |
| Plaintiff, | : | |
| | : | |
| v. | : | **STIPULATION EXTENDING** |
| | : | **TIME TO ANSWER, MOVE, OR** |
| QUALCOMM INCORPORATED, | : | **OTHERWISE REPLY** |
| | : | |
| Defendant. | : | |

    It is hereby stipulated and agreed that: (1) the time of Plaintiff Broadcom Corporation ("Broadcom") to answer, move, or otherwise reply to Defendant QUALCOMM Incorporated's ("Qualcomm") Counterclaims and Affirmative Defense, filed on February 29, 2008, is extended thirty (30) days, moving the due date from Thursday, March 20, 2008 to and including Monday, April 21, 2008; (2) Qualcomm shall have thirty (30) days to file its opposition to any motion directed to its Counterclaims or Affirmative Defense; and (3) neither party will object to or seek to stay discovery pending the briefing, argument or resolution of any motion directed to Qualcomm's Counterclaims or Affirmative Defense on the ground that such motion has not been heard and ruled upon by the Court.

        Boies, Schiller & Flexner LLP
        Attorneys for Plaintiff Broadcom Corporation

By:    s/ David S. Stone_____
       David S. Stone

McCarter & English, LLP
Attorneys for Defendant Qualcomm Incorporated

By:    s/ William J. O'Shaugnessy_____
       William J. O'Shaughnessy

SO ORDERED this _____ day of March, 2008.

_____
Mary L. Cooper, U.S.D.J.

Case 3:08-cv-01607-JAH-JMA   Document 141   Filed 03/19/2008   Page 2 of 4

## CERTIFICATE OF SERVICE

      I, David S. Stone, hereby certify that, on March 19, 2008, I served electronically a true and correct copy of the foregoing Stipulation Extending Time to Answer, Move, or Otherwise Reply on the following:

William J. O'Shaughnessy, Esq.
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ  07102
(973) 639-2094
woshaughnessy@mccarter.com

Elizabeth Grayer, Esq.
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY  10019
(212) 747-1000
egrayer@cravath.com

Richard S. Taffet
Philip L. Blum
BINGHAM MCCUTCHEN LLP
399 Park Avenue
New York, NY  10022
(212) 705-7000
richard.taffet@bingham.com
philip.blum@bingham.com

Robert N. Feltoon
CONRAD O'BRIEN GELLMAN & ROHN, P.C.
1515 Market Street, 16th Floor
Philadelphia, PA  19102
(215) 864-8064
rfeltoon@cogr.com

William F. Lee, Esq.
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA  02109
(617) 526-6556
william.lee@wilmerhale.com

Mark D. Selwyn, Esq.
WILMER CUTLER PICKERING HALE AND DORR LLP
1117 California Avenue
Palo Alto, CA  94304
(650) 858-6031
mark.selwyn@wilmerhale.com

Steven J. Kaiser, Esq.
CLEARY, GOTTLEIB, STEIN, & HAMILTON
200 Pennsylvania Avenue, NW
Washington, DC  20006
(202) 974-1554
skaiser@cgsh.com

    s/ David S. Stone
David S. Stone, Esq.
Boies, Schiller & Flexner LLP
150 JFK Parkway, 4th Floor
Short Hills, NJ  07078
Tel:  (973) 218-1111
Fax:  (973) 218-1106
dstone@bsfllp.com
*Counsel for Broadcom Corporation*