| | |
|---|---|
| William J. O'Shaughnessy<br>McCARTER & ENGLISH, LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, New Jersey 07102-4056<br>973-622-4444 | Richard S. Taffet<br>Philip L. Blum<br>BINGHAM McCUTCHEN LLP<br>399 Park Avenue<br>New York, NY 10022<br>(212) 705-7000 |
| Evan R. Chesler<br>Richard J. Stark<br>David R. Marriott<br>Peter T. Barbur<br>Elizabeth L. Grayer<br>CRAVATH, SWAINE & MOORE LLP<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, New York 10019<br>(212) 474-1000 | Robert N. Feltoon<br>CONRAD O'BRIEN GELLMAN & ROHN,<br>P.C.<br>1515 Market Street, 16th Floor<br>Philadelphia, PA 19102<br>(215) 864-8064 |

Attorneys for Defendant Qualcomm Incorporated

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| BROADCOM CORPORATION, | : | |
| Plaintiff, | : | Civil Action No. 05-3350 (MLC) (JJH) |
| v. | : | |
| QUALCOMM INCORPORATED, | : | |
| Defendant. | : | |

**NOTICE OF MOTION FOR ADMISSION *PRO HAC VICE***

PLEASE TAKE NOTICE that as soon as counsel may be heard, Defendant Qualcomm Incorporated ("Defendant") will move before this Court for an order admitting James G. Szymanski, Esq., Richard M. Lorenzo, Esq., and M. Alexander Bowie II, Esq., of the law firm of Day Pitney LLP, *pro hac vice* in this action.

In support of the motion, Defendant relies on the accompanying Affidavits of James G. Szymanski, Richard M. Lorenzo and M. Alexander Bowie II. Defendant respectfully submits that no brief is necessary in connection with this motion, in as much as the bases of this application are set forth in the accompanying Affidavits.

Dated: March 19, 2008

                                           McCARTER & ENGLISH, LLP

                                           By:  s/ William J. O'Shaughnessy
                                                   William J. O'Shaughnessy
                                                   Four Gateway Center
                                                   100 Mulberry Street
                                                   Newark, NJ 07102
                                                   (973) 622-4444

                                          CRAVATH, SWAINE & MOORE LLP
                                                 Worldwide Plaza
                                                 825 Eighth Avenue
                                                 New York, NY 10019
                                                 (212) 474-1000

| | |
|---|---|
| William J. O'Shaughnessy<br>McCARTER & ENGLISH, LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, New Jersey 07102-4056<br>973-622-4444 | Richard S. Taffet<br>Philip L. Blum<br>BINGHAM McCUTCHEN LLP<br>399 Park Avenue<br>New York, NY 10022<br>(212) 705-7000 |
| Evan R. Chesler<br>Richard J. Stark<br>David R. Marriott<br>Peter T. Barbur<br>Elizabeth L. Grayer<br>CRAVATH, SWAINE & MOORE LLP<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, New York 10019<br>(212) 474-1000 | Robert N. Feltoon<br>CONRAD O'BRIEN GELLMAN & ROHN, P.C.<br>1515 Market Street, 16th Floor<br>Philadelphia, PA 19102<br>(215) 864-8064 |

Attorneys for Defendant Qualcomm Incorporated

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

BROADCOM CORPORATION,

    Plaintiff,

v.

QUALCOMM INCORPORATED,

    Defendant.

Civil Action No. 05-3350 (MLC) (JJH)

**CERTIFICATION OF WILLIAM J. O'SHAUGHNESSY IN SUPPORT OF
*PRO HAC VICE* ADMISSION OF JAMES G. SZYMANSKI, ESQ.,
RICHARD M. LORENZO, ESQ., AND M. ALEXANDER BOWIE II, ESQ.**

WILLIAM J. O'SHAUGHNESSY, of full age, certifies as follows:

1. I am a member of the bar of the State of New Jersey and of McCarter & English, LLP, counsel for Defendant Qualcomm Incorporated in this action.

