William J. O'Shaughnessy
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102-4056
973-622-4444

Richard S. Taffet
Philip L. Blum
BINGHAM McCUTCHEN LLP
399 Park Avenue
New York, NY 10022
(212) 705-7000

Evan R. Chesler
Richard J. Stark
David R. Marriott
Peter T. Barbur
Elizabeth L. Grayer
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
(212) 474-1000

Robert N. Feltoon
CONRAD O'BRIEN GELLMAN & ROHN, P.C.
1515 Market Street, 16th Floor
Philadelphia, PA 19102
(215) 864-8064

RECEIVED
MAR 2 6 2008
AT 8:30_____M
WILLIAM T. WALSH
CLERK

Attorneys for Defendant Qualcomm Incorporated

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BROADCOM CORPORATION, | Civil Action No. 05-3350 (MLC) (JJH) |
| Plaintiff, | |
| v. | |
| QUALCOMM INCORPORATED, | |
| Defendant. | |

**ORDER GRANTING ADMISSION *PRO HAC VICE***

This matter having been opened to the Court by McCarter & English, LLP, attorneys for Defendant Qualcomm Incorporated, seeking an Order admitting James G. Szymanski, Esq., Richard M. Lorenzo, Esq. and M. Alexander Bowie II, Esq., attorneys at law of the State of New

York *pro hac vice*, and the local counsel for Defendant (McCarter & English, LLP) having represented that Plaintiff has no objection to the entry of the within Order;

IT IS on this 25th day of March, 2008,

ORDERED as follows:

1. James G. Szymanski, Esq., Richard M. Lorenzo, Esq. and M. Alexander Bowie II, Esq. be and are hereby admitted *pro hac vice* to appear in this matter for all purposes on behalf of Defendant Qualcomm Incorporated.

2. James G. Szymanski, Esq., Richard M. Lorenzo, Esq. and M. Alexander Bowie II, Esq. are required to abide by the Rules governing this Court, including all disciplinary rules, and to notify the Court immediately of any matter affecting his or her standing at the bar of any other court.

3. James G. Szymanski, Esq., Richard M. Lorenzo, Esq. and M. Alexander Bowie II, Esq. are deemed to consent to the appointment of the Clerk of the Court as agent upon whom service of process may be made for all actions against him or her or their firm that may arise out of their participation in this matter.

4. William J. O'Shaughnessy, Esq. of the firm of McCarter & English, LLP, and a member of the bar of this Court, has entered an appearance in this case and shall be counsel of record in accordance with Local Civil Rule 101.1(c)(3).

5. In accordance with Local Civil Rule 101.1(c)(2), James G. Szymanski, Esq., Richard M. Lorenzo, Esq. and M. Alexander Bowie II, Esq. will make payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Rule 1:28-2(a).

_____
Honorable John J. Hughes, U.S.M.J.

-2-