William J. O'Shaughnessy
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102-4056
973-622-4444

Richard S. Taffet
Philip L. Blum
BINGHAM McCUTCHEN LLP
399 Park Avenue
New York, NY 10022
(212) 705-7000

Evan R. Chesler
Peter T. Barbur
Elizabeth L. Grayer
Richard J. Stark
David R. Marriott
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
(212) 474-1000

Robert N. Feltoon
CONRAD O'BRIEN GELLMAN & ROHN, P.C.
1515 Market Street, 16th Floor
Philadelphia, PA 19102
(215) 864-8064

Attorneys for Defendant Qualcomm Incorporated

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BROADCOM CORPORATION, | |
| Plaintiff, | Civil Action No. 05-3350 (MLC) (JJH) |
| v. | |
| QUALCOMM INCORPORATED, | |
| Defendant. | |

### REQUEST BY LOCAL COUNSEL FOR
### *PRO HAC VICE* ATTORNEY
### TO RECEIVE ELECTRONIC NOTICE

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is presented that:

1.  An Order of the Court granting a motion to appear *pro hac* vice in the within matter has been entered; and

ME1 7293426v.1

2. The Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), <u>has been paid</u> to the Clerk of the Court.

Dated: April 16, 2008

          McCARTER & ENGLISH, LLP

          By: <u>s/ William J. O'Shaughnessy</u>
            William J. O'Shaughnessy
            Four Gateway Center
            100 Mulberry Street
            Newark, NJ 07102
            (973) 622-4444

<u>*PRO HAC VICE* ATTORNEY INFORMATION</u>:

Name:   Rodrigo F. Pintos-Lopez, Esq.

Address:  Cravath, Swaine & Moore LLP
      Worldwide Plaza
      825 Eighth Avenue
      New York, NY 10019

e-mail:   rpintos-lopez@cravath.com

ME1 7293426v.1