| | |
|---|---|
| William J. O'Shaughnessy<br>McCARTER & ENGLISH, LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, New Jersey 07102-4056<br>973-622-4444 | Richard S. Taffet<br>Philip L. Blum<br>BINGHAM McCUTCHEN LLP<br>399 Park Avenue<br>New York, NY 10022<br>(212) 705-7000 |
| Evan R. Chesler<br>Peter T. Barbur<br>Elizabeth L. Grayer<br>Richard J. Stark<br>David R. Marriott<br>CRAVATH, SWAINE & MOORE LLP<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, New York 10019<br>(212) 474-1000 | Robert N. Feltoon<br>CONRAD O'BRIEN GELLMAN & ROHN,<br>P.C.<br>1515 Market Street, 16th Floor<br>Philadelphia, PA 19102<br>(215) 864-8064 |

Attorneys for Defendant Qualcomm Incorporated

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>        Plaintiff,<br><br>        v.<br><br>QUALCOMM INCORPORATED,<br><br>        Defendant. | Civil Action No. 05-3350 (MLC) (JJH) |

**REQUEST BY LOCAL COUNSEL FOR
*PRO HAC VICE* ATTORNEY
TO RECEIVE ELECTRONIC NOTICE**

    Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is presented that:

    1.    An Order of the Court granting a motion to appear *pro hac* vice in the within matter has been entered; and

ME1 7293437v.1

2.	The Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), <u>has been paid</u> to the Clerk of the Court.

Dated: April 16, 2008

                                McCARTER & ENGLISH, LLP

                                By: <u>s/ William J. O'Shaughnessy</u>
                                   William J. O'Shaughnessy
                                   Four Gateway Center
                                   100 Mulberry Street
                                   Newark, NJ 07102
                                   (973) 622-4444

<u>*PRO HAC VICE* ATTORNEY INFORMATION</u>:

Name:		Matthew P. Anderson, Esq.

Address:	Cravath, Swaine & Moore LLP
		Worldwide Plaza
		825 Eighth Avenue
		New York, NY 10019

e-mail:		mpanderson@cravath.com