UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| BROADCOM CORPORATION, | : | Civil Action No. 05-3350 (MLC) |
| Plaintiff, | : | |
| v. | : | ORDER |
| QUALCOMM INCORPORATED, et al., | : | |
| Defendants. | : | |

RECEIVED
APR 2 8 2008
AT 8:30_____ M
WILLIAM T. WALSH
CLERK

This matter having come before the Court during a Discovery Hearing conducted on April 25, 2008, on the record; and good cause having been shown;

IT IS on this 25th day of April 2008,

ORDERED that the in-person status conference for May 14, 2008 is moved to August 14, 2008 at 11:00 A.M., to discuss conclusion of fact discovery, settlement, summary judgment motion practice, and a date for the Final Pretrial Conference.

/s/ John J. Hughes
JOHN J. HUGHES
United States Magistrate Judge