David S. Stone (DS 8580)
BOIES, SCHILLER, & FLEXNER LLP
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078
(973) 218-1111
Counsel for Plaintiff
BROADCOM CORPORATION

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

BROADCOM CORPORATION,

    Plaintiff,

v.

QUALCOMM INCORPORATED,

    Defendant.

Civil Action No. 05-3350 (MLC) (JJH)

### REQUEST BY LOCAL COUNSEL FOR
### *PRO HAC VICE* ATTORNEY
### TO RECEIVE ELECTRONIC NOTICE

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is presented that:

5. An Order of the Court granting a motion to appear *pro hac* vice in the within matter has been entered; and

6. The Admission Fee, in the amount of $ 150, pursuant to L.Civ.R. 101.1 (c)(3), has been paid to the Clerk of the Court. Dated: October 26, 2007

                                          BOIES, SCHILLER, & FLEXNER LLP

                                          By: s/ David S. Stone
                                              David S. Stone
                                              150 John F. Kennedy Parkway
                                              Short Hills, New Jersey

(973) 218-1111

*PRO HAC VICE* ATTORNEY INFORMATION:

| | |
|---|---|
| Name: | James L. Quarles III, Esq. |
| Address: | Wilmer Cutler Pickering Hale & Dorr LLP<br>1875 Pennsylvania Avenue NW<br>Washington, DC<br>20006 |
| e-mail: | james.quarles@wilmerhale.com |