David S. Stone (DS 8580)
BOIES, SCHILLER, & FLEXNER LLP
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078
(973) 218-1111
Counsel for Plaintiff
BROADCOM CORPORATION

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BROADCOM CORPORATION, | Civil Action No. 05-3350 (MLC) (JJH) |
| Plaintiff, | |
| v. | |
| QUALCOMM INCORPORATED, | |
| Defendant. | |

### REQUEST BY LOCAL COUNSEL FOR
### *PRO HAC VICE* ATTORNEY
### TO RECEIVE ELECTRONIC NOTICE

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is presented that:

1. An Order of the Court granting a motion to appear *pro hac* vice in the within matter has been entered; and

2. The Admission Fee, in the amount of $ 150, pursuant to L.Civ.R. 101.1 (c)(3), has been paid to the Clerk of the Court. Dated: January 24, 2008.

BOIES, SCHILLER, & FLEXNER LLP

By: s/ David S. Stone
David S. Stone
150 John F. Kennedy Parkway
Short Hills, New Jersey

(973) 218-1111

*PRO HAC VICE* ATTORNEY INFORMATION:

Name:        Joseph J. Mueller, Esq.

Address:     Wilmer Cutler Pickering Hale & Dorr LLP
             60 State Street
             Boston, MA
             02109

e-mail:      joseph.mueller@wilmerhale.com