David S. Stone (DS 8580)
BOIES, SCHILLER, & FLEXNER LLP
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078
(973) 218-1111
Counsel for Plaintiff
BROADCOM CORPORATION

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

BROADCOM CORPORATION,

    Plaintiff,

    v.

QUALCOMM INCORPORATED,

    Defendant.

Civil Action No. 05-3350 (MLC) (JJH)

## REQUEST BY LOCAL COUNSEL FOR
## *PRO HAC VICE* ATTORNEY
## TO RECEIVE ELECTRONIC NOTICE

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is presented that:

    3.    An Order of the Court granting a motion to appear *pro hac* vice in the within matter has been entered; and

    4.    The Admission Fee, in the amount of $ 150, pursuant to L.Civ.R. 101.1 (c)(3), <u>has been paid</u> to the Clerk of the Court. Dated: October *26, 2007*

BOIES, SCHILLER, & FLEXNER LLP

By: s/ David S. Stone
David S. Stone
150 John F. Kennedy Parkway
Short Hills, New Jersey

(973) 218-1111

*PRO HAC VICE* ATTORNEY INFORMATION:

Name:       Richard W. O'Neill, Esq.

Address:    Wilmer Cutler Pickering Hale & Dorr LLP
            60 State Street
            Boston, MA
            02109

e-mail:     richard.o'neill@wilmerhale.com