# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

Civil Action No. 05-3350 (MLC) (JJH)

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a true and correct copy of the within and foregoing NON-PARTY NOKIA CORPORATION'S OBJECTIONS AND RESPONSES TO SUBPOENA via overnight delivery to the Clerk and the Parties listed below:

**RECEIVED**
JUN - 5 2008
AT 8:30_____M
WILLIAM T. WALSH
CLERK

William J. O'Shaughnessy
MCCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102

Richard Hernandez
MCCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102

Peter T. Barbur
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019

Robert L. Feltoon
CONRAD O'BRIEN GELLMAN & ROHN, P.C.
1515 Market Street, 16th Floor
Philadelphia, PA 19102

*Attorneys for Qualcomm Incorporated*

David S. Stone
BOIES, SCHILLER & FLEXNER LLP.
150 John F. Kennedy Parkway, 4th Floor
Short Hills, NJ 07078

LEGAL02/30835159v1

- 2 -

Robert A. Magnanini
BOIES, SCHILLER & FLEXNER LLP.
150 John F. Kennedy Parkway, 4th Floor
Short Hills, NJ 07078

Steven John Kaiser
CLEARY, GOTTLEIB, STEIN & HAMILTON, LLP
200 Pennsylvania Avenue NW
Washington, DC 20006

*Attorneys for Broadcom Corporation*

This 4th day of June 2008.

_____
Craig Carpenito