UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Broadcom Corporation,                  :    Docket #CV-05-3350 (MLC)

    Plaintiff.                         :
                                            United States Courthouse
    V.                                 :    Trenton, New Jersey
                                            April 25, 2008
Qualcomm Incorporated,                 :    2:00 p.m.

    Defendant.                         :

TRANSCRIPT OF DISCOVERY HEARING
BEFORE THE HONORABLE JOHN J. HUGHES
UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For The Plaintiff:    David Stone, Esq.
                      Boeis Schiller & Flexner, LLP
                      150 JFK Parkway
                      Short Hills, NJ 07078

                      Marc Selwyn, Esq.
                      1117 California Ave.
                      Palo Alto, CA 94301

                      Kate Saxton, Esq.
                      WilmerHale
                      60 State Street
                      Boston, MA 02109

                      James C. Burling, Esq.
                      WilmerHale
                      60 State Street
                      Boston, MA 02109

                      Leon B. Greenfield, Esq.
                      WilmerHale
                      1875 Pennsylvania Ave., NW
                      Washington, DC 20037

*Writer's Cramp, Inc.*
Certified Court Transcribers
732-329-0191