UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

David S. Stone
BOIES, SCHILLER & FLEXNER LLP
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078
(973) 218-1111
Counsel for Plaintiff
BROADCOM CORPORATION

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>QUALCOMM INCORPORATED,<br><br>    Defendant. | Civil Action No. 05-3350<br><br>**NOTICE OF MOTION TO ADMIT STEPHEN A. JONAS *PRO HAC VICE*** |

TO:    William J. O'Shaughnessy
        McCarter & English
        Four Gateway Center
        100 Mulberry St.
        Newark, NJ 07102

        David R. Marriott
        Cravath, Swaine & Moore LLP
        825 Eighth Avenue
        New York, New York 10019

        Attorneys for Defendant

PLEASE TAKE NOTICE, that on August 4, 2008 at 9:30am, or as soon as counsel may be heard, the undersigned attorneys for Plaintiff Broadcom Corporation will move before the Hon. John J. Hughes, at the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608, for an Order pursuant to L.Civ.R. 101.1(c) granting **Stephen**

**A. Jonas** of the firm Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston, MA 02109, admission to this Court *pro hac vice*. The basis for this motion is set forth by counsel for Plaintiff, David S. Stone, in the attached Certification in Support of Plaintiff's Motion for an Order to Admit Stephen A. Jonas *pro hac vice*. Defendant's Counsel, Cravath, Swaine & Moore LLP have consented to this motion.

A Proposed Order is attached.

/S/
David S. Stone, Esq.

Dated: July 9, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

David S. Stone
BOIES, SCHILLER & FLEXNER LLP
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078
(973) 218-1111
Counsel for Plaintiff
BROADCOM CORPORATION

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED,<br><br>Defendant. | Civil Action No. 05-3350<br><br>**CERTIFICATION OF DAVID S. STONE IN SUPPORT OF PLAINTIFF'S MOTION TO ADMIT STEPHEN A. JONAS, ESQ. *PRO HAC VICE*** |

1. I am an attorney at law in the State of New Jersey and a member of the bar of this Court, as well as a member of the law firm of Boies, Schiller and Flexner LLP, which represents Plaintiff Broadcom Corporation in the above matter. I have personal knowledge of what is stated below and make this Certification in support of a motion, pursuant to L.Civ.R.101.1(c), to admit Stephen A. Jonas, Esq. *pro hac vice* in the above matter.

2. Mr. Jonas is a member of the firm Wilmer Cutler Pickering Hale and Dorr LLP, and has been asked by plaintiff Broadcom to be involved in this case because of his extensive experience with the antitrust issues at issue in this case, and his prior experience with Broadcom in other matters.

3. As more fully set forth in his Affidavit, Mr. Jonas is a member in good standing of a number of different courts.

4. Upon admission of Mr. Jonas *pro hac vice*, I will continue to participate and serve as counsel of record in this matter. In addition, I will ensure that payment is made for Mr. Jonas to the New Jersey Lawyers' Fund for Client Protection, as provided by R. 1:28-2(a).

5. Our adversary, Qualcomm Corporation, through its counsel, Cravath, Swaine and Moore LLP, has consented to the *pro hac vice* admission of Mr. Jonas.

/S/
David S. Stone, Esq.

Dated: July 9, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

David S. Stone (DS 8580)
BOIES, SCHILLER & FLEXNER LLP
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078
(973) 218-1111
Counsel for Plaintiff
BROADCOM CORPORATION

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED,<br><br>Defendant. | Civil Action No. 05-3350<br><br>**AFFIDAVIT OF STEPHEN A. JONAS IN SUPPORT OF PLAINTIFF'S *PRO HAC VICE* MOTION** |

STEPHEN A. JONAS, having been duly sworn according to his oath, deposes and says:

1. I am a member in good standing of the Bar of the Commonwealth of Massachusetts, to which I was admitted in 1984. I am also a member in good standing of the Bar of the United States District Court for the District of Massachusetts. I make this Affidavit in support of this Motion to allow me to appear in the above-captioned case *pro hac vice*.

2. I am not currently suspended or disbarred in any court and am of good moral character.

3. I represent Broadcom Corporation in the above-captioned action. I am associated in this matter with David S. Stone of the firm, Boies, Schiller & Flexner LLP, located at 150 John F. Kennedy Parkway, Short Hills, New Jersey 07078.

5. If admitted to practice before this Court in this case, I will conduct myself in accordance with the Rules governing the conduct of attorneys admitted to practice before this Court, and pay all appropriate fees.

I declare under penalty of perjury that the foregoing is true and correct.

                                                               Stephen A. Jonas

Sworn to before me and
subscribed in my presence
this 2nd day of July, 2008.

Notary Public

## CERTIFICATE OF SERVICE

I, David S. Stone, Esq. hereby certify that the foregoing Notice of Motion to Admit Stephen A. Jonas *Pro Hac Vice*, Certification of David S. Stone in support thereof, Affidavit of Stephen A. Jonas in support thereof, and Proposed Order Admitting Stephen A. Jonas Pro Hac Vice, which was filed and served electronically on July 9, 2008 on counsel for all named parties through the Court's *ECF system* including:

William J. O'Shaughnessy, Esq.
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056

Peter T. Barbur, Esq.
Elizabeth Grayer, Esq.
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019

Steven J. Kaiser, Esq.
CLEARY, GOTTLIEB, STEIN & HAMILTON
200 Pennsylvania Avenue, NW
Washington, DC 20006

By: _____/S/_____
David S. Stone, Esq.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

David S. Stone
BOIES, SCHILLER & FLEXNER LLP
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078
(973) 218-1111
Counsel for Plaintiff
BROADCOM CORPORATION

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED,<br><br>Defendant. | Civil Action No. 05-3350<br><br>**ORDER ADMITTING STEPHEN A. JONAS PRO HAC VICE PURSUANT TO L. CIV. R. 101.1(C)** |

THIS MATTER, having been brought before the Court by Boies, Schiller & Flexner LLP, counsel for plaintiff Broadcom Corporation in the above matter, for an Order pursuant to L.Civ.R. 101.1(c) permitting Stephen A. Jonas, of Wilmer Cutler Pickering Hale and Dorr LLP, located at 60 State Street, Boston, MA 02109 to appear and practice *pro hac vice*; and the Court having considered the Certification of David S. Stone and the Affidavit of Stephen A. Jonas; and for good cause shown:

IT IS on this _____ day of July, 2008;

ORDERED that the motion by Boies, Schiller & Flexner LLP to permit Stephen A. Jonas to appear and participate *pro hac vice* is GRANTED; and

FURTHER ORDERED that all pleadings, briefs and other papers filed with the Court shall be signed by David S. Stone, or a member or associate of the Firm Boies Schiller & Flexner

LLP, 150 John F. Kennedy Parkway, Short Hills, New Jersey 07078, who is a member in good standing of the bar of this Court, who shall be responsible for said papers and for the conduct of this case and who shall be present before the Court, as well as be held responsible for the conduct of the attorney admitted *pro hac vice* pursuant to the terms of this order; and

FURTHER ORDERED that Stephen A. Jonas shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection, in accordance with R. 1:28-2 within 20 days from the dated entry of this Order; and

FURTHER ORDERED that Stephen A. Jonas shall be bound by the Local Civil Rules of the United States District Court for the District of New Jersey, including the provisions of L.Civ.R. 103.1 (Judicial Ethics and Professional Responsibility) and L.Civ.R. 104.1 (Discipline of Attorneys).

_____
Hon. John J. Hughes, U.S.M.J.

Dated: July ___, 2008