UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| BROADCOM CORPORATION, | : | CIVIL ACTION NO. 05-3350 (MLC) |
| Plaintiff, | : | **ORDER & JUDGMENT** |
| v. | : | |
| QUALCOMM INCORPORATED, | : | |
| Defendant. | : | |

For the reasons stated in the Court's memorandum opinion dated August 12, 20008, **IT IS** on this  12th  day of August, 2008, **ORDERED** that the plaintiff's motion to transfer this action to the United States District Court for the Southern District of California (dkt. entry no. 175) is **GRANTED;** and

**IT IS FURTHER ORDERED** that the plaintiff's separate motion, inter alia, to dismiss a certain counterclaim (dkt. entry no. 167) is **DENIED WITHOUT PREJUDICE;** and

**IT IS FURTHER ORDERED** that the defendant's cross motion to dismiss certain claims (dkt. entry no. 118) is **DENIED WITHOUT PREJUDICE;** and

**IT IS FURTHER ORDERED** that the defendant's separate cross motion to seal certain materials (dkt. entry no. 83) is **DENIED WITHOUT PREJUDICE;** and

**IT IS FURTHER ORDERED** that the separate motion by non-party Texas Instruments Incorporated to quash a subpoena (dkt. entry no. 72) is **DENIED WITHOUT PREJUDICE;** and

      **IT IS FURTHER ADJUDGED** that the action be **TRANSFERRED** to the United States District Court for the Southern District of California; and

      **IT IS FURTHER ORDERED** that the Clerk of the Court designate this action as **CLOSED.**

                                                s/ Mary L. Cooper
                                        **MARY L. COOPER**
                                        United States District Judge

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
OFFICE OF THE CLERK

402 E. State Street
TRENTON, NEW JERSEY 08608

August 13, 2008

NEWARK OFFICE

50 WALNUT STREET
NEWARK, NJ 07101

WILLIAM T. WALSH
Clerk

TRENTON OFFICE
402 EAST STATE STREET
ROOM 2020
TRENTON, NJ 08608

REPLY TO: TRENTON

US DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF CALIFORNIA

4290 EDWARD J. SCHWARTZ BUILDING

880 FRONT STREET

SAN DIEGO, CA 92101

**Re: BROADCOM CORPORATION VS. QUALCOMM INCORPORATED**
Civil Action No. 5-3350 (MLC)

Dear Clerk:

The above-captioned case has been transferred to your court pursuant to the enclosed Certified copy of the Order dated July 8, 2008. You can obtain the original record by accessing CM/ECF. Kindly acknowledge receipt on the duplicate of this letter, which is provided for your convenience.

Very truly yours,

WILLIAM T. WALSH, Clerk

By:    Sharon D. Syphrett
Deputy Clerk

The above captioned record was received this _____ day of _____, 2004.

Signature and Title of Receiver _____.

## Instructions for Retrieving Electronic Case Files

1. Access the CM/ECF website for the District of New Jersey at https://ecf.njd.uscourts.gov

2. Click on:    Link to Electronic Filings System (Live)

3. At the ECF/PACER Login Screen, enter your Court's PACER Login and Password

4. On the CM/ECF toolbar, choose:

- Reports
- Docket Sheet
- Enter Case Number in the following format: **1:04cv1234**
- Run Report

  ▸   To view a document from the docket sheet, click on the blue "underlined" document number;

  ▸   To download, click on File>Save a Copy and save to your specific directory;

  ▸   If the document does not have an underlined document number, it is either:

  - A text only entry and no document is attached, or
  - An entry made prior to electronic case filing and the original is enclosed, or
  - The document included an attachment too large for the electronic case filing system and is enclosed.

If you have any questions, our ECF help-desk telephone numbers are as follows:

  ▸   Camden - 866-726-0726 or 856-757-5285
  ▸   Newark - 866-208-1405 or 973-645-5924
  ▸   Trenton - 866-848-6059 or 609-989-2004