EVAN R. CHESLER (*pro hac vice* pending)
PETER T. BARBUR (*pro hac vice* pending)
ELIZABETH L. GRAYER (*pro hac vice* pending)
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

STEVEN M. STRAUSS (99153) (sms@cooley.com)
MARTIN S. SCHENKER (109828)
(mschenker@cooley.com)
JOHN S. KYLE (199196) (jkyle@cooley.com)
SAMANTHA M. EVERETT (234402)
(severett@cooley.com)
COOLEY GODWARD KRONISH LLP
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6402

Attorneys for Defendant
QUALCOMM INCORPORATED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>QUALCOMM INCORPORATED,<br><br>        Defendant. | Case No. 08cv1607-JAH (JMA)<br><br>**QUALCOMM INCORPORATED'S NOTICE OF ASSOCIATION OF COUNSEL**<br><br>Judge:   Hon. John A. Houston |

TO THE COURT CLERK AND ALL PARTIES AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant Qualcomm, Incorporated hereby associates Steven Strauss, John Kyle, and Samantha Everett of Cooley Godward Kronish LLP, 4401 Eastgate Mall, San Diego, California, 92121, (858) 550-6000 and Martin Schenker of Cooley Godward Kronish LLP, 101 California Street, 5th Floor, San Francisco, California, 94111, (415) 693-2000, as co-counsel of record with the firm of Cravath, Swaine & Moore LLP in this matter.

Dated: September 4, 2008

COOLEY GODWARD KRONISH LLP
Steven M. Strauss (99153)
Martin S. Schenker (109828)
John S. Kyle (199196)
Samantha M. Everett (234402)

By /s/ Samantha Everett

severett@cooley.com

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler
Peter T. Barbur
Elizabeth L. Grayer

Attorneys for Defendant
QUALCOMM INCORPORATED

602333 v1/SD

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.

**CERTIFICATE OF SERVICE**

I hereby certify that on September 4, 2008, I electronically filed the foregoing **QUALCOMM INCORPORATED'S NOTICE OF ASSOCIATION OF COUNSEL** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record at the following listed email addresses.

- **Steven J Kaiser**
  skaiser@cgsh.com

I also hereby certify that I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Diego, California on this 4th day of September, 2008 to the following listed addresses.

| | |
|---|---|
| Robert N. Feltoon<br>Conrad O'Brien Gellman & Rohn, PC<br>1000 Haddonfield-Berlin Road<br>Suite 202<br>Voorhees, NJ 08043 | Richard Hernandez<br>McCarter & English, LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Po Box 652<br>Newark, NJ 07101-0652 |
| Robert A. Magnanini<br>Boies, Schiller & Flexner, LLP<br>150 John F. Kennedy Parkway<br>4th Floor<br>Short Hills, NJ 07078 | William J. O'Shaughnessy<br>Mccarter & English, LLP<br>Four Gateway Center<br>100 Mulberry Street<br>PO Box 652<br>Newark, NJ 07101-0652 |
| David S. Stone<br>Boies, Schiller & Flexner LLP<br>150 John F. Kennedy Parkway<br>4th Floor<br>Short Hills, NJ 07078 | Mark D. Selwyn, Esq<br>Kate Saxton, Esq.<br>Wilmer Cutler Picketring Hale & Dorr LLP<br>60 State Street<br>Boston, MA 02109 |
| Steven John Kaiser, Esq.<br>Cleary Gottlieb Steen & Hamilton LLP<br>2000 Pennsylvania Avenue, N.W.<br>Washington, DC 20006 | David S. Stone, Esq.<br>Boies, Schiller & Flexner LLP<br>150 John F. Kennedy Parkway<br>Short Hills, NJ 07078 |

|   |   |
|---|---|
| 1 | |
| 2 | Sylvana Issa |
|   | COOLEY GODWARD KRONISH LLP |
| 3 | 4401 Eastgate Mall |
|   | San Diego, CA 92121-1909 |
| 4 | Telephone: (858) 550-6000 |
|   | FAX: (858) 550-6420 |
| 5 | Email: sissa@cooley.com |

602352 v1/SD

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

CERTIFICATE OF SERVICE
3:08CV1607