1  EVAN R. CHESLER (*pro hac vice* pending)
   PETER T. BARBUR (*pro hac vice* pending)
2  ELIZABETH L. GRAYER (*pro hac vice* pending)
   CRAVATH, SWAINE & MOORE LLP
3  825 Eighth Avenue
   New York, NY 10019
4  Telephone: (212) 474-1000
   Facsimile:  (212) 474-3700
5
   STEVEN M. STRAUSS (99153) (sms@cooley.com)
6  MARTIN S. SCHENKER (109828)
   (mschenker@cooley.com)
7  JOHN S. KYLE (199196) (jkyle@cooley.com)
   COOLEY GODWARD KRONISH LLP
8  4401 Eastgate Mall
   San Diego, CA 92121
9  Telephone: (858) 550-6000
   Facsimile: (858) 550-6402
10
   Attorneys for Defendant
11 QUALCOMM INCORPORATED

12
                   UNITED STATES DISTRICT COURT
13
                  SOUTHERN DISTRICT OF CALIFORNIA
14

| BROADCOM CORPORATION, | Case No. 08cv1607-JAH (JMA) |
|---|---|
| Plaintiff, | **QUALCOMM INCORPORATED'S NOTICE OF RELATED CASE** |
| v. | |
| QUALCOMM INCORPORATED, | Judge:   Hon. John A. Houston |
| Defendant. | |

08cv1607-JAH (JMA)

[[NYLIT:2486460v1:4154W:09/04/08--03:09 p]]

Defendant QUALCOMM Incorporated ("Qualcomm") respectfully submits this notice of related case pursuant to Local Rule 40.1(e), to alert the Court of two related cases currently pending in this District before the Honorable William Q. Hayes:

- *Meyer v. Qualcomm, Inc.*, No. 08-CV-0655-WQH (LSP) (S.D. Cal.); and
- *Valikhani v. Qualcomm, Inc.*, No. 08-CV-0786-WQH (JMA) (S.D. Cal.)

The present action is related to these two actions and therefore should be assigned to Judge Hayes under Local Rule 40.1. Under that rule, "[a]n action or proceeding is related to another action or proceeding where both of them: (1) Involve some of the same parties and are based on the same or similar claims, or (2) Involve the same property, transaction, or event, or (3) Involve substantially the same facts and the same questions of law". Local Rule 40.1(f). Related actions, "[i]n order to avoid unnecessary duplication of judicial effort", are assigned under Local Rule 40.1(h), "to the district and magistrate judge to whom the lowest numbered case was assigned".

The present action—like the lower-numbered *Meyer* and *Valikhani* actions—is an antitrust case against Qualcomm under the Sherman Act and California's Unfair Competition Law. The plaintiffs in all three cases assert essentially the same theory of liability—namely, that Qualcomm has monopolized certain markets and charged supracompetitive royalties for wireless technology by deceiving a private standards-determining organization known as "ETSI" into choosing to incorporate Qualcomm's patented technology within a third-generation cellular standard called "UMTS". Indeed, because of these similarities, Qualcomm originally had moved to transfer the *Meyer* and *Valikhani* actions to the District of New Jersey, where this action had been pending. And, in connection with Plaintiff Broadcom Corporation's ("Broadcom") motion to transfer the present action to this Court, both Broadcom and the New Jersey District Court emphasized the similarity between this action and the *Meyer* and *Valikhani* actions. (*See* Dkt. 175 [Broadcom's Mot. Transfer], at 1 ("[*Meyer* and *Valikhani* present questions of law and fact nearly identical to Broadcom's Second Amended Complaint in this proceeding."); Dkt. 187 [Order Transferring Action], at 9-10 ("[T]here are two similar federal cases, which would require depositions of the same witnesses, pending in the Southern District of California.".) Qualcomm

[[NYLIT:2486460v1:4154W:09/04/08--03:09 p]]

1  additionally has submitted notices of related case in the *Meyer* and *Valikhani* actions.[1]  Given

2  their factual and legal similarities, these actions should be treated as "related" under Local Rule

3  40.1(f).

4      Thus, because Judge Hayes currently is presiding over two related, lower-numbered

5  actions, Qualcomm respectfully requests that the present action be assigned to Judge Hayes under

6  Local Rule 40.1.

8  Dated:  September 4, 2008          COOLEY GODWARD KRONISH LLP
                                              Steven M. Strauss (99153)
9                                                Martin S. Schenker (109828)
                                              John S. Kyle (199196)

11                                                By /s/ Samantha Everett (234402)

12                                                  severett@cooley.com

13                                                CRAVATH, SWAINE & MOORE LLP
                                              Evan R. Chesler
14                                                Peter T. Barbur
                                              Elizabeth L. Grayer

15                                                Attorneys for Defendant
16                                                QUALCOMM INCORPORATED

17  602329 v1/SD

---

[1] The Plaintiff in the *Meyer* action also had submitted his own notice of related case, purporting to notify the Court of two other cases that he believed were "related" within the meaning of Local Rule 40.1: *Qualcomm Inc. v. Broadcom Corp.*, No. 05cv1392 (S.D. Cal.) ("1392") and *Qualcomm Inc. v. Broadcom Corp.*, 05cv1958 ("1958").  However, neither of those actions satisfied the standard for relatedness under Local Rule 40.1(e) and, in any event, were no longer proceeding on the merits.  The Honorable Rudi M. Brewster, who presided over those actions, properly declined an order of transfer pursuant to the "low number" rule.

[[NYLIT:2486460v1:4154W:09/04/08--03:09 p]]

# CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2008, I electronically filed the foregoing **QUALCOMM INCORPORATED'S NOTICE OF RELATED CASE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record at the following listed email addresses.

- **Steven J Kaiser**
  skaiser@cgsh.com

I also hereby certify that I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Diego, California on this 4th day of September, 2008 to the following listed addresses.

Robert N. Feltoon
Conrad O'Brien Gellman & Rohn, PC
1000 Haddonfield-Berlin Road
Suite 202
Voorhees, NJ 08043

Richard Hernandez
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Po Box 652
Newark, NJ 07101-0652

Robert A. Magnanini
Boies, Schiller & Flexner, LLP
150 John F. Kennedy Parkway
4th Floor
Short Hills, NJ 07078

William J. O'Shaughnessy
Mccarter & English, LLP
Four Gateway Center
100 Mulberry Street
PO Box 652
Newark, NJ 07101-0652

David S. Stone
Boies, Schiller & Flexner LLP
150 John F. Kennedy Parkway
4th Floor
Short Hills, NJ 07078

Mark D. Selwyn, Esq
Kate Saxton, Esq.
Wilmer Cutler Picketring Hale & Dorr LLP
60 State Street
Boston, MA 02109

Steven John Kaiser, Esq.
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, DC 20006

David S. Stone, Esq.
Boies, Schiller & Flexner LLP
150 John F. Kennedy Parkway
Short Hills, NJ 07078

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

CERTIFICATE OF SERVICE
3:08CV1607

1
2
3
4
5   602352 v1/SD
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Sylvana Issa
COOLEY GODWARD KRONISH LLP
4401 Eastgate Mall
San Diego, CA  92121-1909
Telephone: (858) 550-6000
FAX: (858) 550-6420
Email:  sissa@cooley.com

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

CERTIFICATE OF SERVICE
3:08CV1607