| | |
|---|---|
| 1 | ROBERT S. BREWER, JR. (SBN 65294) |
| | JAMES S. MCNEILL (SBN 201663) |
| 2 | MCKENNA LONG & ALDRIDGE LLP |
| | 750 B Street, Suite 3300 |
| 3 | San Diego, CA 92101 |
| | Telephone:    (619) 595-5400 |
| 4 | Facsimile:     (619) 595-5450 |
| 5 | MARK D. SELWYN (SBN 244180) |
| | WILMER CUTLER PICKERING |
| 6 | HALE AND DORR LLP |
| | 1117 California Avenue |
| 7 | Palo Alto, CA 94304 |
| | Telephone:    (650) 858-6000 |
| 8 | Facsimile:     (650) 858-6100 |
| 9 | Attorneys for Plaintiff |
| | BROADCOM CORPORATION |

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BROADCOM CORPORATION, | CASE NO. 08-CV-01607 JAH (JMA) |
| Plaintiff, | **NOTICE OF APPEARANCE BY ROBERT S. BREWER, JR. ON BEHALF OF PLAINTIFF BROADCOM CORPORATION** |
| v. | |
| QUALCOMM INCORPORATED, | Judge:    John A. Houston |
| Defendant. | Ctrm:     11 |
| AND RELATED COUNTERCLAIMS | |

McKenna Long &
Aldridge LLP
Attorneys At Law
San Diego

08-CV-01607

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Robert S. Brewer, Jr. of McKenna Long & Aldridge LLP hereby enters his appearance on behalf of Plaintiff BROADCOM CORPORATION. Please update your certificate of service documents and serve copies of all pleadings and other papers on Robert S. Brewer, Jr. of McKenna Long & Aldridge LLP at the following address:

Robert S. Brewer, Jr.
rbrewer@mckennalong.com
MCKENNA LONG & ALDRIDGE LLP
750 B Street, Suite 3300
San Diego, CA 92101

Telephone:   (619) 595-5400
Facsimile:   (619) 595-5450

Dated: September 5, 2008                    McKenna Long & Aldridge LLP

                                            By:      s/Robert S. Brewer
                                                Robert S. Brewer, Jr.
                                                Attorneys for Plaintiff
                                                BROADCOM CORPORATION
                                                E-mail: rbrewer@mckennalong.com

SD:22167868.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**BROADCOM CORPORATION v. QUALCOMM INCORPORATED**
**United States District Court Case No. 08-CV-1607 JAH (JMA)**

**CERTIFICATE OF SERVICE**

  I, Robert S. Brewer, Jr., certify that I caused to be served upon the following counsel and parties of record a copy of the following document(s):

- **NOTICE OF APPEARANCE BY ROBERT S. BREWER, JR. ON BEHALF OF PLAINTIFF BROADCOM CORPORATION**

via personal service, overnight mail (VIA UPS), facsimile, first class mail or e-mail, as indicated below:

William J. O'Shaughnessy, Esq.
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ  07102-4056
<u>Via U.S. Mail</u>

Peter T. Barbur, Esq.
Karl Huth, Esq.
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY  10019
<u>Via U.S. Mail</u>

Thomas E. Kuhnle, Esq.
BINGHAM McCUTCHEN LLP
1900 University Avenue
East Palo Alto, CA 94303-2223

Steven J. Kaiser, Esq.
CLEARY, GOTTLIEB, STEIN & HAMILTON
200 Pennsylvania Avenue, NW
Washington, DC 20006
<u>Via U.S. Mail</u>

Steven M. Strauss, Esq.
Martin S. Schenker, Esq.
John S. Kyle, Esq.
Samantha M. Everett, Esq.
COOLEY GODWARD KRONISH LLP
4401 Eastgate Mall
San Diego, CA 92121
<u>Via U.S. Mail</u>

- 1 -

08CV01607

- 2 -

Martin S. Schenker, Esq.
COOLEY GODWARD KRONISH LLP
101 California Street, 5th Floor
San Francisco, CA 94111
Via U.S. Mail

Executed on **September 5, 2008,** in San Diego, California.

          s/Robert S. Brewer
          Robert S. Brewer, Jr.