1  ROBERT S. BREWER, JR. (SBN 65294)
   JAMES S. MCNEILL (SBN 201663)
2  MCKENNA LONG & ALDRIDGE LLP
   750 B Street, Suite 3300
3  San Diego, CA 92101
   Telephone:  (619) 595-5400
4  Facsimile:  (619) 595-5450

5  MARK D. SELWYN (SBN 244180)
   WILMER CUTLER PICKERING
6   HALE AND DORR LLP
   1117 California Avenue
7  Palo Alto, CA 94304
   Telephone:  (650) 858-6000
8  Facsimile:  (650) 858-6100

9  Attorneys for Plaintiff
   BROADCOM CORPORATION

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>            Plaintiff,<br><br>      v.<br><br>QUALCOMM INCORPORATED,<br><br>            Defendant. | Case No. 08 CV 01607 JAH (JMA)<br><br>**NOTICE OF RELATED CASE**<br><br>Judge:  John A. Houston<br>Ctrm:   11 |
| AND RELATED COUNTERCLAIMS | |

Plaintiff BROADCOM Corporation ("Broadcom") respectfully submits this notice of related cases pursuant to Civil Local Rule 40.1(e).

On August 12, 2008, Judge Cooper of the U.S. District Court for the District of New Jersey ordered this case transferred to the Southern District of California. The matter was docketed in this District on September 3, 2008, assigned to the Hon. John A. Houston. There are currently two related cases, as defined by Civil Local Rule 40.1(e), pending in this District and assigned to the Hon. William Q. Hayes:

- *Meyer v. Qualcomm Inc.*, No. 3:08-cv-00655-WQH-LSP, filed Apr. 10, 2008
- *Valikhani v. Qualcomm Inc., et al.*, No. 3:08-cv-00786-WQH-JMA, filed Apr. 30, 2008

Under Civil Local Rule 40.1(f), "[a]n action or proceeding is related to another action or proceeding where both of them: (1) Involve some of the same parties and are based on the same or similar claims, or (2) Involve the same property, transaction, or event, or (3) Involve substantially the same facts and the same questions of law." CivLR 40.1(e). The *Meyer* and *Valikhani* cases are "related" under all three of these standards. Qualcomm agrees, having filed a similar Notice of Related Case in both *Meyer* and *Valikhani* months ago,[1] and filing a Notice of Related Case in this matter on September 4, 2008. *See* Docket No. 197.

As Qualcomm correctly explains, like this case, *Meyer* and *Valikhani* are antitrust cases against Qualcomm in which the plaintiffs, on behalf of alleged classes, assert substantially the same causes of action and grounds for liability as Broadcom does here. In all three cases, there are claims alleged under the Sherman Act, along with the same state law claims under California's Unfair Competition Law, Business & Professions Code § 17200 *et seq.* The three cases also assert similar theories of liability related to Qualcomm's conduct before a standard setting organization known as ETSI. *See, Broadcom Corp. v. Qualcomm, Inc.*, 501 F.3d 297 (3d

---

[1] In both *Meyer* and *Valikhani*, defendant Qualcomm previously filed a Notice of Related Case, as well as supplemental notices, similarly viewing all three cases as meeting the related case elements of CivLR 40.1(e), as did the *Meyer* plaintiff. *See Meyer,* No. 3:08-cv-00655-WQH-LSP, Docket Nos. 3, 6 & 30; *Valikhani,* No. 3:08-cv-00786-WQH-JMA, Docket Nos. 2, 5 & 33.

1  Cir. 2007). These factual and legal similarities meet the requirements for notice as related cases
2  under Civil Local Rule 40.1(e).
3       Moreover, because of the substantial overlap among this case, *Meyer* and *Valikhani*, there
4  are efficiencies to be gained by deeming the cases "related" and transferring this case to Judge
5  Hayes pursuant to Civil Local Rules 40.1(d), (e) & (h).

6
7  Dated: September 5, 2008        MCKENNA LONG & ALDRIDGE LLP
8          WILMER CUTLER PICKERING HALE AND DORR LLP
9
10          By:    s/James S. McNeill
            James S. McNeill
11
12          Attorneys for Plaintiff
        BROADCOM CORPORATION
        E-mail: jmcneill@mckennalong.com
13
14  SD:22167857.2
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**BROADCOM CORPORATION v. QUALCOMM INCORPORATED**
**United States District Court Case No. 08-CV-1607 JAH (JMA)**

### CERTIFICATE OF SERVICE

I, James S. McNeill, certify that I caused to be served upon the following counsel and parties of record a copy of the following document(s):

- **NOTICE OF RELATED CASE**

via personal service, overnight mail (VIA UPS), facsimile, first class mail or e-mail, as indicated below:

William J. O'Shaughnessy, Esq.
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ  07102-4056
Via U.S. Mail

Peter T. Barbur, Esq.
Karl Huth, Esq.
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY  10019
Via U.S. Mail

Thomas E. Kuhnle, Esq.
BINGHAM McCUTCHEN LLP
1900 University Avenue
East Palo Alto, CA 94303-2223

Steven J. Kaiser, Esq.
CLEARY, GOTTLEIB, STEIN & HAMILTON
200 Pennsylvania Avenue, NW
Washington, DC 20006
Via U.S. Mail

Steven M. Strauss, Esq.
Martin S. Schenker, Esq.
John S. Kyle, Esq.
Samantha M. Everett, Esq.
COOLEY GODWARD KRONISH LLP
4401 Eastgate Mall
San Diego, CA 92121
Via U.S. Mail

- 2 -

Martin S. Schenker, Esq.
COOLEY GODWARD KRONISH LLP
101 California Street, 5th Floor
San Francisco, CA 94111
Via U.S. Mail

Executed on **September 5, 2008,** in San Diego, California.


                                              s/James S. McNeill
                                                James S. McNeill

- 2 -

08CV01607