

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED,<br>Defendant. | Case No. 08cv1607-WQH (LSP)<br><br>**ORDER** |

HAYES, Judge:

Pursuant to the Parties' Joint Motion for Entry of Stipulation Concerning Briefing Schedule:

1. Qualcomm's Motion and Memorandum in support of any motion to dismiss certain claims of Broadcom's Second Amended Complaint shall be filed no later than Monday, **October 20, 2008**, which memorandum shall be no more than thirty pages in length.

2. Broadcom's memorandum in opposition to any motion to dismiss Broadcom's Second Amended Complaint filed by Qualcomm shall be filed no later than Monday, **November, 17, 2008**, which memorandum shall be no more than thirty pages in length.

3. Qualcomm's Reply in support of any motion to dismiss certain claims of Broadcom's Second Amended Complaint shall be filed no later than Friday, **December 5, 2008**, which memorandum shall be no more than fifteen pages in length.

4. Broadcom's Motion and Memorandum in support of its Motion to Strike Counterclaim and Affirmative Defense & Related Allegations shall be filed no later than Monday, **October 27,**

**2008**, which memorandum shall be no more than thirty pages in length.

5. Qualcomm's memorandum in opposition to any Motion to Strike Counterclaim and Affirmative Defense & Related Allegations filed by Broadcom shall be filed no later than Monday, **November 24, 2008**, which memorandum shall be no more than thirty pages in length.

6. Broadcom's Reply in support of any Motion to Strike Counterclaim and Affirmative Defense & Related Allegations shall be filed no later than Monday, **December 8, 2008**, which memorandum shall be no more than fifteen pages in length.

IT IS SO ORDERED:

Dated: 10/30/08

WILLIAM Q. HAYES
JUDGE OF THE DISTRICT COURT