FILED

08 DEC 19 PM 2:40

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>            Plaintiff,<br><br>  v.<br><br>QUALCOMM INCORPORATED,<br>            Defendant. | Case No. 08cv1607-WQH (LSP)<br><br>**ORDER** |

HAYES, Judge:

Pursuant to the Parties' Joint Motion for Entry of Stipulation Concerning Briefing Schedule:

    1.    Qualcomm's Reply in Support of its Partial Motion to Dismiss Claims Four Through Eight of Broadcom's Second Amended Complaint shall be filed no later than Friday, **December 12, 2008**.

    2.    Broadcom's Reply in Support of its Motion to (1) Deem Qualcomm's Responsive Pleading to be its Answer, (2) Strike Qualcomm's Affirmative Defense and Related Allegations, and (3) Dismiss Qualcomm's Counterclaims shall be filed no later than Monday, **December, 15, 2008**.

    3.    If Broadcom requests leave to file a sur-reply to Qualcomm's Reply in Support of its Partial Motion to Dismiss, Qualcomm will not oppose that request provided that the sur-reply

1  does not exceed three pages in length and is limited to a response to any discussion of the Federal
2  Circuit's December 1, 2008 decision in *Qualcomm Inc. v. Broadcom Corp.*, Nos. 2007-1545,
3  2008-1162, that Qualcomm includes in its Reply in Support of its Partial Motion to Dismiss.
4      IT IS SO ORDERED:

Dated: 12/17, 2008

WILLIAM Q. HAYES
JUDGE OF THE DISTRICT COURT