-2-

2.    I make this Certification in support of the application of James G. Szymanski, Esq., Richard M. Lorenzo, Esq. and M. Alexander Bowie II, Esq. for admission to the bar of this Court *pro hac vice*.

3.    Affidavits from Mr. Szymanski, Mr. Lorenzo and Mr. Bowie in support of their respective applications for admission to the bar of this Court *pro hac vice* have also been submitted.

4.    Mr. Szymanski, Mr. Lorenzo and Mr. Bowie have been advised of their obligations to comply with the Rules of Professional Conduct adopted by the New Jersey Supreme Court, and of Local Rule 101.1(c) which governs the admission of counsel *pro hac vice*.

5.    Mr. Szymanski, Mr. Lorenzo and Mr. Bowie will be associated with attorneys from the firm of McCarter & English, LLP in the defense of this matter, and a member of McCarter & English, LLP will sign all pleadings, briefs, and other papers filed with the Court.

6.    Our adversary, Broadcom Corporation, through its attorney, Steven J. Kaiser, Esq. of Clearly Gottlieb Steen & Hamilton LLP, has consented to the *pro hac vice* admission of Mr. Szymanski, Mr. Lorenzo and Mr. Bowie.

I certify under penalty of perjury that the foregoing is true and correct.

                              s/ William J. O'Shaughnessy
                              William J. O'Shaughnessy

DATED: March 19, 2008

| | |
|---|---|
| William J. O'Shaughnessy<br>McCARTER & ENGLISH, LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, New Jersey 07102-4056<br>973-622-4444 | Richard S. Taffet<br>Philip L. Blum<br>BINGHAM McCUTCHEN LLP<br>399 Park Avenue<br>New York, NY 10022<br>(212) 705-7000 |
| Evan R. Chesler<br>Richard J. Stark<br>David R. Marriott<br>Peter T. Barbur<br>Elizabeth L. Grayer<br>CRAVATH, SWAINE & MOORE LLP<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, New York 10019<br>(212) 474-1000 | Robert N. Feltoon<br>CONRAD O'BRIEN GELLMAN & ROHN,<br>P.C.<br>1515 Market Street, 16th Floor<br>Philadelphia, PA 19102<br>(215) 864-8064 |

Qualcomm Incorporated Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

BROADCOM CORPORATION,

    Plaintiff,

v.

QUALCOMM INCORPORATED,

    Defendant.

Civil Action No. 05-3350 (MLC) (JJH)

STATE OF NEW YORK  )
                           ) ss.
COUNTY OF NEW YORK  )

**AFFIDAVIT OF JAMES G. SZYMANSKI IN SUPPORT OF
ADMISSION *PRO HAC VICE***

James G. Szymanski, being duly sworn, deposes and says:

1. I am a member of the law firm of Day Pitney LLP. My business address is 7 Times Square, New York, New York 10036. I make this Affidavit in support of the motion of Defendant Qualcomm Incorporated ("Qualcomm") to admit me *pro hac vice* for purposes of representing them in this matter.

2. I am a member in good standing of the bar of the State of New York, the state of which I am a resident and in which I principally practice law. There are no disciplinary proceedings presently pending against me, and no discipline has previously been imposed upon me.

3. I am a 1969 graduate of The Cornell Law School. I was admitted to practice in the State of New York in 1969. I am also admitted to practice before the United States Supreme Court (May 29, 1973); the United States Court of Appeals for the Armed Forces (April 20, 1998); the United States District Court, Southern District of New York (May 25, 1982); the United States District Court, Eastern District of New York (May 25, 1982); the United States District Court, Northern District of New York (December 11, 1969); the United States District Court, Western District of New York (September 12, 1996); and the United States District Court, Northern District of California (April 6, 1983).

4. My principal practice involves complex commercial litigation, including securities fraud, antitrust, and trade secret disputes. Our law firm is counsel for Qualcomm, and Qualcomm has requested that we represent it in all aspects of this case, including trial, and I accordingly request that the Court admit me *pro hac vice* for these purposes.

5. I am familiar with and, if admitted, will abide by the Local Rules of this Court. I am associated in this matter with New Jersey counsel, William J. O'Shaughnessy, Esq. of the law firm of McCarter & English, LLP, Four Gateway Center, 100 Mulberry Street, Newark, New Jersey 07102.

     6.    I will make any required payment to the New Jersey Lawyers' Fund for Client Protection.

_/s/ James G. Szymanski_
James G. Szymanski

Sworn and subscribed to before me,
a notary public of the State of New York,
this 10th day of March, 2008.

_/s/ Elisha M..._

ELISHA M... TCHEDOU
NOTARY PUBLIC STATE OF NEW YORK
NO. 01MC6118317
QUALIFIED IN BRONX COUNTY
MY COMMISSION EXPIRES NOV. 22, 2008

| | |
|---|---|
| William J. O'Shaughnessy<br>McCARTER & ENGLISH, LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, New Jersey 07102-4056<br>973-622-4444 | Richard S. Taffet<br>Philip L. Blum<br>BINGHAM McCUTCHEN LLP<br>399 Park Avenue<br>New York, NY 10022<br>(212) 705-7000 |
| Evan R. Chesler<br>Richard J. Stark<br>David R. Marriott<br>Peter T. Barbur<br>Elizabeth L. Grayer<br>CRAVATH, SWAINE & MOORE LLP<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, New York 10019<br>(212) 474-1000 | Robert N. Feltoon<br>CONRAD O'BRIEN GELLMAN & ROHN, P.C.<br>1515 Market Street, 16th Floor<br>Philadelphia, PA 19102<br>(215) 864-8064 |

Qualcomm Incorporated Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

BROADCOM CORPORATION,

    Plaintiff,

v.

QUALCOMM INCORPORATED,

    Defendant.

Civil Action No. 05-3350 (MLC) (JJH)

STATE OF NEW YORK  )
                            ) ss.
COUNTY OF NEW YORK )

### AFFIDAVIT OF RICHARD M. LORENZO IN SUPPORT OF ADMISSION *PRO HAC VICE*

Richard M. Lorenzo, being duly sworn, deposes and says:

1.     I am a member of the law firm of Day Pitney LLP. My business address is 7 Times Square, New York, New York 10036. I make this Affidavit in support of the motion of

Defendant Qualcomm Incorporated ("Qualcomm") to admit me *pro hac vice* for purposes of representing them in this matter.

2.  I am a member in good standing of the bar of the State of New York, the state of which I am a resident and in which I principally practice law. There are no disciplinary proceedings presently pending against me, and no discipline has previously been imposed upon me.

3.  I am a 1975 graduate of Case Western Reserve University. I was admitted to practice in the State of New York in 1979. I am also admitted to practice before the United States Supreme Court (April 28, 1997); the United States Court of Appeals for the District of Columbia (April 30, 1997); the United States Court of Appeals for the First Circuit (March 30, 2001); the United States Court of Appeals for the Second Circuit (April 24, 1997); the United States District Court, Southern District of New York (May 5, 1981); the United States District Court, Northern District of New York (June 30, 1997); the United States District Court, Northern District of Ohio (August 11, 1975); and the United States Court of Federal Claims (August 12, 1993).

4.  My principal practice involves antitrust, commercial and energy and utility law litigation.

Our law firm is counsel for Qualcomm, and Qualcomm has requested that we represent it in all aspects of this case, including trial, and I accordingly request that the Court admit me *pro hac vice* for these purposes.

5.  I am familiar with and, if admitted, will abide by the Local Rules of this Court. I am associated in this matter with New Jersey counsel, William J. O'Shaughnessy, Esq. of the law firm of McCarter & English, LLP, Four Gateway Center, 100 Mulberry Street, Newark, New Jersey 07102.

6.  I will make any required payment to the New Jersey Lawyers' Fund for Client Protection.

_____
Richard M. Lorenzo

Sworn and subscribed to before me,
a notary public of the State of New York,
this 10th day of March, 2008.

_____

ELISHA MITCHESON
NOTARY PUBLIC STATE OF NEW YORK
NO. 01MC6118817
QUALIFIED IN BRONX COUNTY
MY COMMISSION EXPIRES NOV. 22, 2008

William J. O'Shaughnessy
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102-4056
973-622-4444

Richard S. Taffet
Philip L. Blum
BINGHAM McCUTCHEN LLP
399 Park Avenue
New York, NY 10022
(212) 705-7000

Evan R. Chesler
Richard J. Stark
David R. Marriott
Peter T. Barbur
Elizabeth L. Grayer
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
(212) 474-1000

Robert N. Feltoon
CONRAD O'BRIEN GELLMAN & ROHN, P.C.
1515 Market Street, 16th Floor
Philadelphia, PA 19102
(215) 864-8064

Qualcomm Incorporated Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED,<br><br>    Defendant. | Civil Action No. 05-3350 (MLC) (JJH) |

STATE OF NEW YORK   )
                    ) ss.
COUNTY OF NEW YORK  )

### AFFIDAVIT OF M. ALEXANDER BOWIE II IN SUPPORT OF ADMISSION *PRO HAC VICE*

M. Alexander Bowie II, being duly sworn, deposes and says:

1. I am a member of the law firm of Day Pitney LLP. My business address is 7 Times Square, New York, New York 10036-7311. I make this Affidavit in support of the

motion of Defendant Qualcomm Incorporated ("Qualcomm") to admit me *pro hac vice* for purposes of representing them in this matter.

2.  I am a member in good standing of the bar of the State of New York, the state of which I am a resident and in which I principally practice law. There are no disciplinary proceedings presently pending against me, and no discipline has previously been imposed upon me.

3.  I am a 1989 graduate of Widener University School of Law. I was admitted to practice in the State of New York in 1990. I am also admitted to practice before the United States Court of Appeals for the Second Circuit (December 5, 2006); the United States District Court, Southern District of New York (July 19, 1997); and the United States District Court, Eastern District of New York (October 27, 2006).

4.  My principal areas of practice involve antitrust, intellectual property, and securities and shareholder litigation.

5.  Our law firm, Day Pitney LLP, is counsel for Qualcomm, and Qualcomm has requested that we represent it in all aspects of this case, including trial, and I accordingly request that the Court admit me *pro hac vice* for these purposes.

6.  I am familiar with and, if admitted, will abide by the Local Rules of this Court. I am associated in this matter with New Jersey counsel, William J. O'Shaughnessy, Esq. of the law firm of McCarter & English, LLP, Four Gateway Center, 100 Mulberry Street, Newark, New Jersey 07102.

7. I will make any required payment to the New Jersey Lawyers' Fund for Client Protection.

*M. Alexander Bowie II*
M. Alexander Bowie II

Sworn and subscribed to before me,
a notary public of the State of New York,
this 10th day of March, 2008.

*Elisha McCutcheon*

ELISHA McCUTCHEON
NOTARY PUBLIC STATE OF NEW YORK
NO. 01MC6160817
QUALIFIED IN BRONX COUNTY
MY COMMISSION EXPIRES NOV. 22, 2008

| | |
|---|---|
| William J. O'Shaughnessy<br>McCARTER & ENGLISH, LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, New Jersey 07102-4056<br>973-622-4444 | Richard S. Taffet<br>Philip L. Blum<br>BINGHAM McCUTCHEN LLP<br>399 Park Avenue<br>New York, NY 10022<br>(212) 705-7000 |
| Evan R. Chesler<br>Richard J. Stark<br>David R. Marriott<br>Peter T. Barbur<br>Elizabeth L. Grayer<br>CRAVATH, SWAINE & MOORE LLP<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, New York 10019<br>(212) 474-1000 | Robert N. Feltoon<br>CONRAD O'BRIEN GELLMAN & ROHN, P.C.<br>1515 Market Street, 16th Floor<br>Philadelphia, PA 19102<br>(215) 864-8064 |

Attorneys for Defendant Qualcomm Incorporated

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

BROADCOM CORPORATION,

   Plaintiff,

v.

QUALCOMM INCORPORATED,

   Defendant.

Civil Action No. 05-3350 (MLC) (JJH)

**CERTIFICATION OF SERVICE**

RICHARD HERNANDEZ, of full age, certifies as follows:

1. I am an attorney at law of the State of New Jersey and am associated with the firm of McCarter & English, LLP, attorneys for Defendant Qualcomm Incorporated.

    2.    On March 19, 2008, I caused to be delivered by ECF copies of the forgoing to the following:

> Steven John Kaiser, Esq.
> Cleary Gottlieb Steen & Hamilton LLP
> 2000 Pennsylvania Avenue, NW
> Washington, DC 20006

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

*Richard Hernandez* (signature)
Richard Hernandez

DATED: March 19, 2008

| | |
|---|---|
| William J. O'Shaughnessy<br>McCARTER & ENGLISH, LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, New Jersey 07102-4056<br>973-622-4444 | Richard S. Taffet<br>Philip L. Blum<br>BINGHAM McCUTCHEN LLP<br>399 Park Avenue<br>New York, NY 10022<br>(212) 705-7000 |
| Evan R. Chesler<br>Richard J. Stark<br>David R. Marriott<br>Peter T. Barbur<br>Elizabeth L. Grayer<br>CRAVATH, SWAINE & MOORE LLP<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, New York 10019<br>(212) 474-1000 | Robert N. Feltoon<br>CONRAD O'BRIEN GELLMAN & ROHN, P.C.<br>1515 Market Street, 16th Floor<br>Philadelphia, PA 19102<br>(215) 864-8064 |

Attorneys for Defendant Qualcomm Incorporated

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

BROADCOM CORPORATION,

    Plaintiff,

v.

QUALCOMM INCORPORATED,

    Defendant.

Civil Action No. 05-3350 (MLC) (JJH)

**ORDER GRANTING ADMISSION *PRO HAC VICE***

This matter having been opened to the Court by McCarter & English, LLP, attorneys for Defendant Qualcomm Incorporated, seeking an Order admitting James G. Szymanski, Esq., Richard M. Lorenzo, Esq. and M. Alexander Bowie II, Esq., attorneys at law of the State of New

York *pro hac vice*, and the local counsel for Defendant (McCarter & English, LLP) having represented that Plaintiff has no objection to the entry of the within Order;

IT IS on this _____ day of _____, 2008,

ORDERED as follows:

1. James G. Szymanski, Esq., Richard M. Lorenzo, Esq. and M. Alexander Bowie II, Esq. be and are hereby admitted *pro hac vice* to appear in this matter for all purposes on behalf of Defendant Qualcomm Incorporated.

2. James G. Szymanski, Esq., Richard M. Lorenzo, Esq. and M. Alexander Bowie II, Esq. are required to abide by the Rules governing this Court, including all disciplinary rules, and to notify the Court immediately of any matter affecting his or her standing at the bar of any other court.

3. James G. Szymanski, Esq., Richard M. Lorenzo, Esq. and M. Alexander Bowie II, Esq. are deemed to consent to the appointment of the Clerk of the Court as agent upon whom service of process may be made for all actions against him or her or their firm that may arise out of their participation in this matter.

4. William J. O'Shaughnessy, Esq. of the firm of McCarter & English, LLP, and a member of the bar of this Court, has entered an appearance in this case and shall be counsel of record in accordance with Local Civil Rule 101.1(c)(3).

5. In accordance with Local Civil Rule 101.1(c)(2), James G. Szymanski, Esq., Richard M. Lorenzo, Esq. and M. Alexander Bowie II, Esq. will make payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Rule 1:28-2(a).

_____
Honorable John J. Hughes, U.S.M.J.